_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**July 01, 2013**

Mitchell J. Langberg, Esq., Nev. Bar. No. 10118
Laura F. Bielinski, Esq., Nevada Bar No. 10516
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
mlangberg@bhfs.com
lbielinski@bhfs.com
Telephone:   (702) 382-2101
Facsimile (702) 383-8135

        and

MALHAR S. PAGAY (CA BAR NO. 189289) (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone:     310/277-6910
Facsimile:     310/201-0760
Email:         mpagay@pszjlaw.com
               jfried@pszjlaw.com

Attorneys for Wynn Las Vegas, LLC d/b/a Wynn Las Vegas

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Adversary Case No.: 13-01050-MMN |
| WYNN LAS VEGAS LLC d/b/a/ WYNN LAS VEGAS, a Nevada limited liability company, | Chapter 11 |
| Plaintiff, | **ORDER APPROVING SCHEDULING STIPULATION CONTINUING MATTERS SET FOR HEARING ON JULY 11, 2013 AND RELATED DEADLINES** |
| vs. | |
| GGW DIRECT, LLC, a Delaware limited liability company; GGW BRANDS, LLC, a Delaware limited liability company; GGW EVENTS, LLC, a Delaware | |

1

021658\0178\10516834.1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  limited liability company; MANTRA FILMS, INC., a
2  suspended Oklahoma corporation; BLUE HORSE
   TRADING, LLC, a California limited liability
3  company; PEPE BUS, LLC, an inactive Montana
   limited liability company; SANDS MEDIA, INC., a
4  revoked Nevada domestic corporation; JOSEPH R.
   FRANCIS, an individual; DAVID R. HOUSTON, an
5  individual; and DAVID R. HOUSTON, LTD., a
   Nevada professional corporation, doing business as
6  THE LAW OFFICE OF DAVID R. HOUSTON;

7                         Defendants.

**Old Hearing Date:**

Date:     July 11, 2013
Time:     10:00 a.m.
Place:    Courtroom 2
          U.S. Bankruptcy Court
          Foley Federal Building
          300 Las Vegas Boulevard South
          Las Vegas, Nevada 89101

**New Hearing Date:**

Date:     September 26, 2013
Time:     10:00 a.m.
Place:    Courtroom 2
          U.S. Bankruptcy Court
          Foley Federal Building
          300 Las Vegas Boulevard South
          Las Vegas, Nevada 89101

11      On June 25, 2013 the *Scheduling Stipulation Continuing Matters Set for Hearing on July 11, 2013 and Related Deadlines* (the "Stipulation") [Docket No. 20] was filed by Wynn Las Vegas, LLC d/b/a Wynn Las Vegas ("Wynn Las Vegas").  The Court has reviewed and considered the Stipulation.  Based upon that review and consideration, the Court finds that:  (1) the Court has jurisdiction over the Stipulation; (2) the relief requested in the Stipulation is reasonable, appropriate and in the best interests of the parties; (3) notice of the Stipulation was adequate and appropriate under the circumstances and no other notice need be given; and (4) other good and sufficient cause exists for approving the Stipulation, which is fully consensual between the parties.

19      **THEREFORE, IT IS HEREBY ORDERED** that:

20      1.      The Stipulation is APPROVED.

21      2.      The Hearings regarding both the Remand Motion and the Venue Transfer Motion are continued to September 26, 2013 at 10:00 a.m.

23      3.      The deadline to file and serve objections to the Venue Transfer Motion and the Remand Motion is August 30, 2013.

25  ///
26  ///
27  ///
28

2

021658\0178\10516834.1

4.     The deadline to file reply papers to any filed objections to either the Venue Transfer Motion or the Remand Motion is September 16, 2013.

Submitted by:


/s/ Laura E. Bielinski

Mitchell J. Langberg, Esq.
Laura F. Bielinski, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
mlangberg@bhfs.com
lbielinski@bhfs.com
Telephone:   (702) 382-2101
Facsimile (702) 383-8135

        and

MALHAR S. PAGAY (CA BAR NO. 189289) (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067
Telephone:       310/277-6910
Facsimile:        310/201-0760
Email:            mpagay@pszjlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

021658\0178\10516834.1