# **EXHIBIT A**

**(Proposed Form of Order)**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Mitchell J. Langberg, Esq., Nev. Bar. No. 10118<br>Laura F. Bielinski, Esq., Nevada Bar No. 10516<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| 11 | 100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106 |
| 12 | mlangberg@bhfs.com<br>lbielinski@bhfs.com |
| 13 | Telephone:  (702) 382-2101<br>Facsimile (702) 383-8135 |
| 14 | |
| 15 | and |
| 16 | MALHAR S. PAGAY (CA BAR NO. 189289) (*pro hac vice* pending)<br>PACHULSKI STANG ZIEHL & JONES LLP |
| 17 | 10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067 |
| 18 | Telephone:     310/277-6910<br>Facsimile:      310/201-0760 |
| 19 | Email:           mpagay@pszjlaw.com<br>                    jfried@pszjlaw.com |
| 20 | Attorneys for Wynn Las Vegas, LLC d/b/a Wynn Las Vegas |
| 21 | **UNITED STATES BANKRUPTCY COURT** |
| 22 | **DISTRICT OF NEVADA** |

| | | |
|---|---|---|
| 23 | In re: | Adversary Case No.: 13-01050-MKN |
| 24 | WYNN LAS VEGAS LLC d/b/a/ WYNN LAS VEGAS, a Nevada limited liability company, | Chapter 11 |
| 25 | | **ORDER APPROVING STIPULATION REGARDING RESOLUTION OF REMOVED ACTION** |
| | Plaintiff, | |
| 26 | vs. | |
| 27 | GGW DIRECT, LLC, a Delaware limited liability company; GGW BRANDS, LLC, a | |
| 28 | | |

145456.1   Settlement Agreement
Exhibit 11 of 11

| | |
|---|---|
| 1 | **Hearing** |
| 2   Delaware limited liability company; GGW EVENTS, LLC, a Delaware limited liability company; MANTRA FILMS, INC., a | Date:    September 26, 2013 |
| 3   suspended Oklahoma corporation; BLUE HORSE TRADING, LLC, a California limited | Time:    10:00 a.m. |
|     | Place:    Courtroom 2 |
| 4   liability company; PEPE BUS, LLC, an inactive Montana limited liability company; SANDS |           U.S. Bankruptcy Court |
|     |           District of Nevada |
| 5   MEDIA, INC., a revoked Nevada domestic corporation; JOSEPH R. FRANCIS, an |           Foley Federal Building |
|     |           300 Las Vegas Boulevard South |
| 6   individual; DAVID R. HOUSTON, an individual; and DAVID R. HOUSTON, LTD., a |           Las Vegas, Nevada 89101 |
| 7   Nevada professional corporation, doing business as THE LAW OFFICE OF DAVID R. | |
| 8   HOUSTON, | |
| 9                        Defendants. | |

145456.1  Settlement Agreement          2
          Exhibit 11 of 11

On August __, 2013, the *Stipulation Regarding Resolution of Removed Action* [Docket No. __] (the "Stipulation")[1] was filed by Wynn Las Vegas, LLC d/b/a Wynn Las Vegas ("Wynn Las Vegas"). The Court has reviewed and considered the Stipulation. Based on that review and consideration, the Court finds that (1) the Court has jurisdiction to consider the Stipulation and, pursuant to the *Stipulation and Proposed Order Regarding the Participation of David R. Houston, Esq. and David R, Houston, Ltd. in Further Proceedings*, filed June 29, 2012 and *Order Regarding the Participation of David R. Houston, Esq. and David R. Houston, Ltd. in Further Proceedings*, dated July 12, 2012 and entered July 16, 2012, it has jurisdiction over $1,846,578.28 being held by in an IOLTA trust account (the "Trust Funds") by Defendants David R. Houston, Esq. and/or David R. Houston, Ltd. (collectively, "Houston"), (2) the relief requested in the Stipulation is reasonable, appropriate, and in the best interests of the parties, (3) notice of the Stipulation was adequate and appropriate under the circumstances and no other notice need be given, and (4) other good and sufficient cause exists for approving the Stipulation, which is fully consensual between the parties.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED in its entirety.

2. Houston shall immediately pay the Trustee $800,000 of the Trust Funds. Houston shall immediately pay the balance of the Trust Funds to Wynn Las Vegas, LLC. The payment of the balance of the Trust Funds to Wynn Las Vegas shall reduce the amount of the judgment against Joseph R. Francis and in favor of Wynn Las Vegas on the judgment entered in *Wynn Las Vegas, LLC v. Francis*, Clark County, Nevada Case No. A566286.

