David M. Stern (State Bar No. 67697)
Michael L. Tuchin (State Bar No. 150375)
Matthew C. Heyn (State Bar No. 227474)
Jonathan M. Weiss (State Bar No. 281217)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:    310-407-4000
Facsimile:    310-407-9090
Email:    dstern@ktbslaw.com
    mtuchin@ktbslaw.com
    mheyn@ktbslaw.com
    jweiss@ktbslaw.com

*Attorneys for R. Todd Neilson, Chapter 11 Trustee, and GGW Marketing, LLC*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Jointly Administered Under Case No. 2:13-bk-15130-SK |
|---|---|
| GGW BRANDS, LLC, GGW DIRECT, LLC, GGW EVENTS, LLC, GGW MAGAZINE, LLC, and GGW MARKETING, LLC, | Chapter 11 **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR APPROVAL OF SETTLEMENT WITH WYNN LAS VEGAS, LLC AND STEPHEN A. WYNN** |
| Debtors. | |
| This pleading affects: All Debtors ☒ GGW Brands, LLC ☐ GGW Direct, LLC ☐ GGW Events, LLC ☐ GGW Magazine, LLC ☐ GGW Marketing, LLC ☐ | Hearing **[Ex Parte Application for Order Setting Hearing filed concurrently herewith]** |

145623.1

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1  GGW Marketing, LLC as debtor in possession, and Todd Neilson, in his capacity as
2  chapter 11 trustee (the "Trustee") of the jointly administered bankruptcy estates of GGW Brands,
3  LLC, GGW Direct, LLC, GGW Events, LLC, and GGW Magazine, LLC (together, the
4  "Debtors"), hereby respectfully requests, pursuant to Rule 201(b) of the Federal Rules of Evidence
5  (the "Evidence Rules"), made applicable to these cases by Rule 9017 of the Federal Rules of
6  Bankruptcy Procedure, that the Court take judicial notice of the documents set forth below.

7  Evidence Rule 201(b) provides that "[t]he court may judicially notice a fact that is not
8  subject to reasonable dispute because it: … can be accurately and readily determined from sources
9  whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Pleadings filed in any
10 court of record may be judicially noticed. *United States ex rel. Robinson Rancheria Citizens*
11 *Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) ("[W]e 'may take notice of proceedings
12 in other courts, both within and without the federal judicial system, if those proceedings have a
13 direct relation to matters at issue.'"); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741,
14 746 (9th Cir. 2006) (granting request for judicial notice and stating that "[the court] may take
15 judicial notice of court filings"). Judicial notice of court records "is particularly useful in
16 bankruptcy litigation in which individual adversary proceedings and contested matters, each of
17 which is procedurally distinct and has its own record, all occur within, and are affected by, the
18 context of the parent bankruptcy case…." *Wetherbee v. Willow Lane, Inc. (In re Bestway Prods.)*,
19 151 B.R. 530, 540 (Bankr. E.D. Cal. 1993).

20 The Trustee requests this Court to take judicial notice of the following documents:

21 1.  The *Order Granting Plaintiff Wynn Las Vegas, LLC d/b/a Wynn Las Vegas's*
22 *Motion for Summary Judgment*, which was entered in the civil action before the District Court for
23 Clark County, Nevada captioned *Wynn Las Vegas, LLC d/b/a Wynn Las Vegas v. Francis*, Case
24 No. A566286 and is Exhibit 1 to the Settlement Agreement attached to the Trustee's *Motion for*
25 *Approval of Settlement With Wynn Las Vegas, LLC and Stephen A. Wynn* (the "Motion") as
26 Exhibit A.

27 2.  The *Judgment*, which was entered in the civil action before the District Court for
28 Clark County, Nevada captioned *Wynn Las Vegas, LLC d/b/a Wynn Las Vegas, et al. v. Francis*,

