# EXHIBIT C

ROBERT M. YASPAN, SBN 51867
JOSEPH G. McCARTY, SBN 151020
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367
Telephone: (818) 774-9929
Facsimile: (818) 774-9989

[Proposed] General Counsel for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| In re:<br><br>GGW BRANDS, LLC,<br><br>     Debtor | Case No.: 2:13-bk-15130-SK<br><br>**DECLARATION OF JOSEPH FRANCIS IN OPPOSITION TO MOTION FOR ODER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**<br><br>Date: April 10, 2013<br>Time: 10:30 a.m.<br>Place: Courtroom 1575<br>    255 E. Temple Street<br>    Los Angeles, CA 90017 |

I, Joseph Francis, being first duly sworn, declare and allege as follows:

1. I am an individual who resides in Los Angeles, California. I was named as a defendant in the cases entitled <u>Wynn Las Vegas, LLC v. Francis</u> and <u>Wynn Las Vegas, LLC v. GGW Direct, LLC</u> that were filed in the District Court of Nevada ("State Court Cases"). I started the Girls Gone Wild brand many years ago but no longer have any official role with respect to the brand. I have personal knowledge of the facts set forth herein and if called as a witness I could, and

1

1. would, so competently testify hereto.

2. Wynn Las Vegas, LLC ("Wynn"), a very wealthy Las Vegas business concern, and its owner Stephen Wynn have a vendetta against me. The Debtor in the above-captioned case has been caught up in that vendetta.

3. ==I am not, and have never been, an owner or manager of the GGW Entities (as defined in the Opposition).==

4. In 1998, I started the Girls Gone Wild brand by the formation of Mantra Films, Inc., ("Mantra") of which I was an officer and a shareholder. Mantra, through my direction made films of young women on spring break and the phrase "Girls Gone Wild" became part of the cultural landscape of America in the first decade of the 21st century.

5. In 2007 and 2008, I was incarcerated for about 11 months in Reno, Nevada on federal tax charges. During my period of incarceration, I had no involvement in the business. After I was released, I discovered that the business had been looted by the other officers of Mantra. This left the Girls Gone Wild brand struggling for survival.

6. Then, in late 2009, only hours after the criminal tax charges against me had been settled, the IRS took virtually all of my assets, and also took operating cash needed by Mantra. This left the company unable to operate and it effectively ceased to exist in 2010.

///

///

///

///

///

2

7. In the past, Debtor has paid certain expenses related to my lifestyle because my image helps sell Debtor's products and services. Because of my past association with the Girls Gone Wild brand, I have provided informal consultation services to the GGW Entities.

Executed at Chatsworth, California on March 28, 2013.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America and the State of California.

*/s/ Joseph Francis*
Joseph Francis