# EXHIBIT D

1  Ronald D. Tym, Esq. (SBN 195339)
   The Tym Firm
2  7120 Carlson Circle, #263
   Canoga Park, CA 91303
3  818-836-1428

4  Attorney for GGW Brands, LLC, GGW Direct, LLC,
   GGW Events, LLC and GGW Magazine, LLC
5

6

7

8             **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9          **FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

10  WYNN LAS VEGAS, LLC dba WYNN            Case No.: BS123009
    LAS VEGAS
11                                          **SECOND SUPPLEMENTAL**
                    Judgment Creditor,      **DECLARATION OF CHRIS DALE IN**
12                                          **SUPPORT OF OPPOSITION TO**
                                            **APPOINTMENT OF LIMITED RECEIVER**
13          v.

14                                          **Date**:      February 20, 2013
    JOSEPH FRANCIS,                         **Time**:      9:30 a.m.
15                                          **Location**:  Department 86
                    Judgment Debtor.                       Stanley Mosk Courthouse
16                                                         111 N. Hill St.
                                                           Los Angeles, CA 90012
17

18

19
         I, Chris Dale, declare as follows:
20
             1.      I make the following declaration of my own personal knowledge and, if
21
    called upon, could and would testify competently as follows:
22
             2.      I am Manager of Pablo Holdings, LLC (also known as "Pablo Holdings,
23
    Limited") and GGW Brands, LLC. As such, I am a custodian of the records of Pablo Holdings,
24
    LLC, GGW Brands, LLC and the following wholly owned subsidiaries of GGW Brands, LLC:
25
    GGW Magazine, LLC; GGW Direct, LLC and GGW Events, LLC. Such records are kept in the
26
    regular course of business, are made at or near the time of the act, condition, or event; and are
27
    prepared by persons having knowledge of such act, condition or event.
28

                                          -1-
                                    DECLARATION

023

3.    Attached hereto as Exhibit A-1 is a true and correct copy of Operating Agreement of GGW Magazine, LLC (the "GGW Magazine, LLC Operating Agreement") from the business records of GGW Magazine, LLC, evidencing that GGW Brands, LLC is the sole member. Section 8.01 of the GGW Magazine, LLC Operating Agreement evidences that the member acts as sole manager of such entity. Attached hereto as Exhibit A-2 is a true and correct copy of the most recent Statement of Information with respect to GGW Magazine, LLC filed with the California Secretary of State's Office on January 16, 2013, further evidencing that GGW Brands, LLC is the sole manager of GGW Magazine, LLC.

4.    Attached hereto as Exhibit B-1 is a true and correct copy of Operating Agreement of GGW Direct, LLC (the "GGW Direct, LLC Operating Agreement") from the business records of GGW Direct, LLC, evidencing that GGW Brands, LLC is the sole member. Section 8.01 of the GGW Direct, LLC Operating Agreement evidences that the member acts as sole manager of such entity. Attached hereto as Exhibit B-2 is a true and correct copy of the most recent Statement of Information with respect to GGW Direct, LLC filed with the California Secretary of State's Office on November 21, 2012, further evidencing that GGW Brands, LLC is the sole manager of GGW Direct, LLC.

5.    Attached hereto as Exhibit C-1 is a true and correct copy of Operating Agreement of GGW Events, LLC (the "GGW Events, LLC Operating Agreement") from the business records of GGW Events, LLC, evidencing that GGW Brands, LLC is the sole member. Section 8.01 of the GGW Events, LLC Operating Agreement evidences that the member acts as manager of such entity. Attached hereto as Exhibit C-2 is a true and correct copy of the most recent Statement of Information with respect to GGW Events, LLC filed with the California Secretary of State's Office on November 21, 2012, further evidencing that GGW Brands, LLC is the sole manager of GGW Events, LLC.

6.    Attached hereto as Exhibit D-1 is a true and correct copy of the Amended and Restated Operating Agreement of GGW Brands, LLC (the "GGW Brands, LLC Operating Agreement") from the business records of GGW Brands, LLC, evidencing that Pablo Holdings is the sole member. Section 8.01 of the GGW Brands, LLC Operating Agreement evidences that I,

024

Chris Dale, act as manager of such entity. Attached hereto as Exhibit D-2 is a true and correct copy of the most recent Statement of Information with respect to GGW Brands, LLC filed with the California Secretary of State's Office on November 21, 2012, further evidencing that I, Chris Dale, am the sole manager of GGW Brands, LLC.

