# EXHIBIT F

UNANIMOUS WRITTEN CONSENT OF MEMBER

OF

GGW EVENTS, LLC

On October 12, 2011, the following resolutions were
adopted by GGW Brands, LLC, the sole member of GGW Events,
a member-managed limited liability company (herein, the
"Company") formed under the laws of Delaware and authorized
to conduct its business in the State of California:

WHEREAS, The Company desires to form a banking
relationship with a local bank to do all of its business
banking;

WHEREAS, The Company desires to open a business
account with Wells Fargo, N.A.

NOW, THEREFORE, in consideration of the foregoing
premises, GGW Brands, as the sole member of the Company,
hereby adopts the following resolutions:

RESOLVED, The Company is hereby authorized to
establish a banking relationship with Wells Fargo, N.A.

FURTHER RESOLVED: Joseph R. Francis is a key executive
of the Company.  As such he is hereby authorized to act as
signatory for the Company, fully empowered and authorized
to make deposits, withdrawals, execute instruments,
signature cards, indentures and contracts of whatever
nature related to the Company's bank account with Wells
Fargo, N.A., and bind the Company thereby.

FURTHER RESOLVED, the Secretary of the Company is
hereby authorized to incorporate these minutes into the
proceedings of the Company.


This Consent of the Member is given in accordance with
the Delaware Corporations Code with respect to the
Membership Interests of the undersigned entitled to vote on
these matters.

EXHIBIT _____ DATE 5/24/13
WITNESS _____
Karen Aligo, CCR

171

DONE AND DATED as of the _12_ day of October, 2011.


MEMBER:

GGW Brands, LLC
By:

~~Secretary~~
Assistant Secretary

UNANIMOUS WRITTEN CONSENT OF MEMBER

OF

GGW EVENTS, LLC

On October 12, 2011, the following resolutions were adopted by GGW Brands, LLC, the sole member of GGW Events, a member-managed limited liability company (herein, the "Company") formed under the laws of Delaware and authorized to conduct its business in the State of California:

WHEREAS, The Company desires to form a banking relationship with a local bank to do all of its business banking;

WHEREAS, The Company desires to open a business account with Wells Fargo, N.A.

NOW, THEREFORE, in consideration of the foregoing premises, GGW Brands, as the sole member of the Company, hereby adopts the following resolutions:

RESOLVED, The Company is hereby authorized to establish a banking relationship with Wells Fargo, N.A.

FURTHER RESOLVED: Joseph R. Francis is a key executive of the Company. As such he is hereby authorized to act as signatory for the Company, fully empowered and authorized to make deposits, withdrawals, execute instruments, signature cards, indentures and contracts of whatever nature related to the Company's bank account with Wells Fargo, N.A., and bind the Company thereby.

FURTHER RESOLVED, the Secretary of the Company is hereby authorized to incorporate these minutes into the proceedings of the Company.

This Consent of the Member is given in accordance with the Delaware Corporations Code with respect to the Membership Interests of the undersigned entitled to vote on these matters.

EXHIBIT 172 DATE 5/24/13
WITNESS Krueger, R.
K.___ Allan, CCR

MPU 172

DONE AND DATED as of the _12_ day of October, 2011.


MEMBER:

GGW Brands, LLC
By:

_____
Secretary
Assistant Secretary