# EXHIBIT G

Case 2:13-bk-51386-SHB Doc 228-7 Filed 07/15/13 Entered 07/15/13 17:22:15 Desc
Case 3:13-bk-51386-SHB Doc 283-11 Filed 10/15/13 Entered 10/15/13 17:20:54 Desc
Exhibit G    Page 1 of 14

```
GGW Direct, LLC                  JPMorgan Chase Bank, N.A.             90-7182
P.O. Box 150                     15260 Ventura Blvd
Los Angeles, CA 90078            Sherman Oaks, CA 91403                         6269
(424) 217-8800
                                                                        8/5/2011

PAY   Liner Grode Stein Yankelevitz Sunshine                        $   **39,153.35

THIRTY-NINE-THOUSAND-ONE-HUNDRED-FIFTY-THREE AND 35/100*********************   DOLLARS

TO THE   Liner Grode Stein Yankelevitz Sunshine
ORDER    Liner Grode Stein Yankelevitz
OF       1100 Glendon Ave., 14th Floor
         Los Angeles, CA 90024

Memo

        ⑆006269⑆ ⑈322271627⑈  873288690⑈
```

LG000015

| | | |
|---|---|---|
| GGW Direct, LLC<br>P.O. Box 150<br>Los Angeles, CA 90078<br>(424) 217-8800 | JPMorgan Chase Bank, N.A.<br>15260 Ventura Blvd<br>Sherman Oaks, CA 91403    90-7162 | 6333<br>8/24/2011 |

PAY    Liner Grode Stein Yankelevitz Sunshine    $ **50,853.36

FIFTY-THOUSAND EIGHT HUNDRED FIFTY-THREE AND 36/100************************    DOLLARS

TO THE
ORDER
OF
Liner Grode Stein Yankelevitz Sunshine
Liner Grode Stein Yankelevitz
1100 Glendon Ave., 14th Floor
Los Angeles, CA 90024

Memo

LG000016

**GGW Direct**
PO Box 150
Los Angeles, CA 90078
310-405-0200

National Bank Of ...ornia
145 S Fairfax
Los Angeles, CA 90036-2106
323-655-6001

**1379**

Date 2/23/2012

Pay to the Order of: Law Offices of David R. Houston    $ **4,035.56

FOUR-THOUSAND THIRTY-FIVE AND 56/100************************ Dollars

Law Offices of David R. Houston
432 Court Street
Reno, Nevada 89501

Memo: January 2012

---

GGW Direct    1379

Law Offices of David R. Houston    2/23/2012

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/31/2012 | Bill | 1447 | 4,035.56 | 4,035.56 | | 4,035.56 |

Check Amount    4,035.56











GGW Direct, LLC
P.O. Box 130
Los Angeles, CA 90078
(424) 217-8400

[redacted]

6385

2/22/2011

PAY Aftergood Law Firm $ **4,000.00

FOUR-THOUSAND AND 00/100********** DOLLARS

TO THE ORDER OF Aftergood Law Firm

Memo [redacted]

[redacted]

---

GGW Direct
PO Box 130
Los Angeles, CA 90078
310-465-0200

[redacted]

1081

Date 11/30/2011

Pay to the Order of Aftergood Law Firm $ **12,000.00

TWELVE-THOUSAND AND 00/100********** Dollars

Aftergood Law Firm
1875 Century Park East
Suite 2230
Los Angeles, CA 90067

Memo [redacted]

[redacted]

---

GGW Direct
PO Box 130
Los Angeles, CA 90078
310-465-0200

[redacted]

1118

Date 11/16/2011

Pay to the Order of Aftergood Law Firm $ **3,351.06

THREE-THOUSAND THREE-HUNDRED-FIFTY-ONE AND 06/100********** Dollars

Aftergood Law Firm
1875 Century Park East
Suite 2230
Los Angeles, CA 90067

Memo

[redacted]

PLF/DFT EXHIBIT 12
DEPONENT Aftergood
DATE 1/28/12 Wong 10250

EXHIBIT
2
PENGAD 800-631-6989

| | | |
|---|---|---|
| **GGW Direct, LLC**<br>1601 Cloverfield Blvd<br>Suite 420S<br>Santa Monica, CA 90404<br>(424) 217-8800 | JPMorgan Chase Bank, N.A.<br>15260 Ventura Blvd<br>Sherman Oaks, CA 91403    90-7162 | **3096**<br>*12/16/2010* |

PAY    Liner Grode Stein Yankelevitz Sunshine &                    $ **27,000.00**

*TWENTY-SEVEN-THOUSAND AND 00/100*************************************************  DOLLARS

TO THE
ORDER
OF
Liner Grode Stein Yankelevitz Sunshine &
Liner Grode Stein Yankelevitz
1100 Glendon Ave., 14th Floor
Los Angeles, CA 90024

Memo _____

⑈003096⑈ ⑆322271627⑆ 873288690⑈

LG000003

GGW Direct, LLC
1601 Cloverfield Blvd
Suite 420S
Santa Monica, CA 90404
(323) 217-8800

JPMorgan Chase Bank, N.A.
16260 Ventura Blvd
Sherman Oaks, CA 91403

90-7162

3117

12/22/2010

PAY   Liner Grode Stein Yankelevitz Sunshine &        $ **2,000.00

TWO THOUSAND AND 00/100 *********************************************   DOLLARS

TO THE
ORDER
OF
Liner Grode Stein Yankelevitz Sunshine &
Liner Grode Stein Yankelevitz
1100 Glendon Ave., 14th Floor
Los Angeles, CA 90024

Memo

LG000004



LG000005



LG000006

**GGW Direct, LLC**
1601 Cloverfield Blvd
Suite 420S
Santa Monica, CA 90404
(424) 217-8800

JPMorgan Chase Bank, N.A.
15260 Ventura Blvd
Sherman Oaks, CA 91403

90-7182

5308
6/24/2011

PAY    Liner Grode Stein Yankelevitz Sunshine                  $ **16,658.04

SIXTEEN THOUSAND SIX HUNDRED FIFTY EIGHT AND 04/100************************    DOLLARS

TO THE
ORDER
OF

Liner Grode Stein Yankelevitz Sunshine
Liner Grode Stein Yankelevitz
1100 Glendon Ave., 14th Floor
Los Angeles, CA 90024

Memo

LG000011

**GGW Direct, LLC**
1601 Cloverfield Blvd
Suite 420S
Santa Monica, CA 90404
(424) 217-8800

JPMorgan Chase Bank, N.A.
15260 Ventura Blvd
Sherman Oaks, CA 91403

90-7162

5299

*6/23/2011*

PAY   Law Offices of David R. Houston                $ **734.59

*SEVEN-HUNDRED-THIRTY-FOUR AND 59/100*********************************** DOLLARS

TO THE ORDER OF
Law Offices of David R. Houston
432 Court Street
Reno, Nevada 89501

Memo  Travel expenses

⑆005299⑆ ⑈322271627⑈ 873288690⑈

---

GGW Direct, LLC                                                         5299

Law Offices of David R. Houston                              6/23/2011

| Date | Type | Reference | Original Amt | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/8/2011 | Bill | 1322 | 734.59 | 734.59 | | 734.59 |
| | | | | | Check Amount | 734.59 |

Checking - GGW Dire  Travel expenses                              734.59