# EXHIBIT H

GGW
ORG CHART
Updated May 15, 2012
Joe Francis
Creative Consultant
Executive Assistant to Joe Francis
Vice President of Production
Vice President of Online
Vice President of Creative Services
Vice President of Finance and Operations
Director of Production
Director of Online Operations
Director of Information Technology
Director of HR & Legal Affairs
Production Manager
Development Manager
Manager of Events
Casting Director
Production Coordinator
Camera
Camera
Camera
Driver
Production Assistant
Production Assistant
Editor
Editor
Editor
Web Editor
Online Editor
Assistant Editor / Legal
Assistant Editor
Mouton Logistics
Inbound Call Centers
Social Media Specialist
SEO Specialist
Customer Service
Online Developer
Senior LAMP Developer
Online Content Coordinator
Front End Online Development
Senior Graphic Designer
Senior Graphic Designer
Outside Lawfirms
Staff Accountant
Staff Accountant
Staff Accountant
General Manager Corporate Retreat
Assistant Manager Corporate Retreat
Corporate Retreat Staff

EXHIBIT
177
PENGAD 800-631-6989