# EXHIBIT K

The Mortgage Center Services
## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.
If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below).

Borrower _____ Co-Borrower _____

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☒ Conventional ☐ Other (explain): ☐ FHA ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number |
|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | |
|---|---|---|---|---|
| $ 5,000,000.00 | 6.500 % | 360 | ☐ Fixed Rate ☐ GPM | ☐ Other (explain): ☒ ARM (type): 5/1 I/O |

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) 1111 Bel Air Place, Bel Air Estates, CA 90077 County: LOS ANGELES | No. of Units 1 |
|---|---|
| Legal Description of Subject Property (attach description if necessary) | Year Built 1969 |

Purpose of Loan: ☐ Purchase ☐ Construction ☐ Other (explain): ☒ Refinance ☐ Construction-Permanent
Property will be: ☒ Primary Residence ☐ Secondary Residence ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 1999 | $ 1,900,000.00 | $ 0.00 | Cash-Out Other | Cost $ |

| Title will be held in what Name(s) Joseph Francis | Manner in which Title will be held To be decided in escrow | Estate will be held in: ☒ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

### III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) Joseph Francis | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number: 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 | Home Phone (incl. area code): 310-566-1819 | DOB (MM/DD/YYYY): 04/01/1973 | Yrs. School: 18 | Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School |
| ☐ Married ☒ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. ages | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no. ages |
| Present Address (street, city, state, ZIP) ☒ Own ☐ Rent No. Yrs. 6Y 1111 Bel Air Place Bel Air Estates, CA 90077 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
|---|---|

### IV. EMPLOYMENT INFORMATION

| Borrower | | | Co-Borrower | | |
|---|---|---|---|---|---|
| Name & Address of Employer ☒ Self Employed Mantra Films 1601 Cloverfield Bl. #420 S. Santa Monica, CA 90404 | Yrs. on this job 10Y Yrs. employed in this line of work/profession 10 | | Name & Address of Employer ☐ Self Employed | Yrs. on this job Yrs. employed in this line of work/profession | |
| Position/Title/Type of Business Owner | Business Phone (incl. area code) 310-566-1819 | | Position/Title/Type of Business | Business Phone (incl. area code) | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

Freddie Mac 65 07/05  Page 1 of 4  Fannie Mae Form 1003 07/05

1003 Page 1 03/05 - Encompass™ from Ellie Mae - www.elliemae.com

CHASE00016

The Mortgage Center Services

### V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income | 21,666.66 | | 21,666.66 | Rent | | |
| Overtime | | | | First Mortgage (P&I) | | 27,083.33 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 1,200.00 | 1,200.00 |
| Dividends/Interest | 19,186.66 | | 19,186.66 | Real Estate Taxes | 5,725.75 | 5,725.75 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | 133,880.90 | | 133,880.90 | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | 174,733.22 | | 174,733.22 | Total | 6,925.75 | 34,009.08 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income  Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | 2 Year Average Sch C | 2,989.95 |
| B | 2 Year Avg K-1 for Mantra Films | 6,753.96 |
| B | 2 Year Avg K-1 for Sands Media | 124,136.29 |

### VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.
Completed ☐ Jointly  ☒ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | | | | |
| | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| List checking and savings accounts below | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union Morgan Stanley | | NATL CITY | 2,143.00 | 265,276.00 |
| Acct. no. 276 010519 089 | 1,545,060.00 | Acct. no. 4583162697 | | |
| Name and address of Bank, S&L, or Credit Union Morgan Stanley | | Name and address of Company CHASE AUTO 65 WATER ST NEW HYDE PARK, NY 11041 | $ Payment/Months 3,358.00 | 154,377.00 |
| Acct. no. 276 011889 089 | 487,000.00 | Acct. no. 10 Name and address of Company AMEX | $ Payment/Months 83.00 | 3,285.00 |
| Name and address of Bank, S&L, or Credit Union Morgan Stanley | | | | |
| Acct. no. 276 011886 089 | 484,469.00 | Acct. no. 024818449010366151 Name and address of Company Chickie Bail Bonds | $ Payment/Months | *150,085.00 |
| Name and address of Bank, S&L, or Credit Union Morgan Stanley | | | | |
| Acct. no. 276 012360 089 | 14,430.00 | Acct. no. Name and address of Company | $ Payment/Months | |
| Stocks & Bonds (Company name/number & description) | | | | |
| | | Acct. no. Name and address of Company | $ Payment/Months | |
| Life insurance net cash value Face amount $ | | | | |
| Subtotal Liquid Assets | 2,530,959.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | 10,500,000.00 | Acct. no. Name and address of Company | $ Payment/Months | |
| Vested interest in retirement fund | | | | |
| Net worth of business(es) owned (attach financial statement) | | | | |
| Automobiles owned (make and year) | | Acct. no. Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 5,582.00 | |
| Total Assets a. | 13,030,959.00 | Net Worth (a minus b) $ 12,437,966.00 | Total Liabilities b. | 593,013.00 |

