# EXHIBIT L

RECORDING REQUESTED BY
NORTH AMERICAN TITLE COMPANY
AND WHEN RECORDED MAIL THIS DEED
AND TAX STATEMENTS TO:

JOSEPH FRANCIS
C/O Mortgage Center Services
5850 Canoga Avenue
4th Floor
Woodland Hills, CA 91367


SUPPORT DOCS

Assessor's Parcel No. 4370-019-023     Title Order No. 1587430     Escrow No. 701186-KS

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT the documentary transfer tax is: COUNTY: $0.00 & CITY: $0.00 Total transfer tax: 0.00
- ☐ computed on full value of property conveyed, or
- ☐ computed on full value less value of liens or encumbrances remaining at time of sale
- or ☐ transfer is exempt from tax for the following reason: _____

FOR A VALUABLE CONSIDERATION receipt of which is hereby acknowledged,

BLUE HORSE TRADING, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

hereby GRANT(S) to

JOSEPH FRANCIS, A SINGLE MAN

the following described real property in the County of LOS ANGELES, State of CALIFORNIA:

LOT 7 OF TRACT NO. 13772, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, AS PER MAP RECORDED IN BOOK 285, PAGE 33 TO 355, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

ALSO KNOWN AS: 1111 BEL AIR PLACE BEL AIR, CA 90077

Date: February 1, 2008

STATE OF CALIFORNIA }SS
COUNTY OF Los Angeles

On 2/1/08 before me, Yordany A Ortiz, a Notary Public in and for said State, personally appeared Joseph Francis who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____

BLUE HORSE TRADING, LLC, A CALIFORNIA LIMITED LIABLITY COMPANY

BY: JOSEPH FRANCIS

[Notary Seal: YORDANY A. ORTIZ, Notary Public - California, Los Angeles County, My Comm. Expires Mar. 11, 2010]

CERTIFIED TO BE A TRUE AND EXACT COPY OF THE ORIGINAL

BY: _____

CHASE00813

# NORTH AMERICAN TITLE COMPANY

RECORDING REQUESTED BY
NORTH AMERICAN TITLE COMPANY
AND WHEN RECORDED MAIL THIS DEED
AND TAX STATEMENTS TO:

JOSEPH FRANCIS
C/O Mortgage Center Services
5850 Canoga Avenue
4th Floor
Woodland Hills, CA 91367

03/04/08



20080371476

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

Assessor's Parcel No 4378-019-023   Title Order No 1587430   Escrow No 701186-KS

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT the documentary transfer tax is COUNTY $0.00 & CITY $0.00 Total transfer tax 0.00
- ☐ computed on full value of property conveyed, or
- ☐ computed on full value less value of liens or encumbrances remaining at time of sale
- or ☐ transfer is exempt from tax for the following reason _____

FOR A VALUABLE CONSIDERATION receipt of which is hereby acknowledged,

JOSEPH FRANCIS, A SINGLE MAN

hereby GRANT(S) to
BLUE HORSE TRADING, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
the following described real property in the County of LOS ANGELES, State of CALIFORNIA:
LOT 7 OF TRACT NO 13772, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, AS PER MAP RECORDED IN BOOK 285, PAGE 33 TO 355, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

ALSO KNOWN AS 1111 BEL AIR PLACE BEL AIR, CA 90077

Date: February 1, 2008
STATE OF CALIFORNIA
COUNTY OF Los Angeles )SS

On 2/1/08 before me, Yordany A. Ortiz, a Notary Public in and for said State, personally appeared Joseph Francis who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct
WITNESS my hand and official seal

Signature: _____

/s/ JOSEPH FRANCIS

"THE GRANTOR AND THE GRANTEE IN THIS CONVEYANCE ARE COMPRISED OF THE SAME PARTIES WHO CONTINUE TO HOLD THE SAME PROPORTIONATE INTEREST IN THE PROPERTY R&T 11923 (d)."

[Notary Seal: YORDANY A. ORTIZ, COMM. #1650646, Notary Public - California, Los Angeles County, My Comm Expires Mar. 11, 2010]