# EXHIBIT O

LETTER AGREEMENT

BASSI, EDLIN, HUIE & BLUM LLP
333 South Hope Street, 40th Floor
Los Angeles, California  90071
October 12, 2010

GGW Brands LLC
1601 Cloverfield Boulevard
Suite 420 South
Santa Monica, California  90404
Attn:  Joseph R. Francis

**Re:  Agreement To Relinquish All Interest In And Control Of New GGW Companies**

Mr. Francis:

This letter agreement (this "Agreement") is to confirm that, consistent with that certain Limited Power of Attorney agreement ("POA") executed by you on October 12, 2010, I will, on your behalf as your attorney-in-fact and nominee, initially organize and create governance and other establishing documents and accounts for certain Delaware limited liability companies (collectively, the "Companies") pursuant to your direction.  I hereby acknowledge and agree that you may revoke the POA at such time as you please and that, upon such revocation, I will promptly resign all roles and official positions I may hold with all such Companies and relinquish and assign to you any and all rights, title and interests whatsoever that I may have in such Companies.  I hereby agree to execute any documents and take any further actions that are required for me to effectuate the foregoing transfers and obligations.

Yours Truly,

_____
Rafael Bernardino, Jr., an individual