# EXHIBIT P



# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

BRIAN J. RAYMENT, an individual,

    Plaintiff,

v.

GGW BRANDS, LLC., a Delaware limited liability company, SANDS MEDIA, INC., a Nevada corporation, GGW BRANDS, INC., a Delaware corporation, GGW DIRECT, LLC, a Delaware limited liability company, GGW MARKETING, LLC, a Nevada limited liability company, PERFECT SCIENCE LABS, LLC, a Nevada limited liability company, MANTRA FILMS, INC., a California corporation, JOSEPH R. FRANCIS, an individual, and HOWARD FISHER, an individual,

    Defendants.

Case No. CJ-2012-01321

Judge Linda G. Morrissey

**DISTRICT COURT**
**F I L E D**

**JAN 25 2013**

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## ORDER GRANTING SUMMARY JUDGMENT

Now, the above styled and numbered cause comes on pursuant to Plaintiff's Motion for Summary Judgment against Defendants GGW Brands, LLC, Sands Media, Inc., GGW Brands, Inc, GGW Direct, LLC, GGW Marketing, LLC, Perfect Science Labs, LLC, Mantra Films, Inc., and Joseph R. Francis. The Court, upon reviewing the pleadings and evidence, finds that the requests for admissions served upon the Defendants are hereby deemed admitted and the Plaintiff's motion for summary judgment should be and is hereby granted.



IT IS THEREFORE ORDERED ADJUDGED AND DECREED THAT Plaintiff, Brian J. Rayment, has and recovers judgment against the Defendants as follows:

- A. On Plaintiff's First through Fourth Causes of Actions on Plaintiff's breach of contract claims, the Court enters judgment in favor of Plaintiff in the following amounts against the following Defendants:

    1. Against the Defendants GGW Brands, LLC, in the sum of $96,444.50, together with pre and post judgment interest from December 25, 2010;

    2. Against the Defendant Perfect Science Labs, LLC in the sum of $18,476.00, together with pre and post judgment interest from September 25, 2010;

    3. Against the Defendant Sands Media, Inc. in the sum of $55,100.91, together with pre and post judgment interest from November 20, 2008;

    4. Against the Defendant Joseph R. Francis in the sum of $31,416.00, together with pre and post judgment interest from March 25, 2011;

    5. The Court further determines that all Defendants GGW Brands, LLC, Sands Media, Inc., GGW Brands, Inc, GGW Direct, LLC, GGW Marketing, LLC, Perfect Science Labs, LLC, and Joseph R. Francis are each individually liable for the obligations of Mantra Films, Inc; and

    6. The Court further determines that Defendants GGW Brands, LLC, Sands Media, Inc., GGW Brands, Inc, GGW Direct, LLC, GGW Marketing, LLC, Perfect Science Labs, LLC, Mantra Films, Inc., and Joseph R. Francis are each the alter egos of the other and that each of the Defendants is liable for the debts of the other Defendants;

- B. On Plaintiff's Fifth Cause of Action for piercing the corporate veil claim, the Court enters judgment in favor of Plaintiff determining that Defendants GGW Brands, LLC, Sands Media, Inc., GGW Brands, Inc, GGW Direct, LLC, GGW Marketing, LLC, Perfect Science Labs, LLC, Mantra Films, Inc., and Joseph R. Francis are each indebted to Plaintiff for the obligations of the other Defendants;

C. On Plaintiff's Sixth Cause of Action for malicious prosecution, the Court enters judgment in favor of Plaintiff and against Defendants Joseph R. Francis, Mantra Films, Inc., Sands Media, Inc., and GGW Brands, Inc., on the issue of liability;

D. On Plaintiff's Seventh Cause of Action for abuse of process, the Court enters judgment in favor of Plaintiff and against Defendants Joseph R. Francis, Mantra Films, Inc., Sands Media, Inc., and GGW Brands, Inc. on the issue of liability;

E. On Plaintiff's Eighth Cause of Action for disparagement, the Court enters judgment in favor of Plaintiff and against Defendant Joseph R. Francis on the issue of liability; and

F. On Plaintiff's Ninth Cause of Action for intentional infliction of emotional distress, the Court enters judgment in favor of Plaintiff and against Defendant Joseph R. Francis on the issue of liability.

IT IS FURTHER ORDERED THAT the issue of damages on Plaintiff's Fifth through Ninth causes of action shall be reserved for further ruling by the Court, as shall the issue of fees and costs.

Dated: January 23, 2013

Judge Linda G. Morrissey

Dana L. Kurtz, Esq., OBA #18092
KURTZ LAW OFFICES, LTD.
32 Blaine Street
Hinsdale, Illinois 60521
Phone: (630) 323-9444
Fax: (630) 604-9444
E-mail: dkurtz@kurtzlaw.us

**ATTORNEYS FOR PLAINTIFF**

3

## CERTIFICATE OF MAILING

I do hereby certify that on this _23_ day of January, 2013, I served a true and correct copy of the above pleading, via first class mail, with proper postage thereon fully prepaid, to:

John W. Anderson
4444 East 66th St., Suite 102
Tulsa, OK 74136-4205

Amy Bradley-Waters
1100 Petroleum Club Building
601 South Boulder
Tulsa, OK 74119

Gerald Green
P.O. Box 26350
Oklahoma City, OK 73126

By: _Shannon D. Ogle_ 20116
for Brian Rayment

4