# EXHIBIT Q




**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 5**
    **Serial #:** 75640463    **Filing Dt:** 02/12/1999    **Reg #:** 2411851    **Reg. Dt:** 12/12/2000
    **Registrant:** MRA HOLDING CORPORATION
    **Mark:** GIRLS GONE WILD

**Assignment: 1**
    **Reel/Frame:** 1879/0901    **Recorded:** 04/01/1999    **Pages:** 3
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** FRANCIS, JOSEPH R.
        **Exec Dt:** 03/16/1999
        **Entity Type:** CORPORATION
        **Citizenship:** USA
    **Assignee:** MRA HOLDINGS CORPORATION
        SUITE 810
        8899 BEVERLY BLVD.
        BEVERLY HILLS, CALIFORNIA 90048
        **Entity Type:** LIMITED LIABILITY COMPANY
        **Citizenship:** CALIFORNIA
    **Correspondent:** LATHAM & WATKINS
        DAMON WATSON, ESQ.
        633 WEST 5TH STREET
        SUITE 4000
        LOS ANGELES, CA 90071-2007

**Assignment: 2**
    **Reel/Frame:** 2696/0848    **Recorded:** 11/21/2002    **Pages:** 2
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** MRA HOLDINGS, LLC
        **Exec Dt:** 11/07/2002
        **Entity Type:** LIMITED LIABILITY COMPANY
        **Citizenship:** NONE
    **Assignee:** MANTRA FILMS, INC.
        1601 CLOVERFIELD BLVD.
        SUITE 420 SOUTH
        SANTA MONICA, CALIFORNIA 90404
        **Entity Type:** CORPORATION
        **Citizenship:** CALIFORNIA
    **Correspondent:** PETER EICHLER
        1901 AVE OF THE STARS, SUITE 700
        LOS ANGELES, CA 90067

**Assignment: 3**
    **Reel/Frame:** 2879/0239    **Recorded:** 11/17/2003    **Pages:** 4
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** MANTRA FILMS, INC.
        **Exec Dt:** 10/29/2003
        **Entity Type:** CORPORATION
        **Citizenship:** CALIFORNIA
    **Assignee:** GGW MARKETING, LLC
        1005 APOLLO WAY
        INCLINE VILLAGE, NEVADA 89451
        **Entity Type:** LIMITED LIABILITY COMPANY
        **Citizenship:** NONE
    **Correspondent:** REED SMITH CROSBY HEAFEY
        PETER M. EICHLER
        1901 AVENUE OF THE STARS

    SUITE 700
    LOS ANGELES, CA 90067

### Assignment: 4

**Reel/Frame:** 4661/0130  **Recorded:** 11/15/2011  **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** GGW MARKETING, LLC
    **Exec Dt:** 11/15/2011
    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** CALIFORNIA

**Assignee:** PATH MEDIA HOLDINGS, LLC
HUNKINS PLAZA, MAIN STREET, P.O. BOX 556
CHARLESTOWN, SAINT KITTS AND NEVIS
    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** SAINT KITTS AND NEVIS

**Correspondent:** KONRAD GATIEN
9720 WILSHIRE BOULEVARD, FIFTH FLOOR
BEVERLY HILLS, CA 90212

### Assignment: 5

**Reel/Frame:** 5051/0156  **Recorded:** 06/18/2013  **Pages:** 40

**Conveyance:** LICENSE

**Assignor:** PATH MEDIA HOLDINGS, LLC
    **Exec Dt:** 06/07/2013
    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** SAINT KITTS AND NEVIS

**Assignees:** GGW BRANDS, LLC
10940 WILSHIRE BLVD.
SUITE 1000
LOS ANGELES, CALIFORNIA 90024
    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** DELAWARE

GGW DIRECT, LLC
10940 WILSHIRE BLVD.
SUITE 1000
LOS ANGELES, CALIFORNIA 90024
    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** DELAWARE

GGW MAGAZINE, LLC
10940 WILSHIRE BLVD.
SUITE 1000
LOS ANGELES, CALIFORNIA 90024
    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** DELAWARE

GGW EVENTS, LLC
10940 WILSHIRE BLVD.
SUITE 1000
LOS ANGELES, CALIFORNIA 90024
    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** DELAWARE

GGW MARKETING, LLC
10940 WILSHIRE BLVD.
SUITE 1000
LOS ANGELES, CALIFORNIA 90024
    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** DELAWARE

**Correspondent:** MATTHEW C. HEYN
1999 AVE. OF THE STARS
THIRTY-NINTH FLOOR
LOS ANGELES, CA 90067

Search Results as of: 07/10/2013 12:12 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.3
Web interface last modified: Apr 8, 2013 v.2.3.3

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=75640463    7/10/2013