Case 2:13-bk-15130-sk Doc 228-19 Filed 07/15/13 Entered 07/15/13 17:22:15
Case 3:13-cv-05030-RSK Doc 23-19 Filed 07/31/13 Entered 07/25/13 1 of 12
Desc Exhibit S    Page 1 of 12

# EXHIBIT S

| | |
|---|---|
| **From:** | Regina Jones <Regina@blvdmgmt.com> |
| **Sent:** | Monday, June 04, 2012 4:25 PM |
| **To:** | Joe Francis |
| **Cc:** | Lester Knispel; Todd Bozick |
| **Subject:** | RE: Please email Regina |
| **Attachments:** | FRANCIS - CASH RECEIPTS 2010-2011.pdf; FRANCIS JAN 2010 - DEC 2010 CASH ANALYSIS.pdf; FRANCIS JAN - FEB 2011 CASH ANALYSIS.pdf; FRANCIS MARCH 2011 CASH ANALYSIS.pdf; FRANCIS APRIL 2011 CASH ANALYSIS.pdf; FRANCIS MAY 2011 CASH ANALYSIS.pdf |

Hi Joe – Per your request, attached are the monthly reports that I previously sent to you.

Regina L. Jones
Account Manager
Boulevard Management
(818) 592-2000 ext 282

 Please consider the environment before printing this email and/or any attachments.

---

**From:** Joe Francis [mailto:joe@ggwbrands.com]
**Sent:** Thursday, May 31, 2012 7:04 AM
**To:** Regina Jones; Kevin Westberg
**Cc:** Todd Bozick; Lester Knispel; Joe Francis
**Subject:** RE: Please email Regina

Yes – please email me those records now please.  Thanks, Joe



**Joe Francis**
GGW Brands, LLC
Phone: 310.405.0201
Email: joe@ggwbrands.com

**From:** Regina Jones [mailto:Regina@blvdmgmt.com]
**Sent:** Friday, May 18, 2012 5:49 PM
**To:** Kevin Westberg; Joe Francis
**Cc:** Todd Bozick; Lester Knispel
**Subject:** RE: Please email Regina

Hi Joe - I previously sent the records to Joe every month during the time we handled his account in 2011. Are you looking for these same records?

Regina L. Jones
Account Manager
Boulevard Management
(818) 592-2000 ext 282

 Please consider the environment before printing this email and/or any attachments.

1

**From:** Kevin Westberg [mailto:kevinw@ggwbrands.com]
**Sent:** Friday, May 18, 2012 5:47 PM
**To:** Joe Francis; Regina Jones
**Subject:** RE: Please email Regina

Regina – We need itemized accounting showing all transactions for Joe's Blvd Management account per Joe's request below.   Please call Joe or myself if you have any questions.

Thank you,



**Kevin Westberg**
GGW Brands, LLC
Phone: 310.405.0206 x0206
Email: kevinw@ggwbrands.com

---

**From:** Joe Francis
**Sent:** Wednesday, May 16, 2012 5:16 PM
**To:** Kevin Westberg; Regina Jones (regina@blvdmgmt.com)
**Subject:** RE: Please email Regina
**Importance:** High

Regina,
Please email us your accounting records.  Thanks, Joe Francis



**Joe Francis**
GGW Brands, LLC
Phone: 310.405.0201
Email: joe@ggwbrands.com

---

**From:** Kevin Westberg
**Sent:** Wednesday, May 16, 2012 5:08 PM
**To:** Joe Francis
**Subject:** Please email Regina

Please have her send you the accounting records for Blvd Management.

Thanks,



**Kevin Westberg**
GGW Brands, LLC
Phone: 310.405.0206 x0206
Email: kevinw@ggwbrands.com

CONFIDENTIALITY NOTICE: This message, including any attachments, is intended solely for the person or entity to which it is addressed and may contain information that is legally privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient, please contact sender immediately by reply email and destroy all copies.

CONFIDENTIALITY NOTICE: This message, including any attachments, is intended solely for the person or entity to which it is addressed and may contain information that is legally privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient, please contact sender immediately by reply email and destroy all copies.

