
```
 1  Mitchell J. Langberg, Esq., Nev. Bar. No. 10118
    Laura F. Bielinski, Esq., Nevada Bar No. 10516
 2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
    100 North City Parkway, Suite 1600
 3  Las Vegas, Nevada 89106
    mlangberg@bhfs.com
 4  lbielinski@bhfs.com
    Telephone:  (702) 382-2101
 5  Facsimile (702) 383-8135

 6       and

 7  MALHAR S. PAGAY, ESQ. (CA BAR NO. 189289)
    (pro hac vice pending)
 8  PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
 9  Los Angeles, California  90067
    mpagay@pszjlaw.com
10  Telephone:    (310) 277-6910
    Facsimile:    (310) 201-0760
11

12  Attorneys for Wynn Las Vegas, LLC d/b/a Wynn Las Vegas
```

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Adversary Case No.: 13-01050-MMN |
| WYNN LAS VEGAS LLC d/b/a/ WYNN LAS VEGAS, a Nevada limited liability company, | Chapter 11 |
| Plaintiff, | **NOTICE OF HEARING ON MOTION FOR ORDER APPROVING STIPULATION REGARDING RESOLUTION OF REMOVED ACTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| vs. | |
| GGW DIRECT, LLC, a Delaware limited liability company; GGW BRANDS, LLC, a Delaware limited liability company; GGW EVENTS, LLC, a Delaware limited liability company; MANTRA FILMS, INC., a suspended Oklahoma corporation; BLUE HORSE TRADING, LLC, a California limited liability company; PEPE BUS, LLC, an inactive Montana limited liability company; SANDS MEDIA, INC., a revoked Nevada domestic corporation; JOSEPH R. FRANCIS, an individual; DAVID R. HOUSTON, an individual; and DAVID R. HOUSTON, LTD., a Nevada professional corporation, doing business as THE LAW OFFICE OF DAVID R. HOUSTON, | **Hearing**<br><br>Date:  August 28, 2013<br>Time:  9:30 a.m.<br>Place:  Courtroom 2<br>U.S. Bankruptcy Court<br>District of Nevada<br>Foley Federal Building<br>300 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101 |
| Defendants. | |

**TO THE HONORABLE MIKE M. NAKAGAWA, UNITED STATES BANKRUPTCY JUDGE; ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that, on July 31, 2013, Wynn Las Vegas, LLC d/b/a Wynn Las Vegas ("Wynn Las Vegas") filed and served on interested parties that certain *Notice of Motion and Motion for Order Approving Stipulation Regarding Resolution of Removed Action; Memorandum of Points and Authorities in Support Thereof* [Docket No. 23] (the "Motion"), whereby Wynn Las Vegas moves the Court for an order approving that certain *Stipulation Regarding Resolution of Removed Action* attached to the Motion as **Exhibit B**.

      **PLEASE TAKE FURTHER NOTICE** that if you object or opposed the relief sought in the Motion, or if you want the Court to consider your support of the Motion, then you must file a response with the Court, and serve a copy on undersigned counsel **no later than fourteen (14) days preceding the hearing date** for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The response must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

      **PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested by the Motion, you *must* file a written response to this pleading with the Court on or prior to the deadline set forth herein. You *must* also serve your written response on undersigned counsel.

      **PLEASE TAKE FURTHER NOTICE** that if you do not file a written response with the Court on or before the deadline set forth herein, or if you do not serve your written response on undersigned counsel, then the Court may *refuse to allow you to speak* at the scheduled hearing and the Court may *rule against you* without formally calling the matter at the hearing.

      **PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will be held before the Honorable Mike M. Nakagawa, United States Bankruptcy Judge, in the Foley Federal Building,

///

///

///

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

021658\0178\10643746.1

300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 2, Las Vegas, Nevada 89101, on **August 28, 2013 at 9:30 a.m.**

Dated: August 14, 2013             BROWNSTEIN HYATT FARBER SCHRECK, LLP

By:  */s/ Mitchell J. Langberg*
     Mitchell J. Langberg

and

Dated: August 14, 2013             PACHULSKI STANG ZIEHL & JONES LLP

By:  */s/ Malhar S. Pagay*
     Malhar S. Pagay

Attorneys for Wynn Las Vegas, LLC, d/b/a Wynn Las Vegas

021658\0178\10643746.1