Mitchell J. Langberg, Esq., Nev. Bar. No. 10118
Laura F. Bielinski, Esq., Nevada Bar No. 10516
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
mlangberg@bhfs.com
lbielinski@bhfs.com
Telephone: (702) 382-2101
Facsimile (702) 383-8135

and

MALHAR S. PAGAY, ESQ. (CA BAR NO. 189289)
(*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
mpagay@pszjlaw.com
Telephone:    (310) 277-6910
Facsimile:    (310) 201-0760

Attorneys for Wynn Las Vegas, LLC d/b/a Wynn Las Vegas

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WYNN LAS VEGAS LLC d/b/a/ WYNN LAS VEGAS, a Nevada limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>GGW DIRECT, LLC, a Delaware limited liability company; GGW BRANDS, LLC, a Delaware limited liability company; GGW EVENTS, LLC, a Delaware limited liability company; MANTRA FILMS, INC., a suspended Oklahoma corporation; BLUE HORSE TRADING, LLC, a California limited liability company; PEPE BUS, LLC, an inactive Montana limited liability company; SANDS MEDIA, INC., a revoked Nevada domestic corporation; JOSEPH R. FRANCIS, an individual; DAVID R. HOUSTON, an individual; and DAVID R. HOUSTON, LTD., a Nevada professional corporation, doing business as THE LAW OFFICE OF DAVID R. HOUSTON,<br><br>　　　　　　　　Defendants. | Adversary Case No.: 13-01050-MMN<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY RE: MOTION FOR ORDER APPROVING STIPULATION REGARDING RESOLUTION OF REMOVED ACTION**<br><br>**Hearing**<br><br>Date:　August 28, 2013<br>Time:　 9:30 a.m.<br>Place:　Courtroom 2<br>　　　　U.S. Bankruptcy Court<br>　　　　District of Nevada<br>　　　　Foley Federal Building<br>　　　　300 Las Vegas Boulevard South<br>　　　　Las Vegas, Nevada 89101 |

1

DOCS_LA:270436.1 93837/001

Pursuant to Rule 201 of the Federal Rules of Evidence, Wynn Las Vegas, LLC d/b/a Wynn Las Vegas hereby requests that the Court take judicial notice of the following documents filed in the Court, in connection with the *Reply Re: Motion for Order Approving Stipulation Regarding Resolution of Removed Action* (the "Reply"); and *Motion for Order Approving Stipulation Regarding Resolution of Removed Action [Docket No. 23]* (the "Motion"). True and correct copies of the documents are attached hereto as referenced below.

| **Document Name** | **Case** | **Exhibit** |
|---|---|---|
| Order Granting Motion for Approval of Settlement with Wynn Las Vegas, LLC and Stephen A. Wynn | *In re GGW Brands, LLC*, et al., Case No. 2:13-bk-15130-SK (Bankr. C.D. Cal.) | "A" |
| Opposition to Motion for Approval of Settlement With Wynn Las Vegas, LLC and Stephen Wynn | *In re GGW Brands, LLC*, et al., Case No. 2:13-bk-15130-SK (Bankr. C.D. Cal.) | "B" |
| Reply in Support of Motion to Approve Proposed Settlement With Wynn Las Vegas, LLC and Stephen A. Wynn; Supplemental Declaration of Matthew C. Heyn | *In re GGW Brands, LLC*, et al., Case No. 2:13-bk-15130-SK (Bankr. C.D. Cal.) | "C" |
| Court's Tentative Ruling on the Trustee's Motion for Approval of Settlement with Wynn Las Vegas, LLC and Stephen Wynn Which Was Adopted as the Court's Final Ruling at the Hearing | *In re GGW Brands, LLC*, et al., Case No. 2:13-bk-15130-SK (Bankr. C.D. Cal.) | "D" |
| Exhibit: Secretary of State, State of Montana Certificate of Fact regarding Pepe Bus, LLC, dated April 23, 2013 | *In re GGW Brands, LLC*, et al., Case No. 2:13-bk-15130-SK (Bankr. C.D. Cal.) | "E" |
| State of Delaware Certificate of Revocation of Voluntary Dissolution, filed May 24, 2013 | *(N/A)* | "F" |

DOCS_LA:270436.1 93837/001

| | | |
|---|---|---|
| Dated: August 21, 2013 | | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| | By: | /s/ Mitchell J. Langberg |
| | | Mitchell J. Langberg |
| | And | |
| Dated: August 21, 2013 | | PACHULSKI STANG ZIEHL & JONES LLP |
| | By: | [signature] |
| | | Malhar S. Pagay |

Attorneys for Wynn Las Vegas, LLC, d/b/a Wynn Las Vegas

DOCS_LA:270436.1 93837/001