3. Upon payment to the Trustee and Wynn Las Vegas in accordance with paragraph 2 of this Order, Defendants GGW Brands, LLC, GGW Direct, LLC, and GGW Events, LLC are hereby dismissed, without prejudice, from the above-captioned action (the "Nevada State Court Action"), which dismissal shall be without prejudice to any of Wynn Las Vegas' claims in the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

145456.1  Settlement Agreement          1
Exhibit 11 of 11

1   California Bankruptcy Cases or to its claims against the other defendants to the Nevada State

2   Court Action.  Counsel for Wynn Las Vegas shall prepare and lodge an order to that effect when

3   payment in accordance with paragraph 2 is complete.

4      4. Wynn Las Vegas shall not attempt to add any of the Debtors or GGW Marketing,

5   LLC as parties in the Nevada State Court Action unless the California Bankruptcy Cases are

6   dismissed.

7      5. Upon payment to the Trustee and Wynn Las Vegas in accordance with paragraph 2

8   of this Order, the Debtors' *Motion to Transfer Venue* [Dkt. No. 4] and *Amended Motion to*

9   *Transfer Venue* [Dkt. No. 11] shall be deemed withdrawn.  Counsel for Wynn Las Vegas shall

10  prepare and lodge an order to that effect when payment in accordance with paragraph 2 is

11  complete.

12     6. Upon payment to the Trustee and Wynn Las Vegas in accordance with paragraph 2

13  of this Order, Wynn Las Vegas's *Motion to Remand the Removed Nevada Action Back to Nevada*

14  *State Court* [Dkt. No. 15] ("Remand Motion") shall be granted, and the Nevada State Court

15  Action shall consequently be remanded back to the District Court for Clark County, Nevada.

16  Counsel for Wynn Las Vegas shall prepare and lodge an order to that effect when payment in

17  accordance with paragraph 2 is complete.

18     7. The hearings on the Remand Motion and the Venue Transfer Motions, currently

19  scheduled to take place in this Court on September 26, 2013, at 10:00 a.m., are hereby taken off

20  calendar and adjourned.  All deadlines for opposition and reply papers associated therewith are

21  cancelled.  In the event payment in in accordance with paragraph 2 of this Order is not completed

22  by August 30, 2013 (unless the Trustee and Wynn Las Vegas extend that date), the parties are

23  directed to contact the Court to reschedule briefing and hearing on the Remand Motion and the

24  Venue Transfer Motions.

25     8. This Order shall be effective immediately upon entry.

1     **<u>LR 9021 CERTIFICATION</u>**

2     In accordance with LR 9021, counsel submitting this document certifies as follows:

3     ☐     The Court waived the requirement of approval under LR 9021.

4

5     ☐     This is a chapter 7 or 13 case, and either with the motion, or at the hearing,
I have delivered a copy of this proposed order to all counsel who appeared

6             at the hearing, any unrepresented parties who appeared at the hearing, and
each has approved or disapproved the order, or failed to respond as

7             indicated below:

8     ☒     This is a chapter 9, 11, or 15 case, and I have delivered a copy of this

9             proposed order to all counsel who appeared at the hearing, any
unrepresented parties who appeared at the hearing, and each has approved

10             or disapproved the order, or failed to respond, as indicated below:

11

    ☐     I have certified that I have served a copy of this order with the motion, and

12             no parties appeared or filed written objections.

13                                                          [APPROVED] / DISAPPROVED

14     Dated: August __, 2013

15                                                             Michael L. Tuchin
                                                      KLEE, TUCHIN, BOGDANOFF & STERN LLP

16                                                     *Attorneys for R. Todd Neilson, chapter 11*

17                                                               *Trustee*

18

19     Submitted by:

20

21     _____
       Mitchell J. Langberg, Esq.

22     Laura F. Bielinski, Esq.
       BROWNSTEIN HYATT FARBER SCHRECK, LLP

23     100 North City Parkway, Suite 1600
       Las Vegas, NV 89106

24     mlangberg@bhfs.com
       lbielinski@bhfs.com

25     Telephone: (702) 382-2101

26     Facsimile: (702) 383-8135

27          and

28

145456.1    Settlement Agreement          3
          Exhibit 11 of 11

1  Malhar S. Pagay (CA Bar No. 189289) (*pro hac vice* pending)
   PACHULSKI STANG ZIEHL & JONES LLP
2  10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA 90067
   mpagay@pszjlaw.com
4  Telephone: (310) 277-6910
   Facsimile: (310) 201-0760
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28