145623.1                                    1

1   Case No. A577548 and is Exhibit 2 to the Settlement Agreement attached to the Motion as Exhibit
2   A.
3         3.      The *Complaint*, which was entered in the civil action before the District Court for
4   Clark County, Nevada captioned *Wynn Las Vegas, LLC d/b/a Wynn Las Vegas v. GGW Direct,*
5   *LLC*, Case No. A-12-660288-B (the "Alter Ego Litigation"), and is Exhibit 3 to the Settlement
6   Agreement attached to the Motion as Exhibit A.
7         4.      The *Preliminary Injunction*, which was entered in the Alter Ego Litigation and is
8   Exhibit 4 to the Settlement Agreement attached to the Motion as Exhibit A.
9         5.      The *Stipulation and Proposed Order Regarding the Participation of David R.*
10  *Houston, Esq. and David R. Houston, Ltd. in Further Proceedings*, which was entered in the Alter
11  Ego Litigation and is attached as Exhibit 5 to the Settlement Agreement attached to the Motion as
12  Exhibit A.
13        6.      The *Order Regarding the Participation of David R. Houston, Esq. and David R.*
14  *Houston, Ltd. in Further Proceedings*, which was entered in the Alter Ego Litigation and is
15  Exhibit 6 to the Settlement Agreement attached to the Motion as Exhibit A.
16        7.      The *Amended Judgment on Special Verdict*, which was entered in the civil action
17  before the Los Angeles County Superior Court captioned *Wynn v. Francis*, Case No. BC438884
18  and is attached as Exhibit 7 to the Settlement Agreement attached to the Motion as Exhibit A.
19        8.      The *Order Granting Summary Judgment*, which was entered in the civil action
20  before the District Court for Tulsa County, Oklahoma captioned *Rayment v. GGW Brands, LLC, et*
21  *al.*, Case No. CJ-2012-1321, which is attached to the Motion as Exhibit P.
22        9.      The *Findings of Fact and Conclusions of Law* [Dkt. No. 77] entered on June 30,
23  2011, in the civil action before the U.S. District Court for the Central District of California,
24  captioned *Rothwell, Ltd. v. United States*, Case No. SA CV 10-00479-RGK (FFMx), which is
25  attached to the Motion as Exhibit M.
26        10.      The opinion of the California Court of Appeal, entered on July 11, 2013 in the
27  appeal captioned *Toho-Towa Co., v. Morgan Creek Productions, Inc.*, Case No. B242095 (Cal. Ct.
28  App. July 11, 2013), which is attached to the Motion as Exhibit V.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

145623.1      2

1    11.    The *Notice Of Hearing And Notice Of Motion To Remand The Removed Nevada Action Back To Nevada State Court* filed in the action before the Nevada Bankruptcy Court in the case captioned *Wynn Las Vegas LLC v. GGW Direct, LLC, et al.*, Case No. 13-01050-mkn, which is attached to the Motion as Exhibit R.

Dated: July 15, 2013

KLEE, TUCHIN, BOGDANOFF & STERN LLP

By: *Matthew Heyn*
Matthew C. Heyn
Attorneys for R. Todd Neilson and
GGW Marketing, LLC

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

145623.1                                3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled: **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR APPROVAL OF SETTLEMENT WITH WYNN LAS VEGAS, LLC AND STEPHEN A. WYNN** was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 15, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 15, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 15, 2013, I arranged for service on the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 1 business day after the document is filed.

TO BE SERVED VIA PERSONAL DELIVERY
Hon. Sandra R. Klein
United States Bankruptcy Court
255 E. Temple Street, Suite 1575
Los Angeles, CA 90012

TO BE SERVED VIA FEDERAL EXPRESS
Joseph R. Francis
1111 Bel Air Place
Los Angeles, CA 90077

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 15, 2013 | Jonathan M. Weiss | */s/ Jonathan M. Weiss* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- Martin R Barash	mbarash@ktbslaw.com, lbogdanoff@ktbslaw.com
- Brendt C Butler	brendt.butler@gmail.com
- Richard K Diamond	rdiamond@dgdk.com, DanningGill@gmail.com
- Matthew Heyn	mheyn@ktbslaw.com
- Lance N Jurich	ljurich@loeb.com, kpresson@loeb.com
- Samuel M Kidder	skidder@ktbslaw.com
- Dare Law	dare.law@usdoj.gov, hatty.yip@usdoj.gov
- John F Medler	john@medlerlawfirm.com, jmedler@medlerroither.com
- Kelly L Morrison	kelly.l.morrison@usdoj.gov
- R. Todd Neilson (TR)	tneilson@brg-expert.com, sgreenan@brg-expert.com; tneilson@ecf.epiqsystems.com; ntroszak@brg-expert.com
- Malhar S Pagay	mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Robert J Pfister	rpfister@ktbslaw.com
- Ronald N Richards	ron@ronaldrichards.com, nick@ronaldrichards.com
- Steven J Schwartz	sschwartz@dgdk.com, DanningGill@gmail.com
- David M Stern	dstern@ktbslaw.com
- Ronald D Tym	RTym@Tymfirm.com
- United States Trustee (LA)	ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw	awarshaw@lawcenter.com, mstevens@lawcenter.com
- Jonathan M Weiss	jweiss@ktbslaw.com
- Robert M Yaspan	court@yaspanlaw.com, tmenachian@yaspanlaw.com

TO BE SERVED BY U.S. FIRST-CLASS MAIL:

Path Media Holdings, LLC
Hunkins Plaza Main Street
P.O. Box 556
Charlestown
Saint Kitts and Nevis

Debtors
GGW Brands, LLC, et al.
Attn: R. Todd Neilson, Trustee
10940 Wilshire Blvd., Ste 1000
Los Angeles, CA 90024