7.    Attached hereto as Exhibit E is a true and correct copy of the Operating Agreement of Pablo Holdings, LLC (the "Pablo Holdings, LLC Operating Agreement") from the business records of Pablo Holdings, LLC, evidencing that Asia Trust Ltd, as Trustee of the Ridgewood Global Trust, a trust formed under the laws of the Cook Islands, is the sole member.

8.    In addition to GGW Brands, LLC, GGW Direct, LLC, GGW Magazine, LLC and GGW Events, LLC, businesses other than those entities also occupy the 10th floor at 10940 Wilshire Blvd., Los Angeles, CA 90024. The Responding Parties only occupy a portion of such space and occupy such space pursuant to a sublease with an entity other than Responding Parties.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed this 28th day of January, 2013, in Los Angeles, California.

Chris Dale

-3-

DECLARATION

**EXHIBIT A-1**

026

## OPERATING AGREEMENT OF
## GGW MAGAZINE LLC
### A DELAWARE LIMITED LIABILITY COMPANY

THIS OPERATING AGREEMENT is made as of this 14th day of October, 2010, by GGW BRANDS LLC, a Delaware limited liability company, as the sole member of GGW MAGAZINE LLC, a Delaware limited liability company (the "Company").

NOW, THEREFORE, pursuant to the Act, the following shall constitute the Operating Agreement, as amended from time to time, for GGW Magazine LLC, a Delaware limited liability company.

ARTICLE I.  DEFINITIONS.

The following terms used in this Operating Agreement shall have the following meanings (unless otherwise expressly provided herein):

1.01.   "Act" means the Delaware Limited Liability Company Act, codified in Delaware Code Annotated, Title 6, Chapter 18, Sections 18 through 101, et. seq.

1.02.   "Articles" means the Certificate of Formation for the Company originally filed with the Delaware Secretary of State and as amended from time to time.

1.03.   "Capital Contributions" means the amount of money and the fair market value of any property other than money contributed to the Company by the Member with respect to such Member's Membership Interest in the Company.

1.04.   "Cash Flow" means with respect to any given period, the cash proceeds received from the Company from the sale, other disposition or refinancing of any or all of the Property (including payments of principal and interest on obligations received by the Company in connection with such sale or other disposition) in excess of amounts necessary to discharge Company obligations with respect to such Property, plus the net income of the Company as determined for federal income tax purposes, increased by cost recovery and other deductions used in determining such net income that do not involve cash expenditures, and decreased by debt service payments, and expenditures required to be capitalized for federal income tax purposes.

1.05.   "Code" means the Internal Revenue Code of 1986, as amended, or corresponding provisions of subsequent superseding federal revenue laws.

1.06.   "Company" means GGW Magazine LLC, a Delaware limited liability company.

1.07.   "Entity" means any general partnership, limited partnership, limited liability company, corporation, joint venture, trust, business trust, cooperative or association.

- I -

IN WITNESS WHEREOF, the undersigned has caused this Operating Agreement to be executed as of the date first set forth above.

"MEMBER":

GGW BRANDS LLC,
a Delaware limited liability company

By: _____
Rafael Bernardino, Jr.,
its Vice President and Secretary

- 9 -

EXHIBIT A

INITIAL CAPITAL CONTRIBUTION
AND MEMBERSHIP INTEREST OF MEMBER

| Name and Address | Initial Capital Contribution | Membership Interest |
|---|---|---|
| GGW Brands LLC<br>1601 Cloverfield Blvd.<br>Suite 420 South<br>Santa Monica, CA  90404<br>Attn:  Rafael Bernardino, Jr. | $1,000.00 | 100% |

- 10 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A-2**

DECLARATION



# State of California
## Secretary of State

L

### STATEMENT OF INFORMATION
(Limited Liability Company)

41

Filing Fee $20.00. If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1  LIMITED LIABILITY COMPANY NAME

GGW MAGAZINE LLC

**FILED**
Secretary of State
State of California

**JAN 1 6 2013**

1 Copy

This Space For Filing Use Only

**File Number and State or Place of Organization**

| 2 SECRETARY OF STATE FILE NUMBER | 3 STATE OR PLACE OF ORGANIZATION (If formed outside of California) |
|---|---|
| 201029810021 | DELAWARE |

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>7120 CARLSON CIRCLE, UNIT 263 | CANOGA PARK | CA | 91303 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | CITY | STATE | ZIP CODE |
| 7. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE<br>CA | ZIP CODE |