Freddie Mac 65 07/05
Joseph Francis
1003 Page 2 05/05 - Encompass™ from Ellie Mac - www.elliemae.com
Page 2 of 4
Fannie Mae Form 1003 07/05

CHASE00017

## The Mortgage Center Services

### VI. ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| 1111 Bel Air Place Bel Air Estates, CA 90077 | | SFR | $ 10,500,000.0 | $ 0.00 | $ | $ 0.00 | $ 5,725.75 | $ |
| | | | | | | | | |
| | | | | | | | | |
| | | Totals | $ 10,500,000.0 | $ | $ | $ | $ 5,725.75 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

### VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase Price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 150,065.00 |
| e. Estimated prepaid items | 9,027.78 |
| f. Estimated closing costs | 88,437.80 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 247,530.58 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 5,000,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 5,000,000.00 |
| p. Cash from / to Borrower (subtract j, k, l & o from i) | -4,752,469.42 |

### VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☒ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☒ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☒ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☐ |
| j. Are you a U.S. citizen? | ☒ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☒ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☒ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☒ | ☐ | ☐ | ☐ |
| (1) What type of property did you own – principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home – solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

### IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges, that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X [signature] | 2/1/05 | X | |

### X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information. | CO-BORROWER | ☐ I do not wish to furnish this information. |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino ☒ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☒ White | Race: | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ White |
| Sex: | ☐ Female ☒ Male | Sex: | ☐ Female ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: ☐ Face-to-face interview ☒ Mail ☐ Telephone ☐ Internet | Shellie Haber<br>Interviewer's Signature — Date<br>Interviewer's Phone Number (incl. area code): 818-225-1150 | The Mortgage Center Services<br>23300 Ventura Blvd, Suite C<br>Woodland Hills, CA 91364<br>(P) 818-225-1150<br>(F) 818-225-7075 |

Joseph Francis

1003 Page 3 08/05 ~ Encompass™ from Ellie Mae ~ www.elliemae.com

# MISSING PAGES

4 OF 4

171-4

CHASE00019

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below).

Borrower _____ Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☐ FHA | ☒ Conventional ☐ USDA/Rural Housing Service | ☐ Other (explain): | Agency Case Number | Lender Case Number 3015085941 |
|---|---|---|---|---|---|
| Amount $ 5,000,000.00 | Interest Rate 6.50 % | No. of Months 360 | Amortization Type: | ☐ Fixed Rate ☐ GPM | ☐ Other (explain): ☒ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP) 1111 Bel Air Place Bel Air Estates, LOS ANGELES, CA 90077 | | | | | No. of Units 1 |
|---|---|---|---|---|---|
| Legal Description of Subject Property (attach description if necessary) | | | | | Year Built 1989 |

| Purpose of Loan | ☐ Purchase ☒ Refinance | ☐ Construction ☐ Construction-Permanent | ☐ Other (explain): | Property will be: ☒ Primary Residence ☐ Secondary Residence ☐ Investment |

Complete this line if construction or construction-permanent loan.
| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a + b) $ |

Complete this line if this is a refinance loan.
| Year Acquired 1999 | Original Cost $ 1,900,000.00 | Amount Existing Liens $ 0.00 | Purpose of Refinance Cash, Cash-Out/Other | Describe Improvements ☐ made ☐ to be made Cost: $ 0.00 | |