## FRANCIS SCHEDULE OF CASH RECEIPTS 2010-2011

| Date | Payer | Amount |
|---|---|---:|
| 01-26-10 | PEPE BUS LLC | 95,000.00 |
| 01-28-10 | PEPE BUS LLC | 100,000.00 |
| 01-29-10 | PEPE BUS LLC | 100,000.00 |
| 01-29-10 | JOSEPH FRANCIS | 450,000.00 |
| 02-03-10 | JOSEPH FRANCIS | 500,000.00 |
| 02-26-10 | JOE FRANCIS | 600,000.00 |
| 09-01-10 | JOSEPH FRANCIS | 219,890.44 |
| 12-06-10 | GGW DIRECT LLC | 273.42 |
| 12-08-10 | MOMENTOUS INSURANCE BROKERAGE INC | 538.00 |
| 12-20-10 | MANTRA FILMS | 2,137.52 |
| 12-20-10 | MANTRA FILMS | 1,708.49 |
| 12-20-10 | MANTRA FILMS | 4,331.13 |
| 12-20-10 | MANTRA FILMS | 3,073.89 |
| 12-20-10 | CHASE BANK | 40,326.32 |
| 01-04-11 | GGW DIRECT LLC | 330.96 |
| 01-13-11 | GGW DIRECT LLC | 100,000.00 |
| 01-13-11 | GGW DIRECT LLC | 85,000.00 |
| 01-24-11 | GGW DIRECT LLC | 75,000.00 |
| 01-27-11 | GGW DIRECT LLC | 3,886.05 |
| 01-28-11 | GGW DIRECT LLC | 85,000.00 |
| 02-18-11 | UBS FINANCIAL SERVICES INC | 89.30 |
| 02-18-11 | GGW DIRECT LLC | 2,374.00 |
| 02-18-11 | WARNER BROS TELEVISION | 207.77 |
| 02-18-11 | UBS FINANCIAL SERVICES INC | 4.69 |
| 02-18-11 | UBS FINANCIAL SERVICES INC | 89.30 |
| 02-18-11 | UBS FINANCIAL SERVICES INC | 0.52 |
| 02-18-11 | UBS FINANCIAL SERVICES INC | 146.77 |
| 02/25/11 | GGW DIRECT LLC | 95,000.00 |
| 02/25/11 | JOSEPH FRANCIS SEP IRA | 219,839.02 |
| 02/28/11 | GGW DIRECT LLC | 75,000.00 |
| 03-07-11 | GGW DIRECT LLC | 10,000.00 |
| 03-09-11 | GGW DIRECT LLC | 84,103.56 |
| 05-03-11 | GGW DIRECT LLC | 95,000.00 |
| | | 3,048,351.15 |