U.S. Trustee
United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Robert M Yaspan
Law Offices of Robert M Yaspan
21700 Oxnard St Suite 1750
Woodland Hills, CA 91367

Allen Michael Wade
c/o Law Office of Shane M. Mallett
Board of Trade Building
80 Twelfth Street, Suite 100
Wheeling, WV 26003

Brian J Rayment
c/o Dana L. Kurtz, Esq.
32 Blaine St.
Hinsdale, IL 60521

Flying Crocodile, Inc.
2019 Third Avenue, #200
Seattle, WA 98121

Advanced Web Marketing Group
34 Borzotta Blvd.
Wayne, NJ 07470

Computer 1
11135 Rush Street, Unit "A"
South El Monte, CA 91733

Transcontinental Interweb Montreal
1603 Montarville Boulevard
Boucherville, QC J4B 5Y2

Ecoff Blut, LLP
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101

Ecoff Blut, LLP
280 South Beverly Drive, #504
Beverly Hills, CA 90212

Etagz, Inc.
Attn: Joseph G. Pia and Tyson B. Snow
Pia Anderson Dorius Reynard & Moss
222 So. Main St. Suite 1830

Mitchell J. Langberg
Brownstein Hyatt et al.
2029 Century Park East, Suite 2100
Los Angeles, CA 90067

Mitchell J. Langberg
Brownstein Hyatt et al.
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

Tamara Favazza
c/o Jerry P. Medler
Medler and Roither, PC
8000 Maryland Ave., Suite 640
Clayton, MO 63105

Wynn Las Vegas, LLC
Attn: Kevin Tourek, Agent
3131 Las Vegas Blvd., So.
Las Vegas, NV 89109

Chelsea Heath
Brian D. Hefelfinger, Esq.
121 N. Fir Street, Suite F
Ventura, CA 93001

The Medler Law Firm, LLC
John F. Medler, Jr.
7700 Bonhomme Avenue, Ste 360
St. Louis, MO 63105

R. Todd Neilson, Trustee
BRG, LLP
2049 Century Park East, Ste 2525
Los Angeles, CA 90067

Cogent Communications
PO Box 791087
Baltimore, MD 21279

Dorsey & Whitney, LLP
PO Box 1680
Minneapolis, MN 55480

Hochman, Salkin, Rettig, Toscher & Perez
9150 Wilshire Boulevard, Ste 300
Beverly Hills, CA 90212

Wargo Wrench LLP
999 Peachtree St. NE
26th Floor
Atlanta, GA 30309

Workbridge Associates
PO Box 311
Brattleboro, VT 05302

Winston & Strawn, LLP
Attn: Peter J. Chassman
1111 Louisiana, 25th Floor
Houston, TX 77002

David R. Houston
432 Court Street
Reno, NV 89501

| | | |
|---|---|---|
| GGW Brands, LLC<br>Brian D. Hefelfinger, Esq.<br>121 N. Fir St., Suite F<br>Ventura, CA 93001 | Industrial Relations<br>Division of Labor Standards<br>Enforcement<br>6150 Van Nuys Blvd., Rm. 206<br>Van Nuys, CA 91401 | Phil Anagnos<br>c/o Alireza Alivandivafi, Esq.<br>Morris Nazarian<br>1925 Century Park East, Suite 2120<br>Los Angeles, CA 90067 |
| West Legal<br>PO Box 6292<br>Carol Stream, IL 60197 | Robison, Belaustegui, Sharp & Low<br>71 Washington Street<br>Reno, NV 89503 | Aaron D. Aftergood<br>The Aftergood Law Firm<br>319 S. Robertson Blvd.<br>Beverly Hills, California  90211 |
| Ronald Tym<br>7120 Carlson Circle, #263<br>Canoga Park, CA 91303-1814 | Dorsey & Whitney<br>Attn: Kimberly Neville, Esq.<br>Attn: Byron Benevuto, Esq.<br>136 S. Main St., Ste. 1000<br>Salt Lake City, UT 08101-1685 | Berry and Maxson LLC<br>Attn: Jessica W. Kenney, Esq.<br>Attn: Kelly Field Farrell, Esq.<br>Attn: Robert P. Berry, Esq.<br>16150 Main Circle Dr., Ste. 120<br>St. Louis, MO 63017 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Zillah A. Framton Bankr. Admin<br>Div of Revenue Bankr Services<br>Carvel State Office Bldg, 8th Floor<br>Wilmington, DE 19801 |
| Los Angeles Division<br>255 E. Temple St.<br>Los Angeles, CA 90012-3332 | Argyle Online, LLC<br>7120 Carlson Circle, #263<br>Canoga Park, CA 91303-1814 | |