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

**Name and Complete Address of Any Manager or Managers, or If None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| GGW Brands LLC its Manager | 7120 CARLSON CIRCLE, UNIT 263 | CANOGA PARK | CA | 91303 |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

| 12. NAME OF AGENT FOR SERVICE OF PROCESS | |
|---|---|
| PARACORP INCORPORATED | C1522536 |
| 13 STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE<br>CA | ZIP CODE |

**Type of Business**

14 DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

ENTERTAINMENT

15 THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 11/28/2012 | CHRIS DALE | Authorized Person | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

APPROVED BY SECRETARY OF STATE

LLC-12 (REV 01/2012)

038

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B-1**

DECLARATION

To: Mitchell J. ... Ronald Tym

# OPERATING AGREEMENT OF
## GGW DIRECT LLC
### A DELAWARE LIMITED LIABILITY COMPANY

THIS OPERATING AGREEMENT is made as of this 14th day of October, 2010, by GGW BRANDS LLC, a Delaware limited liability company, as the sole member of GGW DIRECT LLC, a Delaware limited liability company (the "Company").

NOW, THEREFORE, pursuant to the Act, the following shall constitute the Operating Agreement, as amended from time to time, for GGW Direct LLC, a Delaware limited liability company.

## ARTICLE 1. DEFINITIONS.

The following terms used in this Operating Agreement shall have the following meanings (unless otherwise expressly provided herein):

1.01.    "Act" means the Delaware Limited Liability Company Act, codified in Delaware Code Annotated, Title 6, Chapter 18, Sections 18 through 101, et. seq.

1.02.    "Articles" means the Certificate of Formation for the Company originally filed with the Delaware Secretary of State and as amended from time to time.

1.03.    "Capital Contributions" means the amount of money and the fair market value of any property other than money contributed to the Company by the Member with respect to such Member's Membership Interest in the Company.

1.04.    "Cash Flow" means with respect to any given period, the cash proceeds received from the Company from the sale, other disposition or refinancing of any or all of the Property (including payments of principal and interest on obligations received by the Company in connection with such sale or other disposition) in excess of amounts necessary to discharge Company obligations with respect to such Property, plus the net income of the Company as determined for federal income tax purposes, increased by cost recovery and other deductions used in determining such net income that do not involve cash expenditures, and decreased by debt service payments, and expenditures required to be capitalized for federal income tax purposes.

1.05.    "Code" means the Internal Revenue Code of 1986, as amended, or corresponding provisions of subsequent superseding federal revenue laws.

1.06.    "Company" means GGW Direct LLC, a Delaware limited liability company.

1.07.    "Entity" means any general partnership, limited partnership, limited liability company, corporation, joint venture, trust, business trust, cooperative or association.

040

1.08. "Initial Capital Contributions" means the amount of Capital Contributions set forth on **Exhibit A**, attached hereto and incorporated herein.

1.09. "Member" means GGW Brands LLC, a Delaware limited liability company, who is the sole member of the Company.

1.10. "Membership Interest" means the ownership interest of the Member in the Company at any particular time, including the right of such Member to any and all benefits to which such Member may be entitled as provided in this Agreement or the Act, together with the obligations of such Member to comply with all the terms and provisions of this Agreement and the Act. Such Membership Interest of the Member shall, except as specifically provided herein, be the percentage of the aggregate of such benefits or obligations specified in this Agreement as such Member's Percentage Interest.

1.11. "Operating Agreement" means this Operating Agreement as originally executed and as amended from time to time.

1.12. "Percentage Interest" means the percentage interest of GGW Brands LLC, a Delaware limited liability company, which is 100%, as shown on **Exhibit A** hereof.

1.13. "Person" means any individual or entity, and the heirs, executors, administrators, legal representatives, successors and assigns of such Person, where the context so admits.

1.14. "Property" means all real and personal property, tangible or intangible, owned by the Company.

1.15. "Regulations" means the federal income tax regulations, including temporary (but not proposed) regulations, promulgated under the Code.

1.16. "Substitute Member" means any Person who or which is admitted to the Company as a substitute of the Member.

ARTICLE 2. FORMATION OF COMPANY.

2.01. <u>Formation</u>. On October 14, 2010, Rafael Bernardino, Jr. organized the Company as a Delaware limited liability company under and pursuant to the Act.

2.02. <u>Name</u>. The name of the Company is GGW Direct LLC.