| Title will be held in what Name(s) Joseph Francis | Manner in which Title will be held To be decided in escrow | Estate will be held in: ☒ Fee Simple ☐ Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) **Joseph Francis** | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number 531974432 | Home Phone (incl. area code) (310) 566-1819 | DOB (mm/dd/yyyy) 04/01/1973 | Yrs. School 18 | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
| ☐ Married ☒ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. 0 ages | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no. ages |
| Present Address (street, city, state, ZIP) ☒ Own ☐ Rent _8_ No. Yrs. 1111 Bel Air Place Bel Air Estates, CA 90077 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:
| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| Borrower | | | Co-Borrower | | |
|---|---|---|---|---|---|
| Name & Address of Employer **Mantra Films 1601 Cloverfield Bl. #420 S. Santa Monica, CA 90404** | ☒ Self Employed | Yrs. on this job 10 Yrs 0 Mos Yrs. employed in this line of work/profession 10 | Name & Address of Employer | ☐ Self Employed | Yrs. on this job Yrs. employed in this line of work/profession |
| Position/Title/Type of Business Owner | Business Phone (incl. area code) (310) 566-1819 | | Position/Title/Type of Business | Business Phone (incl. area code) | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

Freddie Mac Form 65 7/05    Page 1    Fannie Mae Form 1003 7/05



CHASE00020

| | Borrower | | | IV. EMPLOYMENT INFORMATION (cont'd) | | | Co-Borrower | |
|---|---|---|---|---|---|---|---|---|
| Name & Address of Employer | | ☐ Self Employed | Dates (from - to) | | Name & Address of Employer | | ☐ Self Employed | Dates (from - to) |
| | | | Monthly Income $ | | | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | | | Position/Title/Type of Business | | Business Phone (incl. area code) | |
| Name & Address of Employer | | ☐ Self Employed | Dates (from - to) | | Name & Address of Employer | | ☐ Self Employed | Dates (from - to) |
| | | | Monthly Income $ | | | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | | | Position/Title/Type of Business | | Business Phone (incl. area code) | |

### V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 21,666.66 | $ | $ 21,666.66 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | | $ 27,083.33 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 1,200.00 | 1,458.33 |
| Dividends/Interest | 19,186.66 | | 19,186.66 | Real Estate Taxes | 5,725.75 | 5,725.75 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income" below) | 133,880.906 | | 133,880.906 | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 174,733.219 | $ | $ 174,733.219 | Total | $ 6,925.75 | $ 34,267.41 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income  Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | | $ 133,880.906 |
| | | |

### VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly ☒ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | | |
| List checking and savings accounts below | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| Name and address of Bank, S&L, or Credit Union  Morgan Stanley | | Name and address of Company  NATL CITY | $ Payment/Months  2,143.00/0 | $ 265,276.00 |
| Acct. no. 276 011889 089 | $ 487,000.00 | Acct. no. 4503182687 | | |
| Name and address of Bank, S&L, or Credit Union  Morgan Stanley | | Name and address of Company  CHASE AUTO  55 WATER ST  NEW HYDE PARK, NY 11041 | $ Payment/Months  3,356.00/0 | $ 154,377.00 |
| Acct. no. 276 011889 089 | $ 484,489.00 | Acct. no. 10 | | |
| Name and address of Bank, S&L, or Credit Union  Morgan Stanley | | Name and address of Company  AMEX | $ Payment/Months  83.00/0 | $ 3,295.00 |
| Acct. no. 276 012360 089 | $ 14,430.00 | Acct. no. 024818449010388151 | | |

Freddie Mac Form 65   7/05   Page 2   Fannie Mae Form 1003  1/05



CHASE00021

## VI. ASSETS AND LIABILITIES (cont'd)

| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | | $ Payment/Months | $ |
|---|---|---|---|---|---|
| Acct. no. | $ | Acct. no. | | | |
| Stocks & Bonds (Company name/ number & description) Morgan Stanley? | $ 1,545,080.00 | Name and address of Company | | $ Payment/Months | $ |
| | | Acct. no. | | | |
| Life insurance net cash value Face amount $ | $ | Name and address of Company | | $ Payment/Months | $ |
| Subtotal Liquid Assets | $ 2,530,999.00 | | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 10,500,000.00 | | | | |
| Vested interest in retirement fund | $ | | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | | $ | |
| Other Assets (Itemize) | $ | Job-Related Expense (child care, union dues, etc.) | | $ | |
| | | Total Monthly Payments | | $ 5,552.00 | |
| Total Assets a. | $ 13,030,999.00 | Net Worth (a minus b) ► | $ 12,588,051.00 | Total Liabilities b. | $ 442,948.00 |