FRANCIS JAN 2010 - DEC 2010 CASH ANALYSIS.xls

| | | | JOESPH FRANCIS - INCEPTION TO FEBRUARY 22, 2011 | |
|---|---|---|---|---|
| | 1:882*1 | 01-26-10 | PEPE BUS LLC | 95,000.00 |
| 2348*1 | | 01-26-10 | CHASE HOME FINANCE | (60,156.26) |
| 2350*1 | | 01-26-10 | LOS ANGELES DEPT OF WATER & POWER | (6,568.21) |
| 2351*1 | | 01-26-10 | MOMENTOUS INSURANCE BROKERAGE INC. | (7,317.31) |
| 2353*1 | | 01-26-10 | PREMIUM FINANCING SPECIALISTS | (3,946.12) |
| 2355*1 | | 01-26-10 | THE GAS COMPANY | (2,400.00) |
| 2356*1 | | 01-26-10 | VERIZON CALIFORNIA | (475.54) |
| | 1:883*1 | 01-28-10 | PEPE BUS LLC | 100,000.00 |
| | 1:884*1 | 01-29-10 | PEPE BUS LLC | 100,000.00 |
| | 1:887*1 | 01-29-10 | JOSEPH FRANCIS | 450,000.00 |
| 2357*1 | | 01-29-10 | CHASE HOME FINANCE | (28,648.84) |
| 2358*1 | | 01-29-10 | KENNY OLSEN | (250.00) |
| 2359*1 | | 01-29-10 | KENT VON SEVERIN | (6,336.50) |
| 2360*1 | | 01-29-10 | L.A. OVERHEAD GARAGE DOOR & GATE | (805.00) |
| 2361*1 | | 01-29-10 | PAC 8 ORCHIDS | (389.00) |
| 2362*1 | | 01-29-10 | PAC 8 ORCHIDS | (132.00) |
| 2363*1 | | 01-29-10 | PATRICK BONETTE | (405.00) |
| 2364*1 | | 01-29-10 | SUNNY MAINTENANCE CO. | (200.00) |
| 2365*1 | | 02-01-10 | CRYSTAL CLEAR POOL & SPA | (210.00) |
| 2366*1 | | 02-02-10 | CRYSTAL CLEAR POOL & SPA | (1,650.00) |
| 2367*1 | | 02-02-10 | LIPSEY APPRAISAL SERVICE | (1,500.00) |
| | 1:907*1 | 02-03-10 | JOSEPH FRANCIS | 500,000.00 |
| 2368*1 | | 02-04-10 | GREENTREE LANDSCAPING, INC | (909.00) |
| 2369*1 | | 02-04-10 | KENNY OLSEN | (216.43) |
| 2370*1 | | 02-04-10 | WINTER ELECTRIC CO. | (400.00) |
| 2371*1 | | 02-05-10 | FINE DRAPERIES | (400.00) |
| 2372*1 | | 02-05-10 | FINE DRAPERIES | (2,001.00) |
| 2375*1 | | 02-10-10 | DEWEY PEST CONTROL | (152.00) |
| 2376*1 | | 02-10-10 | JOSEPH CALI SYSTEMS DESIGN INC | (125.00) |
| 2377*1 | | 02-10-10 | CHASE CARD SERVICES | (1,548.64) |
| 2378*1 | | 02-10-10 | AMERICAN EXPRESS | (2,537.32) |
| 2379*1 | | 02-10-10 | VALET DETAIL SERVICE | (350.00) |
| 2380*1 | | 02-10-10 | VALET DETAIL SERVICE | (500.00) |
| 2381*1 | | 02-10-10 | VALET DETAIL SERVICE | (400.00) |
| 2382*1 | | 02-10-10 | VALET DETAIL SERVICE | (300.00) |
| 2384*1 | | 02-11-10 | BOULEVARD MANAGEMENT | (1,435.00) |
| 2385*1 | | 02-11-10 | CRYSTAL CLEAR POOL & SPA | (1,650.00) |
| 2387*1 | | 02-12-10 | DEWEY PEST CONTROL | (152.00) |
| 2388*1 | | 02-17-10 | CLERK OF THE COURT | (152.00) |
| 2389*1 | | 02-17-10 | CLERK OF THE COURT | (152.00) |
| 2393*1 | | 02-22-10 | ADT SECURITY SERVICES | (490.43) |
| 2394*1 | | 02-22-10 | DAVID THORESEN | (50.00) |
| 2395*1 | | 02-22-10 | DMV | (31.00) |
| 2396*1 | | 02-22-10 | KENNY OLSEN | (150.00) |
| 2397*1 | | 02-22-10 | POWERFULL SYSTEMS INC | (600.00) |
| 2398*1 | | 02-22-10 | THE GAS COMPANY | (911.37) |
| 2399*1 | | 02-22-10 | VERIZON CALIFORNIA | (248.78) |
| 2400*1 | | 02-23-10 | CHASE HOME FINANCE | (31,510.42) |
| 2401*1 | | 02-23-10 | GREENTREE LANDSCAPING, INC | (1,200.00) |
| 2402*1 | | 02-23-10 | GREENTREE LANDSCAPING, INC | (712.07) |
| 2403*1 | | 02-23-10 | GREENTREE LANDSCAPING, INC | (911.99) |
| 2404*1 | | 02-23-10 | GREENTREE LANDSCAPING, INC | (1,125.00) |
| 2407*1 | | 02-24-10 | GREENTREE LANDSCAPING, INC | (934.11) |
| 2408*1 | | 02-24-10 | GREENTREE LANDSCAPING, INC | (450.24) |
| 2409*1 | | 02-24-10 | JASON SMITH | (950.00) |
| | 1:889*1 | 02-26-10 | JOE FRANCIS | 600,000.00 |
| 2411*1 | | 03-01-10 | AMERICAN EXPRESS | (5,442.18) |
| 2412*1 | | 03-01-10 | JASON SMITH | (950.00) |
| 2413*1 | | 03-01-10 | PAC 8 ORCHIDS | (119.00) |
| 2414*1 | | 03-01-10 | PAC 8 ORCHIDS | (112.00) |
| 2415*1 | | 03-04-10 | CHASE CARD SERVICES | (8.95) |
| 2416*1 | | 03-04-10 | LOS ANGELES DEPT OF WATER & POWER | (8,129.87) |
| 2417*1 | | 03-04-10 | VALET DETAIL SERVICE | (375.00) |
| 2418*1 | | 03-12-10 | VERIZON CALIFORNIA | (244.07) |
| 2419*1 | | 03-12-10 | XM SATELLITE RADIO | (81.02) |