2.03. <u>Principal Place of Business</u>. The principal place of business of the Company within the State of California shall be 1601 Cloverfield Boulevard, Suite 420 South, Santa Monica, California 90404. The Company may locate its places of business and registered office at any other place or places as the Member from time to time may deem advisable.

041

IN WITNESS WHEREOF, the undersigned has caused this Operating Agreement to be executed as of the date first set forth above.

"MEMBER":

GGW BRANDS LLC,
a Delaware limited liability company

By: _____

Rafael Bernardino, Jr.,
its Vice President and Secretary

- 9 -

## EXHIBIT A

### INITIAL CAPITAL CONTRIBUTION
### AND MEMBERSHIP INTEREST OF MEMBER

| Name and Address | Initial Capital Contribution | Membership Interest |
|---|---|---|
| GGW Brands LLC<br>1601 Cloverfield Blvd.<br>Suite 420 South<br>Santa Monica, CA 90404<br>Attn: Rafael Bernardino, Jr. | $1,000.00 | 100% |

- 10 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B-2**

DECLARATION

050



# State of California
## Secretary of State

L

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

NOV 2 1 2012

1. LIMITED LIABILITY COMPANY NAME

GGW DIRECT LLC
201029810017

7120 CARLSON CIRCLE
UNIT 263
CANOGA PARK, CA 91303

This Space For Filing Use Only

**File Number and State or Place of Organization**

| 2. SECRETARY OF STATE FILE NUMBER 201029810017 | 3. STATE OR PLACE OF ORGANIZATION (If formed outside of California) DELAWARE |
|---|---|

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 7120 CARLSON CIRCLE, UNIT 263 | | CANOGA PARK | CA | 91303 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | CITY | STATE | ZIP CODE |
| 7. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | | CITY | STATE CA | ZIP CODE |

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

**Name and Complete Address of Any Manager or Managers, or If None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 9. NAME GGW Brands LLC, its Member | 7120 CARLSON CIRCLE, UNIT 263 | CANOGA PARK | CA | 91303 |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank

| 12. NAME OF AGENT FOR SERVICE OF PROCESS PARACORP INCORPORATED | | | | |
|---|---|---|---|---|
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | | STATE CA | ZIP CODE |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

ENTERTAINMENT

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 11/21/2012 | CHRIS DALE | Authorized Person | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |
| | | | APPROVED BY SECRETARY OF STATE |

LLC-12 (REV 01/2012)

051

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C-1**

DECLARATION

**OPERATING AGREEMENT OF**
**GGW EVENTS LLC**
**A DELAWARE LIMITED LIABILITY COMPANY**

THIS OPERATING AGREEMENT is made as of this 14th day of October, 2010, by GGW BRANDS LLC, a Delaware limited liability company, as the sole member of GGW EVENTS LLC, a Delaware limited liability company (the "Company").

NOW, THEREFORE, pursuant to the Act, the following shall constitute the Operating Agreement, as amended from time to time, for GGW Events LLC, a Delaware limited liability company.

ARTICLE 1. DEFINITIONS.

The following terms used in this Operating Agreement shall have the following meanings (unless otherwise expressly provided herein):

1.01. "Act" means the Delaware Limited Liability Company Act, codified in Delaware Code Annotated, Title 6, Chapter 18, Sections 18 through 101, et. seq.

1.02. "Articles" means the Certificate of Formation for the Company originally filed with the Delaware Secretary of State and as amended from time to time.

1.03. "Capital Contributions" means the amount of money and the fair market value of any property other than money contributed to the Company by the Member with respect to such Member's Membership Interest in the Company.

1.04. "Cash Flow" means with respect to any given period, the cash proceeds received from the Company from the sale, other disposition or refinancing of any or all of the Property (including payments of principal and interest on obligations received by the Company in connection with such sale or other disposition) in excess of amounts necessary to discharge Company obligations with respect to such Property, plus the net income of the Company as determined for federal income tax purposes, increased by cost recovery and other deductions used in determining such net income that do not involve cash expenditures, and decreased by debt service payments, and expenditures required to be capitalized for federal income tax purposes.

1.05. "Code" means the Internal Revenue Code of 1986, as amended, or corresponding provisions of subsequent superseding federal revenue laws.

1.06. "Company" means GGW Events LLC, a Delaware limited liability company.

1.07. "Entity" means any general partnership, limited partnership, limited liability company, corporation, joint venture, trust, business trust, cooperative or association.