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 1111 Bel Air Place Bel Air Estates, CA 90077 | 14 | $ 10,500,000.00 | $ 0.00 | | $ | $ 6,925.75 | $ |
| | | | | | | | |
| Totals | | $ 10,500,000.00 | $ 0.00 | $ | | $ 6,925.75 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

### VII. DETAILS OF TRANSACTION

| | | | VIII. DECLARATIONS | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|---|
| a. Purchase price | $ | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Yes | No | Yes | No |
| b. Alterations, improvements, repairs | 0.00 | | a. Are there any outstanding judgments against you? | ☐ | ■ | ☐ | ☐ |
| c. Land (if acquired separately) | 0.00 | | b. Have you been declared bankrupt within the past 7 years? | ☐ | ■ | ☐ | ☐ |
| d. Refinance (incl. debts to be paid off) | 0.00 | | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ■ | ☐ | ☐ |
| e. Estimated prepaid items | 9,201.39 | | d. Are you a party to a lawsuit? | ☐ | ■ | ☐ | ☐ |
| f. Estimated closing costs | 138,400.00 | | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ■ | ☐ | ☐ |
| g. PMI, MIP, Funding Fee | 0.00 | | | | | | |
| h. Discount (if Borrower will pay) | 0.00 | | (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | |
| i. Total costs (add items a through h) | 147,601.39 | | | | | | |

Freddie Mac Form 65 7/05          Page 3          Fannie Mae Form 1003 7/05



CHASE00022

## VII. DETAILS OF TRANSACTION

| | | VIII. DECLARATIONS | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|
| | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Yes | No | Yes | No |
| j. Subordinate financing | | a. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☒ | ☐ | ☐ |
| k. Borrower's closing costs paid by Seller | 0.00 | b. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☒ | ☐ | ☐ |
| l. Other Credits (explain) | | c. Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 5,000,000.00 | d. Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☐ |
| | | e. Are you a U.S. citizen? | ☒ | ☐ | ☐ | ☐ |
| n. PMI, MIP, Funding Fee financed | 0.00 | f. Are you a permanent resident alien? | ☐ | ☒ | ☐ | ☐ |
| | | g. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☒ | ☐ | ☐ | ☐ |
| o. Loan amount (add m & n) | 5,000,000.00 | | | | | |
| | | m. Have you had an ownership interest in a property in the last three years? | ☒ | ☐ | ☐ | ☐ |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -4,852,398.50 | (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | PR<br>S | | | |

### IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature<br>X | Date<br>11/18/2007 | Co-Borrower's Signature<br>X | Date |
|---|---|---|---|

### X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER ☐ I do not wish to furnish this information | | | CO-BORROWER ☐ I do not wish to furnish this information | |
|---|---|---|---|---|
| Ethnicity: ☐ Hispanic or Latino ☒ Not Hispanic or Latino | | | Ethnicity: ☐ Hispanic or Latino ☐ Not Hispanic or Latino | |
| Race: ☐ American Indian or Alaska Native<br>☐ Native Hawaiian or Other Pacific Islander | ☐ Asian<br>☒ White | ☐ Black or African American | Race: ☐ American Indian or Alaska Native<br>☐ Native Hawaiian or Other Pacific Islander | ☐ Asian ☐ Black or African American<br>☐ White |
| Sex: ☐ Female ☒ Male | | | Sex: ☐ Female ☐ Male | |

| To be Completed by Interviewer<br>This application was taken by:<br>☐ Face-to-face interview<br>☒ Mail<br>☐ Telephone<br>☐ Internet | Interviewer's Name (print or type)<br>Shellie Halper | Name and Address of Interviewer's Employer<br>The Mortgage Center Services<br>23300 Ventura Blvd, Suite G<br>Woodland Hills, CA 91364 |
|---|---|---|
| | Interviewer's Signature | Date<br>11/18/2007 |
| | Interviewer's Phone Number (incl. area code)<br>(818) 225-1150 | |

Freddie Mac Form 65    7/05                      Page 4                      Fannie Mae Form 1003    7/05



CHASE00023


The Mortgage Center Services

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.
If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below).