FRANCIS JAN 2010 - DEC 2010 CASH ANALYSIS.xls

| | | | | |
|---|---|---|---|---|
| 2420*1 | | 03-17-10 | BOULEVARD MANAGEMENT | (5,665.00) |
| 2421*1 | | 03-17-10 | COMTEC CONSULTING, INC | (625.00) |
| 2424*1 | | 03-17-10 | THE GAS COMPANY | (1,318.72) |
| 2425*1 | | 03-23-10 | CHASE HOME FINANCE | (28,645.84) |
| 2426*1 | | 03-23-10 | GREENTREE LANDSCAPING, INC | (900.00) |
| 2427*1 | | 03-23-10 | PATRICK BONETTE | (335.00) |
| 2428*1 | | 03-24-10 | UNIVERSITY FOOT AND ANKLE INSTITUTE | (27.73) |
| 2434*1 | | 03-31-10 | AMERICAN EXPRESS | (5,230.06) |
| 2435*1 | | 03-31-10 | DAVID THORESEN | (525.00) |
| 2436*1 | | 04-02-10 | CRYSTAL CLEAR POOL & SPA | (125.00) |
| 2437*1 | | 04-02-10 | CULLIGAN | (100.44) |
| 2438*1 | | 04-02-10 | PREMIUM FINANCING SPECIALISTS | (1,322.89) |
| 2440*1 | | 04-05-10 | PAC 8 ORCHIDS | (72.00) |
| 2441*1 | | 04-07-10 | VALET DETAIL SERVICE | (375.00) |
| 2442*1 | | 04-07-10 | VERIZON CALIFORNIA | (226.02) |
| 2447*1 | | 04-12-10 | GREENTREE LANDSCAPING, INC | (1,005.00) |
| 2448*1 | | 04-12-10 | THE GAS COMPANY | (817.76) |
| 2450*1 | | 04-15-10 | JOSEPH CALI SYSTEMS DESIGN INC | (105.00) |
| 2451*1 | | 04-15-10 | KREIMER AIR, INC. | (480.00) |
| 2452*1 | | 04-21-10 | PREMIUM FINANCING SPECIALISTS | (1,322.89) |
| 2455*1 | | 04-22-10 | AMERICAN EXPRESS | (10,789.33) |
| 2456*1 | | 04-26-10 | CHASE HOME FINANCE | (31,510.42) |
| 2457*1 | | 04-26-10 | WEBB FARRER'S AUTOMOTIVE BROKERAGE INC | (60.00) |
| 2458*1 | | 04-27-10 | GREENTREE LANDSCAPING, INC | (1,489.20) |
| 2463*1 | | 05-07-10 | LOS ANGELES DEPT OF WATER & POWER | (8,047.59) |
| 2464*1 | | 05-07-10 | QUEST DIAGNOSTICS | (102.98) |
| 2466*1 | | 05-14-10 | JASON SMITH | (2,800.00) |
| 2467*1 | | 05-14-10 | THE GAS COMPANY | (875.73) |
| 2470*1 | | 05-25-10 | VERIZON CALIFORNIA | (249.58) |
| 2471*1 | | 05-26-10 | GREENTREE LANDSCAPING, INC | (1,125.00) |
| 2472*1 | | 05-26-10 | JOSEPH CALI SYSTEMS DESIGN INC | (120.75) |
| 2473*1 | | 05-26-10 | JOSEPH CALI SYSTEMS DESIGN INC | (105.00) |
| 2474*1 | | 05-26-10 | JOSEPH CALI SYSTEMS DESIGN INC | (675.00) |
| 2475*1 | | 05-26-10 | JOSEPH CALI SYSTEMS DESIGN INC | (150.00) |
| 2476*1 | | 05-26-10 | JOSEPH CALI SYSTEMS DESIGN INC | (141.96) |
| 2477*1 | | 05-26-10 | JOSEPH CALI SYSTEMS DESIGN INC | (525.00) |
| 2478*1 | | 05-26-10 | MONTOYA TERMITE CONTROL | (1,287.00) |
| 2479*1 | | 05-26-10 | PAC 8 ORCHIDS | (548.00) |
| 2480*1 | | 05-26-10 | PREMIUM FINANCING SPECIALISTS | (1,322.89) |
| 2483*1 | | 06-02-10 | CHASE HOME FINANCE | (28,612.91) |
| 2485*1 | | 06-11-10 | SORAYA A ROSS, MD MEDICAL CORP | (354.30) |
| 2486*1 | | 06-11-10 | THE GAS COMPANY | (606.39) |
| 2487*1 | | 06-11-10 | VERIZON CALIFORNIA | (240.32) |
| 2488*1 | | 06-18-10 | AMERICAN EXPRESS | (16,356.75) |
| 2489*1 | | 06-18-10 | GREENTREE LANDSCAPING, INC | (223.19) |
| 2493*1 | | 06-25-10 | CEDARS SINAI MEDICAL CENTER | (84.21) |
| 2494*1 | | 06-25-10 | CHASE HOME FINANCE | (28,612.91) |
| 2495*1 | | 06-25-10 | CULLIGAN | (190.82) |
| 2496*1 | | 06-25-10 | GREENTREE LANDSCAPING, INC | (935.00) |
| 2497*1 | | 06-25-10 | LOS ANGELES COUNTY TAX COLLECTOR | (82,916.65) |
| 2498*1 | | 06-25-10 | PREMIUM FINANCING SPECIALISTS | (1,322.89) |
| 2499*1 | | 06-25-10 | BRYDEN ELECTRICAL, INC | (106.72) |
| 2501*1 | | 07-02-10 | CITY OF LOS ANGELES FIRE DEPARTMENT | (13.00) |
| 2502*1 | | 07-02-10 | LOS ANGELES DEPT OF WATER & POWER | (8,505.81) |
| 2503*1 | | 07-15-10 | GREENTREE LANDSCAPING, INC | (913.00) |
| 2504*1 | | 07-15-10 | THE GAS COMPANY | (437.18) |
| 2505*1 | | 07-15-10 | VERIZON CALIFORNIA | (239.99) |
| 2506*1 | | 07-23-10 | CHASE HOME FINANCE | (28,612.91) |
| 2507*1 | | 07-23-10 | PREMIUM FINANCING SPECIALISTS | (1,322.89) |
| 2509*1 | | 08-11-10 | GREENTREE LANDSCAPING, INC | (1,379.37) |
| 2510*1 | | 08-11-10 | PAC 8 ORCHIDS | (98.00) |
| 2511*1 | | 08-11-10 | ROBERT A MCCLINTOCK | (50.00) |
| 2512*1 | | 08-11-10 | ROBERT A MCCLINTOCK | (100.00) |
| 2515*1 | | 08-31-10 | CHASE HOME FINANCE | (28,612.91) |
| 2516*1 | | 08-31-10 | D D HEATING AND AIR CONDITIONING | (100.00) |
| 2517*1 | | 08-31-10 | DEWEY PEST CONTROL | (76.00) |