053

To: Mitchell J.

IN WITNESS WHEREOF, the undersigned has caused this Operating Agreement to be executed as of the date first set forth above.

"MEMBER":

GGW BRANDS LLC,
a Delaware limited liability company

By: _____
    Rafael Bernardino, Jr.,
    its Vice President and Secretary

061

## EXHIBIT A

### INITIAL CAPITAL CONTRIBUTION
### AND MEMBERSHIP INTEREST OF MEMBER

| Name and Address | Initial Capital Contribution | Membership Interest |
|---|---|---|
| GGW Brands LLC<br>1601 Cloverfield Blvd.<br>Suite 420 South<br>Santa Monica, CA  90404<br>Attn:  Rafael Bernardino, Jr. | $1,000.00 | 100% |

062

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C-2**

DECLARATION



# State of California
## Secretary of State

L

### STATEMENT OF INFORMATION
### (Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

ENDORSED - FILED
in the office of the Secretary of State
of the State of California

NOV 21 2012

This Space For Filing Use Only

1. LIMITED LIABILITY COMPANY NAME

GGW EVENTS LLC
201029810014

7120 CARLSON CIRCLE
UNIT 263
CANOGA PARK, CA 91303

**File Number and State or Place of Organization**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION (If formed outside of California) |
|---|---|
| 201029810014 | DELAWARE |

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>7120 CARLSON CIRCLE, UNIT 263 | CANOGA PARK | CA | 91303 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | CITY | STATE | ZIP CODE |
| 7. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE<br>CA | ZIP CODE |

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 9. NAME | GGW Brands LLC its Manager | 7120 CARLSON CIRCLE, UNIT 263 | CANOGA PARK | CA | 91303 |
| 10. NAME | | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS
PARACORP INCORPORATED

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE<br>CA | ZIP CODE |
|---|---|---|---|

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
ENTERTAINMENT

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 11/21/2012 | CHRIS DALE | Authorized Person | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| LLC-12 (REV 01/2012) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

1
2
3
4
5
6
7
8
9                            **EXHIBIT D-1**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION**

# AMENDED AND RESTATED
## OPERATING AGREEMENT
### OF
### GGW BRANDS LLC
### A DELAWARE LIMITED LIABILITY COMPANY

THIS OPERATING AGREEMENT is amended and restated as of this 9th day of November, 2012, by PABLO HOLDINGS LLC, a _____ limited liability company ("Pablo"), as the sole member of GGW BRANDS LLC, a Delaware limited liability company (the "Company").

The Company was formed on October 14, 2010. Rafael Bernardino Jr. was the sole member, but Mr. Bernardino held the interest as nominee for Pablo. Pablo and Mr. Bernardino have terminated the nominee agreement, and Pablo wishes to amend and restate the Operating Agreement to reflect Pablo as the sole Member.

NOW, THEREFORE, pursuant to the Act, the following shall constitute the amended and restated Operating Agreement for GGW Brands LLC, a Delaware limited liability company.

## ARTICLE 1

## DEFINITIONS

The following terms used in this Operating Agreement shall have the following meanings (unless otherwise expressly provided herein):

1.01   "Act" means the Delaware Limited Liability Company Act, codified in Delaware Code Annotated, Title 6, Chapter 18, Sections 18 through 101, *et. seq.*

1.02   "Articles" means the Certificate of Formation for the Company originally filed with the Delaware Secretary of State and as amended from time to time.

1.03   "Capital Contributions" means the amount of money and the fair market value of any property other than money contributed to the Company by the Member with respect to such Member's Membership Interest in the Company.

1.04   "Cash Flow" means with respect to any given period, the cash proceeds received from the Company from the sale, other disposition or refinancing of any or all of the Property (including payments of principal and interest on obligations received by the Company in connection with such sale or other disposition) in excess of amounts necessary to discharge Company obligations with respect to such Property, plus the net income of the Company as determined for federal income tax purposes, increased by cost recovery and other deductions used in determining such net income that do not involve cash expenditures, and decreased by debt service payments, and expenditures required to be capitalized for federal income tax purposes.

0059/32716-001 current/33039259v3

1.05   "Code" means the Internal Revenue Code of 1986, as amended, or corresponding provisions of subsequent superseding federal revenue laws.

1.06   "Company" means GGW Brands LLC, a Delaware limited liability company.

1.07   "Entity" means any general partnership, limited partnership, limited liability company, corporation, joint venture, trust, business trust, cooperative or association.