Borrower _____   Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other (explain): ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number |
|---|---|---|---|
| Amount $ 5,000,000.00 | Interest Rate 6.625 %  No. of Months 360 | Amortization Type: ☐ Fixed Rate ☐ Other (explain): ☐ GPM ☒ ARM (type): 5/1 I/O | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): 1111 Bel Air Place, Bel Air Estates, CA 90077 County: LOS ANGELES  No. of Units: 1

Legal Description of Subject Property (attach description if necessary)  Year Built: 1989

Purpose of Loan: ☐ Purchase  ☐ Construction  ☐ Other (explain):   Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment
☒ Refinance  ☐ Construction-Permanent

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
| 1999 | $ 1,900,000.00 | $ 0.00 | Cash-Out Other | Cost $ |

Title will be held in what Name(s): Joseph Francis    Manner in which Title will be held: To be decided in escrow    Estate will be held in: ☒ Fee Simple ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name | Joseph Francis | |
| Social Security Number | 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 | |
| Home Phone | 310-566-1819 | |
| DOB | 04/01/1973 | |
| Yrs. School | 18 | |
| | ☐ Married ☒ Unmarried (include single, divorced, widowed) ☐ Separated | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated |
| Dependents | no. / ages | no. / ages |
| Present Address | 1111 Bel Air Place, Bel Air Estates, CA 90077  ☒ Own ☐ Rent  No. Yrs. 8Y | ☐ Own ☐ Rent  No. Yrs. |
| Mailing Address | | |
| Former Address | ☐ Own ☐ Rent  No. Yrs. | ☐ Own ☐ Rent  No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | Mantra Films, 1601 Cloverfield Bl #420 S., Santa Monica, CA 90404  ☒ Self Employed | ☐ Self Employed |
| Yrs. on this job | 10Y | |
| Yrs. employed in this line of work/profession | 10 | |
| Position/Title/Type of Business | Owner | |
| Business Phone | 310-566-1819 | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | ☐ Self Employed  Dates (from-to) | Name & Address of Employer | ☐ Self Employed  Dates (from-to) |
| | Monthly Income $ | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone | Position/Title/Type of Business | Business Phone |
| Name & Address of Employer | ☐ Self Employed  Dates (from-to) | Name & Address of Employer | ☐ Self Employed  Dates (from-to) |
| | Monthly Income $ | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone | Position/Title/Type of Business | Business Phone |

Freddie Mac 65 07/05        Page 1 of 4        Fannie Mae Form 1003 07/05

1003 Page 1 03/05 – Encompass™ from Ellie Mae – www.elliemae.com

CHASE00024



### The Mortgage Center Services

#### V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 21,585.66 | $ | $ 21,858.66 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | | 27,604.17 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | 1,200.00 | 1,458.33 |
| Dividends/Interest | 19,185.66 | | 19,185.66 | Real Estate Taxes | 5,725.75 | 5,725.75 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notes in "describe other income," below) | 133,880.90 | | 133,880.90 | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 174,733.22 | $ | $ 174,733.22 | Total | $ 6,925.75 | $ 34,788.25 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Described Other Income Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | 2 Year Average Sch C | $ 2,988.95 |
| B | 2 Year Avg K-1 for Mantra Films | 6,753.66 |
| B | 2 Year Avg K-1 for Sands Media | 124,138.29 |

#### VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.
Completed [ ] Jointly  [X] Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | **LIABILITIES** | | |
| List checking and savings accounts below | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union  Morgan Stanley | | NAT'L CITY | 2,143.00 | 285,278.00 |
| Acct. no. 276 010519 089 | $ 1,545,080.00 | Acct. no. 4583182587 | | |
| Name and address of Bank, S&L, or Credit Union  Morgan Stanley | | Name and address of Company  CHASE AUTO  55 WATER ST  NEW HYDE PARK, NY 11041 | $ Payment/Months  3,356.00 | $ 154,377.00 |
| Acct. no. 276 011889 089 | $ 487,000.00 | Acct. no. 10  Name and address of Company  AMEX | $ Payment/Months  52.00 | $ 3,295.00 |
| Name and address of Bank, S&L, or Credit Union  Morgan Stanley | | | | |
| Acct. no. 276 011888 089 | $ 484,489.00 | Acct. no. 024818449010388151  Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union  Morgan Stanley | | | | |
| Acct. no. 276 012360 089 | $ 14,430.00 | Acct. no.  Name and address of Company | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| | | Acct. no.  Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value  Face amount $ | $ | | | |
| Subtotal Liquid Assets | $ 2,530,999.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | 10,500,000.00 | Acct. no.  Name and address of Company | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | | Acct. no.  Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (Itemize) | $ | | | |
| | | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 5,582.00 | |
| Total Assets a. | $ 13,030,999.00 | Net Worth (a minus b) $ 12,588,051.00 | Total Liabilities b. | $ 442,948.00 |