FRANCIS JAN 2010 - DEC 2010 CASH ANALYSIS.xls

| | | | | | |
|---|---|---|---|---|---|
| 2518*1 | | 08-31-10 | GREENTREE LANDSCAPING, INC | (1,157.48) | |
| 2519*1 | | 08-31-10 | PATRICK BONETTE | (540.00) | |
| 2520*1 | | 08-31-10 | PATRICK BONETTE | (135.00) | |
| 2521*1 | | 08-31-10 | PREMIUM FINANCING SPECIALISTS | (1,322.89) | |
| 2522*1 | | 08-31-10 | THE GAS COMPANY | (426.35) | |
| 2523*1 | | 08-31-10 | VERIZON CALIFORNIA | (235.64) | |
| | 1:917*1 | 09-01-10 | JOSEPH FRANCIS | 219,890.44 | |
| 2530*1 | | 09-21-10 | CHASE HOME FINANCE | (28,612.91) | |
| 2531*1 | | 09-21-10 | DAVID THORESEN | (150.00) | |
| 2532*1 | | 09-21-10 | GREENTREE LANDSCAPING, INC | (957.09) | |
| 2533*1 | | 09-21-10 | ROBERT A MCCLINTOCK | (441.60) | |
| 2534*1 | | 09-21-10 | SORAYA A ROSS, MD MEDICAL CORP | (38.20) | |
| 2535*1 | | 9/21/2010 | THE GAS COMPANY | (361.39) | |
| 2536*1 | | 9/21/2010 | VERIZON CALIFORNIA | (251.35) | |
| 2537*1 | | 09-21-10 | LOS ANGELES DEPT OF WATER & POWER | (9,637.40) | |
| 2538*1 | | 09-22-10 | ARMANDO BELLO HEATING & AIR | (380.00) | |
| 300*1 | | 09-28-10 | UBS BANK USA | (219,890.44) | |
| 2544*1 | | 10-08-10 | CHASE HOME FINANCE | (28,612.91) | |
| 2545*1 | | 10-08-10 | PAC 8 ORCHIDS | (338.00) | |
| 2546*1 | | 10-08-10 | PREMIUM FINANCING SPECIALISTS | (1,322.89) | |
| 2547*1 | | 10-08-10 | ROBERT A MCCLINTOCK | (50.00) | |
| 2548*1 | | 10-11-10 | AMERICAN EXPRESS | (3,894.22) | |
| 2549*1 | | 10-11-10 | DAVID THORESEN | (300.00) | |
| 2550*1 | | 10-11-10 | JOSEPH CALI SYSTEMS DESIGN INC | (268.82) | |
| 2551*1 | | 10-11-10 | RUSHER AIR CONDITIONING | (441.00) | |
| 2552*1 | | 10-26-10 | CHASE HOME FINANCE | (28,612.91) | |
| 2553*1 | | 10-26-10 | GREENTREE LANDSCAPING, INC | (1,125.00) | |
| 2554*1 | | 10-26-10 | KENNY OLSEN | (250.00) | |
| 2555*1 | | 10-26-10 | THE GAS COMPANY | (479.88) | |
| 2556*1 | | 10-26-10 | VERIZON CALIFORNIA | (253.54) | |
| 2565*1 | | 11-11-10 | DEWEY PEST CONTROL | (76.00) | |
| 2566*1 | | 11-11-10 | LOS ANGELES DEPT OF WATER & POWER | (9,934.74) | |
| 2567*1 | | 11-11-10 | THE GAS COMPANY | (692.71) | |
| 2568*1 | | 11-11-10 | VERIZON CALIFORNIA | (252.63) | |
| 2570*1 | | 11-15-10 | GREENTREE LANDSCAPING, INC | (1,067.96) | |
| 2571*1 | | 11-15-10 | KEIKO CRONIN | (400.00) | |
| 2572*1 | | 11-15-10 | MINARDOS GROUP | (225.94) | |
| 2573*1 | | 11-15-10 | PAC 8 ORCHIDS | (282.00) | |
| 2574*1 | | 11-15-10 | PATRICK BONETTE | (270.00) | |
| 2575*1 | | 11-15-10 | KENNY OLSEN | (532.54) | |
| 2578*1 | | 11-19-10 | AMERICAN EXPRESS | (6,380.00) | |
| | 1:931*1 | 12-06-10 | GGW DIRECT LLC | 273.42 | |
| | 1:932*1 | 12-08-10 | MOMENTOUS INSURANCE BROKERAGE INC | 538.00 | |
| 2581*1 | | 12-15-10 | MULBERRY ROW, LLC | (1,113.19) | |
| 2582*1 | | 12-16-10 | AMERICAN EXPRESS | (2,425.53) | |
| 2583*1 | | 12-16-10 | KEIKO CRONIN | (200.00) | |
| 2584*1 | | 12-16-10 | SUNNY MAINTENANCE CO. | (100.00) | |
| 2585*1 | | 12-16-10 | THE GAS COMPANY | (872.31) | |
| | 1:935*1 | 12-20-10 | MANTRA FILMS | 2,137.52 | |
| | 2:935*1 | 12-20-10 | MANTRA FILMS | 1,708.49 | |
| | 3:935*1 | 12-20-10 | MANTRA FILMS | 4,331.13 | |
| | 4:935*1 | 12-20-10 | MANTRA FILMS | 3,073.89 | |
| | 5:935*1 | 12-20-10 | CHASE BANK | 40,326.32 | |
| | 1:937*1 | 01-04-11 | GGW DIRECT LLC | 330.96 | |
| 2589*1 | | 01-04-11 | CHASE HOME FINANCE | (28,448.98) | |
| 2590*1 | | 01-04-11 | GREENTREE LANDSCAPING, INC | (968.48) | |
| 2591*1 | | 01-04-11 | GREENTREE LANDSCAPING, INC | (784.49) | |
| 2592*1 | | 01-04-11 | JOSEPH CALI SYSTEMS DESIGN INC | (131.25) | |
| 2593*1 | | 01-04-11 | KEIKO CRONIN | (400.00) | |
| 2594*1 | | 01-04-11 | PAC 8 ORCHIDS | (180.00) | |
| 2595*1 | | 01-04-11 | SUNNY MAINTENANCE CO. | (190.00) | |
| 310*1 | | 01-07-11 | ULLICO CASUALTY CO | (10,000.00) | |
| 2596*1 | | 01-11-11 | GREENTREE LANDSCAPING, INC | (1,249.50) | |
| 2597*1 | | 01-11-11 | LOS ANGELES DEPT OF WATER & POWER | (6,370.71) | |
| 2598*1 | | 01-11-11 | MOMENTOUS INSURANCE BROKERAGE INC. | (5,195.73) | |
| 2599*1 | | 01-11-11 | MOMENTOUS INSURANCE BROKERAGE INC. | (1,639.31) | |