1.08   "Initial Capital Contributions" means the amount of Capital Contributions set forth on **Exhibit A**, attached hereto and incorporated herein.

1.09   "Member" means Pablo, which is the sole member of the Company.

1.10   "Membership Interest" means the ownership interest of the Member in the Company at any particular time, including the right of such Member to any and all benefits to which such Member may be entitled as provided in this Agreement or the Act, together with the obligations of such Member to comply with all the terms and provisions of this Agreement and the Act. Such Membership Interest of the Member shall, except as specifically provided herein, be the percentage of the aggregate of such benefits or obligations specified in this Agreement as such Member's Percentage Interest.

1.11   "Operating Agreement" means this Operating Agreement as originally executed and as amended from time to time.

1.12   "Percentage Interest" means the percentage interest of Rafael Bernardino, Jr., an individual, which is 100%, as shown on **Exhibit A** hereof.

1.13   "Person" means any individual or entity, and the heirs, executors, administrators, legal representatives, successors and assigns of such Person, where the context so admits.

1.14   "Property" means all real and personal property, tangible or intangible, owned by the Company.

1.15   "Regulations" means the federal income tax regulations, including temporary (but not proposed) regulations, promulgated under the Code.

1.16   "Substitute Member" means any Person who or which is admitted to the Company as a substitute of the Member.

## ARTICLE 2

## FORMATION OF COMPANY

2.01   _Formation_. On October 14, 2010, Rafael Bernardino, Jr. organized the Company as a Delaware limited liability company under and pursuant to the Act.

2.02   _Name_. The name of the Company is GGW Brands LLC.

- 2 -

13.06 <u>Severability</u>. If any provision of this Operating Agreement or the application thereof to any Person or circumstance shall be invalid, illegal or unenforceable to any extent, the remainder of this Operating Agreement and the application thereof shall not be affected and shall be enforceable to the fullest extent permitted by law.

13.07 <u>Heirs, Successors and Assigns</u>. Each and all of the covenants, terms, provisions and agreements herein contained shall be binding upon and inure to the benefit of the parties hereto and, to the extent permitted by this Operating Agreement, their respective heirs, legal representatives, successors and assigns.

13.08 <u>Creditors</u>. None of the provisions of this Operating Agreement shall be for the benefit of or enforceable by any creditors of the Company.

*(Signature and exhibit pages follow.)*

- 9 -

074

IN WITNESS WHEREOF, the undersigned has caused this Operating Agreement to be executed as of the date first set forth above.

"MEMBER":

PABLO HOLDINGS LLC

ATP DIRECTORS LIMITED
BY ITS DULY AUTHORISED OFFICER

By: _____
Angela Pope and Lynnette Karatti

- 10 -

075

## EXHIBIT A

### INITIAL CAPITAL CONTRIBUTION
### AND MEMBERSHIP INTEREST OF MEMBER

| Name and Address | Initial Capital Contribution | Membership Interest |
|---|---|---|
| Pablo Holdings LLC<br>10940 Wilshire Boulevard<br>Los Angeles, CA. 90024 | $1,000.00 | 100% |

- 11 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT D-2**

DECLARATION



# State of California
## Secretary of State

**L**

STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.
IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

NOV 2 1 2012

1. LIMITED LIABILITY COMPANY NAME

GGW BRANDS LLC
201029810012

7120 CARLSON CIRCLE
UNIT 263
CANOGA PARK, CA 91303

*This Space For Filing Use Only*

| File Number and State or Place of Organization | |
|---|---|
| 2. SECRETARY OF STATE FILE NUMBER 201029810012 | 3. STATE OR PLACE OF ORGANIZATION (if formed outside of California) DELAWARE |

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 7120 CARLSON CIRCLE, UNIT 263 | | CANOGA PARK | CA | 91303 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | CITY | STATE | ZIP CODE |
| 7. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | | CITY | STATE CA | ZIP CODE |

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Chris Dale, Its Manager | 7120 CARLSON CIRCLE, UNIT 263 | CANOGA PARK | CA | 91303 |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

| 12. NAME OF AGENT FOR SERVICE OF PROCESS PARACORP INCORPORATED | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | | CITY | STATE CA | ZIP CODE |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
ENTERTAINMENT

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 11/21/2012 | CHRIS DALE | MANAGER | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |
| | | | APPROVED BY SECRETARY OF STATE |

LLC-12 (REV 01/2012)

078