Freddie Mac 65 07/05  
Joseph Francis  
1003 Page 2 08/05 - Encompass™ from Ellie Mae - www.elliemae.com

Page 2 of 4

Fannie Mae Form 1003 07/05

CHASE00025

**The Mortgage Center Services**

## VI. ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 1111 Bel Air Place, Bel Air Estates, CA 90077 | SFR | $10,500,000.00 | 0.00 | | 0.00 | 5,725.75 | |
| | | | | | | | |
| Totals | | $10,500,000.00 | | | | 5,725.75 | |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

Alternate Name | Creditor Name | Account Number

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase Price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | 9,201.39 |
| f. Estimated closing costs | 138,400.00 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 147,601.39 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 5,000,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 5,000,000.00 |
| p. Cash from / to Borrower (subtract j, k, l & o from i) | -4,852,398.61 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes / No | Co-Borrower Yes / No |
|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ ☒ | ☐ ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ ☒ | ☐ ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☒ | ☐ ☐ |
| d. Are you a party to a lawsuit? | ☐ ☒ | ☐ ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ ☒ | ☐ ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee? | ☐ ☒ | ☐ ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☒ | ☐ ☐ |
| h. Is any part of the down payment borrowed? | ☐ ☒ | ☐ ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ ☒ | ☐ ☐ |
| j. Are you a U.S. citizen? | ☒ ☐ | ☐ ☐ |
| k. Are you a permanent resident alien? | ☐ ☒ | ☐ ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☒ ☐ | ☐ ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☒ ☐ | ☐ ☐ |
| (1) What type of property did you own – principal residence (PR), second home (SH), or investment property (IP)? | PR | |
| (2) How did you hold title to the home – solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges, that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

Borrower's Signature                Date        Co-Borrower's Signature              Date
X                                                X

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information. | | CO-BORROWER | ☐ I do not wish to furnish this information. | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☒ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native | ☐ Asian    ☐ Black or African American | Race: | ☐ American Indian or Alaska Native | ☐ Asian    ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☒ White | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White |
| Sex: | ☐ Female | ☒ Male | Sex: | ☐ Female | ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | | Name and Address of Interviewer's Employer |
|---|---|---|---|
| This application was taken by: | Sheilla Halper | | The Mortgage Center Services |
| ☐ Face-to-face interview | Interviewer's Signature | Date | 23300 Ventura Blvd, Suite C |
| ☒ Mail | | | Woodland Hills, CA 91364 |
| ☐ Telephone | Interviewer's Phone Number (incl. area code) | | (P) 818-225-1160 |
| ☐ Internet | 818-225-1160 | | (F) 818-225-7075 |

Freddie Mac 65 07/05                                Page 3 of 4                              Fannie Mae Form 1003 07/05
Joseph Francis
1003 Page 3 08/05 – Encompass™ from Ellie Mae – www.elliemae.com

CHASE00026

### The Mortgage Center Services

#### Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: Joseph Francis | Agency Case Number: |
| --- | --- | --- |
| | Co-Borrower: | Lender Case Number: |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X | Date | Co-Borrower's Signature: X | Date |
| --- | --- | --- | --- |

Freddie Mac 65 07/05 — Page 4 of 4 — Fannie Mae Form 1003 07/05

1003 Page 4 08/05 – Encompass™ from Ellie Mae – www.elliemae.com

CHASE00027

- Fax header: "02-28-08  02:14pm  From-Washington Mutual  +818 270-2834  T-111  P.002/002  F-984"
- Title: "The Mortgage Center Services"
- Section headings: "VI. ASSETS AND LIABILITIES (cont.)", "VII. DETAILS OF TRANSACTION", "VIII. DECLARATIONS", "IX. ACKNOWLEDGEMENT AND AGREEMENT", "X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES"
- Property: "1111 Bel Air Place, Bel Air Estates, CA 90077"  SFR  $10,000,000  $5,721.78
- Borrower signature dated 2/1/05
- "Joseph Francis"
- Footer: "PAGE 2/2 * RCVD AT 2/28/2008 3:51:41 PM [Central Standard Time] * SVR:FAXWDAL02/5 * DNIS:5384 * CSID: * DURATION (mm-ss):01-10"

CHASE00028