FRANCIS JAN 2010 - DEC 2010 CASH ANALYSIS.xls

| | | | | |
|---|---|---|---|---|
| 2600*1 | | 01-11-11 | MULBERRY ROW, LLC | (257.00) |
| 2602*1 | | 01-11-11 | THE GAS COMPANY | (1,403.26) |
| 2603*1 | | 01-11-11 | VERIZON CALIFORNIA | (276.48) |
| | 1:938*1 | 01-13-11 | GGW DIRECT LLC | 100,000.00 |
| | 2:938*1 | 01-13-11 | GGW DIRECT LLC | 85,000.00 |
| | 1:939*1 | 01-24-11 | GGW DIRECT LLC | 75,000.00 |
| 2606*1 | | 01-25-11 | PATRICK BONETTE | (405.00) |
| | 1:942*1 | 01-27-11 | GGW DIRECT LLC | 3,886.05 |
| | 1:943*1 | 01-28-11 | GGW DIRECT LLC | 85,000.00 |
| 2610*1 | | 02-02-11 | ARROWHEAD GENERAL INSURANCE AGENCY INC | (2,793.62) |
| 2611*1 | | 02-02-11 | CHASE HOME FINANCE | (28,448.98) |
| 2612*1 | | 02-02-11 | PAC 8 ORCHIDS | (532.00) |
| 2613*1 | | 02-02-11 | PREMIUM FINANCING SPECIALISTS | (1,366.20) |
| 2614*1 | | 02-04-11 | KEIKO CRONIN | (200.00) |
| | 1:945*1 | 02-18-11 | UBS FINANCIAL SERVICES INC | 89.30 |
| | 2:945*1 | 02-18-11 | GGW DIRECT LLC | 2,374.00 |
| 2618*1 | | 02-18-11 | AMERICAN EXPRESS | (1,768.12) |
| 2619*1 | | 02-18-11 | GREENTREE LANDSCAPING, INC | (935.00) |
| 2620*1 | | 02-18-11 | THE GAS COMPANY | (988.05) |
| | 3:945*1 | 02-18-11 | WARNER BROS TELEVISION | 207.77 |
| | 4:945*1 | 02-18-11 | UBS FINANCIAL SERVICES INC | 4.69 |
| | 5:945*1 | 02-18-11 | UBS FINANCIAL SERVICES INC | 89.30 |
| | 6:945*1 | 02-18-11 | UBS FINANCIAL SERVICES INC | 0.52 |
| | 7:945*1 | 02-18-11 | UBS FINANCIAL SERVICES INC | 146.77 |
| 2621*1 | | 02-21-11 | DEWEY PEST CONTROL | (76.00) |
| 2622*1 | | 02-21-11 | DEWEY PEST CONTROL | (76.00) |
| 2623*1 | | 02-21-11 | VERIZON CALIFORNIA | (259.91) |
| | | | | |
| | | | | 1,486,070.47 |

FRANCIS JAN - FEB 2011 CASH ANALYSIS.XLS

|  |  | JOSEPH FRANCIS JANUARY 1 - FEBRUARY 28, 2011 |  |
|---|---|---|---|
|  | 12/31/10 |  | 1,229,285.18 |
| 3073 | 01/04/11 | GGW DIRECT LLC | 330.96 |
| 2589*1 | 01/04/11 | CHASE HOME FINANCE | (28,448.98) |
| 2590*1 | 01/04/11 | GREENTREE LANDSCAPING, INC | (968.48) |
| 2591*1 | 01/04/11 | GREENTREE LANDSCAPING, INC | (784.49) |
| 2592*1 | 01/04/11 | JOSEPH CALI SYSTEMS DESIGN INC | (131.25) |
| 2593*1 | 01/04/11 | KEIKO CRONIN | (400.00) |
| 2594*1 | 01/04/11 | PAC 8 ORCHIDS | (180.00) |
| 2595*1 | 01/04/11 | SUNNY MAINTENANCE CO. | (190.00) |
| 310*1 | 01/07/11 | ULLICO CASUALTY CO | (10,000.00) |
| 2596*1 | 01/11/11 | GREENTREE LANDSCAPING, INC | (1,249.50) |
| 2597*1 | 01/11/11 | LOS ANGELES DEPT OF WATER & POWER | (6,370.71) |
| 2598*1 | 01/11/11 | MOMENTOUS INSURANCE BROKERAGE INC. | (5,195.73) |
| 2599*1 | 01/11/11 | MOMENTOUS INSURANCE BROKERAGE INC. | (1,639.31) |
| 2600*1 | 01/11/11 | MULBERRY ROW, LLC | (257.00) |
| 2602*1 | 01/11/11 | THE GAS COMPANY | (1,403.26) |
| 2603*1 | 01/11/11 | VERIZON CALIFORNIA | (276.48) |
|  | 01/13/11 | GGW DIRECT LLC | 100,000.00 |
|  | 01/13/11 | GGW DIRECT LLC | 85,000.00 |
|  | 01/24/11 | GGW DIRECT LLC | 75,000.00 |
| 2606*1 | 01/25/11 | PATRICK BONETTE | (405.00) |
|  | 01/27/11 | GGW DIRECT LLC | 3,886.05 |
|  | 01/28/11 | GGW DIRECT LLC | 85,000.00 |
| 2610*1 | 02/02/11 | ARROWHEAD GENERAL INSURANCE AGENCY INC | (2,793.62) |
| 2611*1 | 02/02/11 | CHASE HOME FINANCE | (28,448.98) |
| 2612*1 | 02/02/11 | PAC 8 ORCHIDS | (532.00) |
| 2613*1 | 02/02/11 | PREMIUM FINANCING SPECIALISTS | (1,366.20) |
| 2614*1 | 02/04/11 | KEIKO CRONIN | (200.00) |
|  | 02/18/11 | UBS FINANCIAL SERVICES INC | 89.30 |
|  | 02/18/11 | GGW DIRECT LLC | 2,374.00 |
| 2618*1 | 02/18/11 | AMERICAN EXPRESS | (1,768.12) |
| 2619*1 | 02/18/11 | GREENTREE LANDSCAPING, INC | (935.00) |
| 2620*1 | 02/18/11 | THE GAS COMPANY | (988.05) |
|  | 02/18/11 | WARNER BROS TELEVISION | 207.77 |
|  | 02/18/11 | UBS FINANCIAL SERVICES INC | 4.69 |
|  | 02/18/11 | UBS FINANCIAL SERVICES INC | 89.30 |
|  | 02/18/11 | UBS FINANCIAL SERVICES INC | 0.52 |
|  | 02/18/11 | UBS FINANCIAL SERVICES INC | 146.77 |
| 2621*1 | 02/21/11 | DEWEY PEST CONTROL | (76.00) |
| 2622*1 | 02/21/11 | DEWEY PEST CONTROL | (76.00) |
| 2623*1 | 02/21/11 | VERIZON CALIFORNIA | (259.91) |
|  |  | **BALANCE @ 2/22/11 - EMAILED ON 2/22/11** | 1,486,070.47 |
|  | 02/25/11 | GGW DIRECT LLC | 95,000.00 |
|  | 02/25/11 | JOSEPH FRANCIS SEP IRA | 219,839.02 |
|  | 02/28/11 | GGW DIRECT LLC | 75,000.00 |
|  |  | **BALANCE @ 2/28/11** | 1,875,909.49 |

FRANCIS MARCH 2011 CASH ANALYSIS.XLS

|  |  | JOSEPH FRANCIS MARCH 1 - MARCH 31, 2011 |  |
|---|---|---|---|
|  | 02-28-11 | BALANCE AT 2/28/11 | 1,875,909.49 |
|  | 03-07-11 | GGW DIRECT LLC | 10,000.00 |
|  | 03-09-11 | GGW DIRECT LLC | 84,103.56 |
| 2630*1 | 03-15-11 | CHASE HOME FINANCE | (28,611.97) |
| 2631*1 | 03-16-11 | ARROWHEAD GENERAL INSURANCE AGENCY INC | (2,648.61) |
| 2632*1 | 03-16-11 | GREENTREE LANDSCAPING, INC | (900.50) |
| 2633*1 | 03-16-11 | KEIKO CRONIN | (434.00) |
| 2634*1 | 03-16-11 | LOS ANGELES DEPT OF WATER & POWER | (6,499.12) |
| 2635*1 | 03-16-11 | PAC 8 ORCHIDS | (169.00) |
| 2636*1 | 03-16-11 | PREMIUM FINANCING SPECIALISTS | (1,366.20) |
| 2637*1 | 03-16-11 | THE GAS COMPANY | (1,837.64) |
| 2641*1 | 03-28-11 | AMERICAN EXPRESS | (7,574.07) |
| 2642*1 | 03-28-11 | VERIZON CALIFORNIA | (460.23) |
|  |  | BALANCE AT 3/31/11 | 1,919,511.71 |

FRANCIS APRIL 2011 CASH ANALYSIS.XLS

|  |  | JOSEPH FRANCIS APRIL. 1 - APRIL 30, 2011 |  |
|---|---|---|---|
|  | 03-31-11 | BALANCE AT 4/30/11 | 1,919,511.71 |
| 2643*1 | 04-05-11 | CHASE HOME FINANCE - APRIL | (28,611.97) |
| 2644*1 | 04-05-11 | PREMIUM FINANCING SPECIALISTS | (1,434.51) |
| 2645*1 | 04-05-11 | CARLSON CONSTRUCTION CORP. | (300.00) |
| 2648*1 | 04-25-11 | CHASE HOME FINANCE - MAY | (28,600.35) |
| 2649*1 | 04-25-11 | DEWEY PEST CONTROL | (76.00) |
| 2650*1 | 04-25-11 | KEIKO CRONIN | (454.23) |
| 2651*1 | 04-25-11 | THE GAS COMPANY | (413.74) |
| 2652*1 | 04-25-11 | WINTER ELECTRIC CO. | (650.00) |
| 2653*1 | 04-27-11 | ARROWHEAD GENERAL INSURANCE AGENCY INC | (2,758.77) |
| 2654*1 | 04-27-11 | GREENTREE LANDSCAPING, INC | (1,318.93) |
| 2655*1 | 04-27-11 | PATRICK BONETTE | (499.00) |
| 2656*1 | 04-28-11 | AMERICAN EXPRESS | (2,552.05) |
|  |  | BALANCE AT 4/30/11 | 1,851,842.16 |

FRANCIS MAY 2011 CASH ANALYSIS.XLS

|   |   | JOSEPH FRANCIS MAY 1 - MAY 12, 2011 |   |
|---|---|---|---|
|   | 04-30-11 | BALANCE AT 4/30/11 | 1,851,842.16 |
|   | 05-03-11 | GGW DIRECT LLC | 95,000.00 |
| 2637*1 | 05-04-11 | THE GAS COMPANY-VOIDED LOST IN MAIL | 1,837.64 |
| 2658*1 | 05-04-11 | THE GAS COMPANY | (1,837.64) |
| 2660*1 | 05-09-11 | CULLIGAN | (263.88) |
| 323*1 | 05-12-11 | DAVID R HOUSTON CLIENT TRUST ACCT | (1,946,578.28) |
|   |   |   |   |
|   |   | BALANCE AT 5/12/11 | 0.00 |