92. As a direct result of the material misrepresentations, fraud, and civil conspiracy of the Defendants, the Plaintiff was damaged, in that she was unable to satisfy her lawfully-obtained judgment.

93. The actions of the Defendants warrant the imposition of compensatory and punitive damages.

WHEREFORE, Plaintiff pray for judgment against the Defendants in Count IV in an amount which is fair and reasonable to satisfy their judgment, but at least $5,772,558, plus court costs, punitive damages, and such other relief that the Court deems just and proper.

Respectfully Submitted,

THE MEDLER LAW FIRM, LLC

/s/ John F. Medler, Jr.
John F. Medler, Jr. #38533
Tamara M. Medler #38534
7700 Bonhomme Ave Suite 360
Clayton MO 63105
(314)-727-8777 (office)
(314)-727-7001 (fax)
john@medlerlawfirm.com (e-mail)
*Co-Counsel for Plaintiff*

92. As a direct result of the material misrepresentations, fraud, and civil conspiracy of the Defendants, the Plaintiff was damaged, in that she was unable to satisfy her lawfully-obtained judgment.

93. The actions of the Defendants warrant the imposition of compensatory and punitive damages.

WHEREFORE, Plaintiff pray for judgment against the Defendants in Count IV in an amount which is fair and reasonable to satisfy their judgment, but at least $5,772,558, plus court costs, punitive damages, and such other relief that the Court deems just and proper.

Respectfully Submitted,

THE MEDLER LAW FIRM, LLC

/s/ John F. Medler, Jr.
John F. Medler, Jr. #38533
Tamara M. Medler #38534
7700 Bonhomme Ave Suite 360
Clayton MO 63105
(314)-727-8777 (office)
(314)-727-7001 (fax)
john@medlerlawfirm.com (e-mail)
*Co-Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

On this 24th day of September, 2012, Plaintiff served a copy of the foregoing on counsel for Defendants by virtue of the Court's electronic filing system.

/s/ John F. Medler, Jr.

30

# EXHIBIT Z

# SECRETARY OF STATE
## STATE OF MONTANA

### CERTIFICATE OF FACT

I, **LINDA McCULLOCH**, Secretary of State of the State of Montana, do hereby certify that on **DECEMBER 12, 2005**, Articles of Organization for the formation of **PEPE BUS, LLC**, a Montana Limited Liability Company, were filed according to Section 35-8-202, Montana Code Annotated.

I further certify that on **DECEMBER 28, 2005**, Restated Articles were filed with this office.

I further certify that on **SEPTEMBER 2, 2008**, the registered agent information was updated.

I further certify that on **MARCH 8, 2012**, the company filed their required annual report with this office.

I further certify that on **MARCH 12, 2012**, the registered agent **WAS REVOKED BY THE SECRETARY OF STATE.**

I further certify that the principal place of business was **725 SW HIGGINS AVE STE C, MISSOULA, MT 59803**.

I further certify that the Limited Liability Company was managed by **MEMBERS** and the managing member's name and address on record was **JOSEPH FRANCIS, 1601 CLOVERFIELD BLVD, SANTA MONICA, CA 90404**.

I further certify that the purpose of the Limited Liability Company was **REAL & PERSONAL PROPERTY.**

I further certify that **PEPE BUS, LLC**, had a **PERPETUAL** duration.

I further certify that on **MARCH 12, 2012, PEPE BUS, LLC** filed to voluntarily terminate the company.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Montana, at Helena, the Capital, this **April 23, 2013**.

*Linda McCulloch*

**LINDA McCULLOCH**
Secretary of State

Certified File Number: **C150706**

Case 2:13-bk-15130-sk  Doc 2633-5  Filed 07/08/21  Entered 07/08/21 17:04:31  Desc
Case 13-01058-kmk  Doc 26-3  Filed 07/31/23  Page 5 of 16
Exhibit ZZ    Page 1 of 12

# EXHIBIT ZZ



Like 1.2m   Follow

**NOW**
- BAGGED SALAD (HTTP://ABCNEWS.GO.COM/GMA/VIDEO/STOMACH-BUG-OUTBREAK-BAGGED-SALAD-LINKED-MYSTERY-STOMACH-19823899)
- BABY JASLEEN (HTTP://ABCNEWS.GO.COM/BLOGS/HEALTH/2013/07/21/13-POUND-BABY-BORN-NATURALLY-BUT-WORLD-RECORD-STANDS/)
- BRADLEY MANNING
- OJ SIMPSON
- ANTHONY WEINER

⚠ Important message — You may have (1) unclaimed prize   [ OK ]

ABC NEWS BLOGS (/BLOGS/) > BUSINESS (HTTP://ABCNEWS.GO.COM/BLOGS/BUSINESS) > COMPANIES (HTTP://ABCNEWS.GO.COM/BLOGS/BUSINESS/COMPANIES/)

# Companies
(http://abcnews.go.com/blogs/business/companies/)

HEADLINES (/BLOGS/HEADLINES/)  POLITICS (/BLOGS/POLITICS/)  ENTERTAINMENT (/BLOGS/ENTERTAINMENT/)

## 'Girls Gone Wild' Files for Bankruptcy

Like 263   Tweet 103   0



Feb 28, 2013 2:27pm

(http://abcnews.g...)
By Susanna Kim
(http://abcnews.g...)
@skimm
(http://twitter.com/skimn)



Neilson Barnard/Getty Images

Girls Gone Wild, founded by Joe Francis, filed for Chapter 11 bankruptcy protection for the soft-core porn business, GGW Brands LLC, amid a legal battle with casino mogul Steve Wynn.

The bankruptcy petition was filed on Wednesday in California, a move that will protect assets against a long-standing lawsuit by Wynn, reported the Wall Street Journal (http://blogs.wsj.com/bankruptcy/2013/02/28/girls-gone-wild-files-for-bankruptcy/).

"Yesterday several of the U.S. operating entities for Girls Gone Wild joined the ranks of companies like American Airlines and General Motors having sought reorganization under Chapter 11 of the United States Bankruptcy code," according to a statement from GGW. "Girls Gone Wild remains strong as a company and strong financially. The only reason Girls Gone Wild has elected to file for this reorganization is to re-structure its frivolous and burdensome legal affairs. This Chapter 11 filing will not affect any of Girls Gone Wild's domestic or international operations. Just like American Airlines and General Motors, it will be business as usual for Girls Gone Wild."

Among the four largest creditors that were listed, the largest was $10.3 million in disputed debt with Wynn Las Vegas. The dispute stems from a $2 million gambling debt Francis incurred during a trip to the resort in Feb. 2007, according to court papers.

Last year, a judgment of $7.5 million was given to the hotel for defamation "stemming from Francis's public attack falsely accusing Wynn of deceiving customers," according to the lawsuit filed by the resort. In September, a jury awarded Wynn another $20 million for punitive damages for slander.

**Read more: Joe Francis 'Goes Wild' on Steve Wynn's Lawsuit**
(http://abcnews.go.com/Entertainment/joe-francis-wild-steve-wynns-lawsuit/story?id=17124941)



**Shocking E-Cigarette Report**
Do not smoke eCigarette before you read this shocking report...
Read More

**Controversy Over New Steroid Alternative**
Top Trainers And Athletes Reveal Safest Steroid Alternative To The Public.   ads by clickbooth

Companies (http://abcnews.go.com/blogs/business/companies/)
Consumer Report (https://abcnews.go.com/blog-reports/)

Economy (http://abcnews.go.com/blogs/business/economy-2/)
Made in America (https://abcnews.go.com/blog-in-america/)

Price of Big Mac Could Rise by 68 Cents If Minimum Wage Doubles (http://abcnews.go.com/blogs/business/2013/07/price-of-big-mac-could-rise-by-68-cents-if-minimum-wage-doubles/)

Will the Fed Rattle Markets? (http://abcnews.go.com/blogs/business/2013/07/will-the-fed-rattle-markets/)

$36 Million in Farm Subsidies Paid to Dead People, GAO Reports (http://abcnews.go.com/blogs/business/2013/07/36-million-in-farm-subsidies-paid-to-dead-people-gao-reports/)

Home Prices Up 12 Percent, San Fran and Vegas Hottest Markets (http://abcnews.go.com/blogs/business/2013/07/home-prices-up-12-percent-san-fran-and-vegas-hottest-markets/)

Big Banks Pushing Up Gas, Energy Prices? (http://abcnews.go.com/blogs/business/2013/07/big-banks-pushing-up-gas-energy-prices/)

"Thank God for the justice system that finally sent a message: If you think you're taking a cheap shot, it may be a lot more expensive than you had imagined," Wynn said in a statement (http://latimesblogs.latimes.com/lanow/2012/09/steve-wynn-judgment-against-joe-francis-grows-to-40-million.html) after the punitive damage was awarded. "Therefore, think before you post; think before you speak; hesitate before you start to destroy someone's character. There may be a day of reckoning."

GGW Brands LLC's other creditors owed the largest amounts of money include Tamara Favazza, a woman who won a lawsuit against Mantra Films Inc. and MRA Holdings LLC in April 2012. Favazza said she was dancing at a club in St. Louis, Mo., in 2005 when a contract worker for Girls Gone Wild lifted her tank top. At the time she was a 20-year-old college student.

The bankruptcy filing indicates the debt to Favazza is $5,772,588.

Other women featured in "Girls Gone Wild" productions have filed legal action related to them. Lindsey Boyd sued, saying she was exploited as a 14-year old about 12 years ago during a spring break trip.

Read more: Woman Says She Was Exploited in 'Girls Gone Wild' Video as a Young Teen (http://abcnews.go.com/blogs/headlines/2012/10/woman-says-she-was-exploited-in-girls-gone-wild-video-as-a-young-teen/)

An attorney for GGW brands said "neither Wynn Casinos, Stephen Wynn, Favazza, nor Boyd have any judgments against the GGW entities. All but Boyd are claiming the GGW entities are somehow liable for judgments such parties have against Mr. Francis, which theory GGW vehemently denies and looks forward to adjudicating in bankruptcy court."

*(Editor's note: This story has been updated to reflect the fact that GGW Brands filed for bankruptcy, not Joe Francis, and to include statements from the company and its attorney.)*









(http://abcnews.go.com/blogs/business/2013/07/price-of-big-mac-could-rise-by-68-cents-if-minimum-wage-doubles/)
Minimum Wage Hike and Big Macs Prices (http://abcnews.go.com/blogs/business/2013/07/price-of-big-mac-could-rise-by-68-cents-if-minimum-wage-doubles/)



(http://abcnews.go.com/Business/retail-workers-york-california-sue-apple-unpaid-wages/story?id=19826977)
Apple Sued by Workers for Unpaid Overtime (http://abcnews.go.com/Business/retail-workers-york-california-sue-apple-unpaid-wages/story?id=19826977)



(http://abcnews.go.com/Business/gdp-report-economic-growth-beats-expectations-17-percent/story?id=19825088)
US Economy Rose 1.7 Percent in 2nd Quarter (http://abcnews.go.com/Business/gdp-report-economic-growth-beats-expectations-17-percent/story?id=19825088)



(http://abcnews.go.com/Business/facebook-shares-back-ipo-price/story?id=19825846)
Facebook Thriving After Long, Strange Trip (http://abcnews.go.com/Business/facebook-shares-back-ipo-price/story?id=19825846)



(http://abcnews.go.com/Business/consumer-reports-rates-worst-best-prepaid-debit-cards/story?id=19818794)
Worst, Best Prepaid Debit Cards (http://abcnews.go.com/Business/consumer-reports-rates-worst-best-prepaid-debit-cards/story?id=19818794)

**SHOWS:** Good Morning America (http://abcnews.go.com/blogs/topics/show/good-morning-america/)

Like 263    Tweet 103    0



Mom Accused of Sexually Assaulting Teen Boy



(http://abcnews.go.com/US/video/mom-accused-sexually-assaulting
Instant Index: Eight Great White Sharks Spotted Off Cape Cod



(http://abcnews.go.com/WNT/vid white-sharks-spotted-off-cape-197

### MORE FROM ABC NEWS

Kim Kardashian Releases 'Baby' Photo (http://thestir.cafemom.com/baby/157-)

5 Early Warning Signs of Diabetes (http://www...ly-warning-signs-of-diabetes) *(Caring.com)*



'Real Housewives of New Jersey' Stars Free on Bond (http://abcnews.go.com/GMA/video/real-housewives-new-jersey-stars-free-bond-19816276)

Jennifer Lawrence In All Blue (http://www.zimbio.com/Many+Faces+-photos) *(CafeMom)*

Bollywood (Frontier) (Zimbio)

Pastor Rick Warren Returns to Pulpit First Time Since Son's Suicide (http://abcnews.go.com/WNT/video/pastor-rick-warren-returns-pulpit-time-sons-suicide-19798603)

Personal Trainer Fakes Weight Loss for Before-After Pics (http://abcnews.go.com/GMA/video/weight-loss-photos-faked-trainer-andrew-dixon-19768949)

Joe and Teresa Giudice Released on Bond, Lash Out at Reporters (http://abcnews.go.com/blogs/entertainment/2013/07/joe-and-teresa-giudice-released-on-bond-lash-out-at-reporters/)

+Actors+Who've+Worn+Prosthetic+Makeup/articles/9VyAjqb15tI/Rebecca+Romijn+Jennifer+Lawrence+)

(http://www.homegoods.com/blog/2013/06/17/not-your-typical-garden-

Blov...

...ertain

...p-ther

Not your typical garden containers. (HomeGoods) **RELATED VIDEOS**

Plastic Surgery Disasters: Lil Kim, Meg Ryan & More (Hollyscoop)

(http://www.hollyscoop.com/galleries/...plastic-surgery-disasters/819421)

Housing Market Roars to Life (http://abcnews.go.com/GMA/video/housing-market-2013-home-prices-surge-highest-prices-19824232)

Vitamin Water Maker Accused 'Misleading' Marketing (http://abcnews.go.com/GMA/video/vitamin-water-good-bad-coca-cola-accused-misleading-19813793)

Subscribe

Twitter  Facebook
(http://abcnews.go...  (http://twitter.com/abc)(www.fa...

**Sponsored Links**  Buy Link Here

**4 Minutes To 6 Pack Abs**
Incinerate Belly Fat In 4 Minutes A Day With Exercise Breakthrough
www.4minuteabs.com

**50% Returns in 3 Months**
Learn How To Make Consistent Forex Profits. Learn from a real trader.
www.RealForexProfits.com

**10 Best - 0% Credit Cards**
Do You Have Excellent to Good Credit? Receive 0% APR for 18 Months!
www.CompareCards.com/0%-Intro-APR



**E-Cigarettes Exposed**
The E-Cigarette craze is sweeping the country. Is it really that good?
Read More



**New Rule in CA**
Los Angeles - If you drive in CA you better read this...
Read More



**1 Strange Tip for White Teeth**
Attn Los Angeles:Mom Publishes Free Teeth...

---

**PREVIOUS**
**SKECHERS UNDER FIRE FOR 'DADDY'$ MONEY' SNEAKERS**
(HTTP://ABCNEWS.GO.COM/BLOGS/BUSINESS/2013/02/SKECHERS-UNDER-FIRE-FOR-DADDYS-MONEY-SNEAKERS/)

**NEXT**
**GROUPON OUSTS CEO ANDREW MASON**
(HTTP://ABCNEWS.GO.COM/BLOGS/BUSINESS/2013/02/GROUPON-OUSTS-CEO-ANDREW-MASON/)

Sponsored Links  Buy Link Here

**Best Credit Cards in 2013**
See 2013's Best Credit Card Offers. Get 0% Interest & The Best Rewards
www.CompareCards.com

**Buy Real Estate Using IRA**
Best IRA for Real Estate Investing. No Transaction & Asset Fees, Ever!
www.BroadFinancial.com

**New Rule in California**
(July 2013): If You Pay For Car Insurance You Better Read This Now...
ConsumerSpending.org

**2 comments**                                                        ★ 0

Leave a message...

Best ▼  Community                                     Share ⬈  ⚙ ▼

**thatwasobvious** · 5 months ago
What's 2 mil to you anyway Joe? Pay your bill ya dirty bum! God knows you're looking like one these days.
⌃ ⌄   Reply   Share ›

**David** · 5 months ago
Now he can start "Morons gone broke".
⌃ ⌄   Reply   Share ›

ALSO ON ABC NEWS                                    AROUND THE WEB                          What's this?

**George Zimmerman Probably Won't Be Convicted of Murder or ...** 7186 comments

**Inside Mississippi's Only Abortion Clinic** 332 comments

**George Zimmerman Emerged From Hiding for Truck Crash ...** 9986 comments

**Family Rescued by George Zimmerman Fears 'Blow Back'** 2315 comments

**George Zimmerman Juror Says He 'Got Away With Murder'** 7610 comments

**Citizens Over 50 May Qualify to Get $20,500 this Year** Moneynews

**What the Bible Says About Money (Shocking)** Moneynews

**Secret to a Gorgeous Face: It's the Eyebrows** eHow Style

**Obama Won't Finish Term Without Bottom Dropping Out** Money Morning

**Migraine is NOT a Headache: The Many Symptoms of Migraine** Health Union

📡 Comment feed      ✉ Subscribe via email

| Sections | Shows | Tools | About | abcNEWS \| YAHOO! NEWS (http://abcnews.go.com) |
|---|---|---|---|---|
| U.S. (http://abcnews.go.com/us) | NY Med (http://nymedshow.com) | iPad App (http://abcnews.go.com/ipad) | Contact Us (http://abcnews.go.com/Site/page?id=3068843) | External links are provided for reference purposes. ABC News is not responsible for the content of external Internet sites. Copyright © 2013 ABC News Internet Ventures. Yahoo! - ABC News Network |
| World (http://abcnews.go.com/international) | Good Morning America (http://abcnews.go.com/gma) | Register (https://register.go.com/global/register?appRedirect=http://abcnews.go.com) | Site Page (http://abcnews.go.com/Site/page?id=3271346&cat=ABCNews.com) | |
| Politics (http://abcnews.go.com/politics) | World News with Diane Sawyer (http://abcnews.go.com/wn) | Sign In (https://register.go.com/global/login?rd=true&appRedirect=http://abcnews...) | 20comments) | BACK TO TOP |
| Weird News (http://abcnews.go.com/weird) | Nightline (http://abcnews.go.com/nightline) | | Advertising (http://mediakit.go.com/abcnews/index.html) | |
| Investigative (http://abcnews.go.com/blotter) | ABC's The Lookout (http://abcnews.go.com/nightline) | Facebook (http://www.facebook.com/abcnews) | Privacy Policy (http://disney.go.com/corporate/privacy/pp_abc.html) | |
| Health (http://abcnews.go.com/health) | This Week with George Stephanopoulos (http://abcnews.go.com/thisweek) | Twitter (http://twitter.com/abc) | Interest-Based Ads (http://preferences.truste.com/2.0/?type=abcnews&affiliateId=11) | |
| Entertainment (http://abcnews.go.com/entertainment) | 20/20 (http://abcnews.go.com/2020) | Blogs (http://abcnews.go.com/blogs) | Terms of Use (http://disney.go.com/corporate/legal/terms.html) | |
| Money (http://abcnews.go.com/business) | Primetime (http://abcnews.go.com/primetime) | Emails & News Alerts (https://register.go.com/global/abcnews/modifyAccount?affiliateName=abcnews&appRedir...) | Disney Terms of Use (http://disneytermsofuse.com/) | |
| Technology (http://abcnews.go.com/technology) | What Would You Do? (http://abcnews.go.com/whatwouldyoudo) | Message Boards (http://forums.abcnews.go.com/n/ta...weblog=abcnewsindex) | ABC News Store (http://abcnewsstore.com/) | |
| Travel (http://abcnews.go.com/travel) | ABC.com (http://abc.com) | RSS Headlines (http://abcnews.go.com/Site/page?id=3520115) | Site Map (http://abcnews.go.com/sitemap) | |
| Recipes (http://abcnews.go.com/recipes) | Royal Baby (/Entertainment/Royal_Baby/) | | Authors List (http://abcnews.go.com/author/) | |
| News Topics (http://abcnews.go.com/topics/) | | | ABC News \| Univision (http://abcnews.go.com/ABC_Univision) | |
| Live Blog (http://liveblog.abcnews.go.com/#AllEvents) | | | Go.com (http://go.com/) | |

Exhibit ZZ to Reply in Support of 9019 Motion
Page 4

http://abcnews.go.com/blogs/business/2013/02/joe-francis-girls-gone-wild-bankrupt/    7/31/2013

Bloomberg.com | Businessweek.com | Bloomberg TV | Premium                                   | Register | Sign In

**MARKET SNAPSHOT**

| | | | |
|---|---|---|---|
| U.S. | EUROPE | ASIA | |
| DJIA | 15,499.50 | -21.05 | -0.14% |
| S&P 500 | 1,686.06 | +0.10 | 0.01% |
| NASDAQ | 3,628.37 | +9.90 | 0.27% |



Our Company  Professional  Anywhere          Search News, Quotes and Opinion

HOME  QUICK  NEWS  OPINION  MARKET DATA  PERSONAL FINANCE  TECH  POLITICS  SUSTAINABILITY  LUXURY  TV  VIDEO  RADIO

 China Stocks Are Worst in World, Down $748 Billion on Lost Promise

 How to Spot a Pipeline Leak With a Bowling Ball

 Fed Sees Risk of Disinflation, Maintains Bond Buying Pace

# 'Girls Gone Wild' Files Bankruptcy to Fight Vegas Debt

By Steven Church & Sophia Pearson - Feb 28, 2013 11:06 AM PT

48 COMMENTS                                    Q QUEUE

'Girls Gone Wild' Franchise Files for Bankruptcy

The company behind the "Girls Gone Wild" videos filed for bankruptcy to protect itself from a $10.3 million debt claimed by Steve Wynn's Wynn Las Vegas LLC and a $5.8 million award won by a woman who says the company used naked images of her without permission.



"Girls Gone Wild" Founder Joe Francis
Photographer: Ethan Miller/Getty Images

Last year, Wynn and his company won a slander lawsuit against Joe Francis, founder of the "Girls Gone Wild" franchise, which features college-age women in reality TV-style shows focused on drinking, stripping and sex.

"The court finds that Francis made a knowing and intentional false and defamatory statement," a Nevada judge ruled in April in awarding $7.5 million to Wynn and Wynn Las Vegas. Francis lied when he claimed he had proof that Wynn tricked high-end gamblers, the judge ruled.

**HEADLINES | MOST POPULAR | RECOMMENDED**

Based on your reading history you may be interested in:

Fiat Fails to Get Judge to Put Price on Chrysler Shares
Q

Fed's Debit-Card Swipe-Fee Rules Rejected by U.S. Judge
Q

Credit Suisse Is Said in Talks to Sell Unit to Grosvenor
Q

Alleghany Takes Ares Stake, Commits Up to $1 Billion
Q

Community Health Gets $6.8 Billion Debt Financing for HMA Merger
Q

Air Products Jumps After Adopting Poison Pill
Q

Advertisement



Most Popular On

American Automobile Glut? Unsold Cars Are Piling Up

How Google Has Completely Botched Zagat

The Gay Boycott Against Russian Vodka: Stoli's CEO Speaks Out

Disgruntled Airline Speaks Up About Boeing 787 Payout

A New Airline for America's Cheapest Travelers?

**Visit Businessweek.com»**

GGW Brands LLC said it had about $16.3 million in debt and less than $50,000 in assets. Affiliates GGW Magazine, LLC and GGW Events LLC also sought Chapter 11 protection yesterday in U.S. Bankruptcy Court in Los Angeles.

The bankruptcy case doesn't mention Francis or the lawsuit. It was signed by a company manager, Chris Dale, and listed its biggest debt as $10.3 million to Wynn Las Vegas. The company said it disputes the validity of that debt and a $5.8 million claim by Tamara Favazza.

GGW Brands filed for bankruptcy "to restructure its frivolous and burdensome legal affairs," Francis's executive assistant, Heather Brook, said in an e-mailed statement. She said Francis hasn't owned the company for two years.

### Like GM

"This Chapter 11 filing will not affect any of Girls Gone Wild's domestic or international operations," according to the statement. "Just like American Airlines and General Motors, it will be business as usual for Girls Gone Wild."

Francis has lost a series of multimillion-dollar court cases, including one in which the Nevada Supreme Court ruled he owed $2 million in gambling debt to Wynn. Francis had sought a discount on the debt and promised to pay after he was released from jail in an unrelated case, according to court records.

Favazza sued Francis in 2008, claiming someone exposed her breasts while filming in a bar in St. Louis for the "Girls Gone Wild Sorority Orgy" DVD series, according to court documents.

Favazza, a St. Louis resident, won a $5.8 million judgment and then sued Francis, GGW Brands and Mantra Films last year in federal court in Missouri to collect.

GGW Brands called Favazza's claim a "trade debt" in its Chapter 11 petition. In bankruptcy, trade debts are owed to suppliers, vendors and other service providers.

### Name Changes

Favazza claimed in her federal suit that Francis evaded creditors by changing the names of his businesses, transferring assets and closing accounts.

Francis owns assets that could be used to satisfy the judgment, including a 1971 Gulfstream jet worth at least $2 million, a $10 million mansion in Bel Air, California, and a $30 million beachfront estate in Punta Mita, Mexico, according to the complaint. GGW trademarks for videos, websites and clothing and apparel total more than $20 million, Favazza said.

The case is In re GGW Brands, LLC 13-15130, U.S. Bankruptcy Court, Central District of California (Los Angeles)

To contact the reporters on this story: Steven Church in Wilmington, Delaware at schurch3@bloomberg.net; Sophia Pearson in Philadelphia at spearson3@bloomberg.net

To contact the editor responsible for this story: John Pickering at jpickering@bloomberg.net

More News: Law  U.S.  Consumer Technology

48 COMMENTS          Q QUEUE

**News You May Like**  by Taboola
Jeffrey Deitch Resigns as Los Angeles Museum Director
Springer Will Sell Publications to Funke for $1.2 Billion
Airbus Pushes Higher-Density A380 to Counter Luxury Image

**News From Around the Web**  by Taboola
Billionaires Dump Stocks, Prepare for Collapse (Shocking) (Newsmax)
5 Things That Trigger Prostate Cancer (Newsmax Health)
Vanessa Williams DNA Test Showed Genes From Across the World (ancestry.com)

Advertisement



Advertisements

GET THE GLOBAL TECH TODAY NEWSLETTER. Learn more

Exhibit ZZ to Reply in Support of 9019 Motion
Page 6

http://www.bloomberg.com/news/2013-02-28/-girls-gone-wild-files-bankruptcy-to-fight-v...    7/31/2013

## Videos You May Like

by Taboola


$743M in the Bag: Pink Panther Gang's Biggest Jobs


How to Spot a Pipeline Leak With a Bowling Ball


Google Gets TV Right With Chromecast: Jaroslovsky


SAC Capital Enters Not Guilty Plea on All Counts

## From Around the Web

by Taboola






Bloomberg moderates all comments Comments that are abusive or off-topic will not be posted to the site. Excessively long comments may be moderated as well Bloomberg cannot facilitate requests to remove comments or explain individual moderation decisions

Like

### Add New Comment                                                       Login

Type your comment here.

### Showing 3 of 48 comments on 'Girls Gone Wild' Files Bankruptcy to Fight Vegas Debt

**enricofermi**  4 months ago

What a db. That guy should have been in prison long ago for all the rapes he's committed and drugging of girls he's made money off of. The guy makes Roethlisberger look like a saint. Scum is scum and he's gonna slowly lose everything. Hopefully he doesn't harm too many more people on his way down, or get away with any more rapes.

1 Like                                                                   Like   Reply

**survon1**  5 months ago

Everyone knows not to rock the boat in Vegas or you lose every time.

                                                                         Like   Reply

**yrr**  5 months ago

If I owed money to Las Vegas, I'd never try to deceive them,

2 Likes                                                                  Like   Reply

Load more comments

Sponsored Link

### Recommended Stories


Potash's $20 Billion Market Transformed by Uralkali
Q


Summers at Fed Prompts Questions From Concerned Senators


Potash Group Surviving Demise of Russian Rival: Corporate Canada


Tourre Says He Did Good Job, Wants His Reputation Back
Q


What Are the Odds That SAC's Cohen Read His E-Mail?
Q


U.S. Declassifies Court Order Allowing Record Collection
Q

Exhibit ZZ to Reply in Support of 9019 Motion
Page 7

JOBS | CARS | HOMES | RENTALS | SHOPPING | CLASSIFIEDS | LEGAL ADS | ADVERTISE WITH US          LOG IN | SUBSCRIBE | ACTIVATE | E-NEWSPAPER | HELP

News | Sports | Lifestyles | Opinions | Photos | Video | Entertainment | Obituaries

FEATURED:   Get social with us   Hurricane Prep guide   DealChicken        Find what you are looking for ...   SEARCH


In home care from a name you can trust
For more information or if someone you know needs assistance, call us at 321-459-1804
Click here to find out more

Health First Private Duty
ADVERTISEMENT

# 'Girls Gone Wild' goes bankrupt to dodge legal awards

Feb 28, 2013 | 1Comment                    Recommend  Sign Up to see what your friends recommend.

Recommend  0                                                        A A



The three Kardashian sisters joined Girls Gone Wild founder Joe Francis in 2008 at a launch party for his GGW magazine  / Dan Steinberg, AP

 by Michael Winter, USA TODAY

FILED UNDER

USA Today News
USA Today Nation

In a strategic move to protect itself from multimillion-dollar debts and legal awards, the company that produces the *Girls Gone Wild* videos has filed for Chapter 11 bankruptcy.

The company's videos feature college-age women drinking, exposing themselves or having sex, usually at parties, clubs and events.

GGW founder Joe Francis has lost high-profile lawsuits that have saddled his firm, GGW Brands, with more than $13 million in jury awards and $2 million in other debts. It listed its assets at less than $50,000.

He owes casino mogul Steve Wynn $10.3 million, including a $7.5 million slander award last year and a disputed $2 million gambling debt.

A St. Louis woman sued Francis' company in 2008 to collect $5.8 million she was awarded after claiming someone exposed her breasts in a bar for the *Girls Gone Wild Sorority Orgy* series.


This Summer, BOOK YOUR
HOTELS | AIR PACKAGES | SHOWS
AND MORE...  LASVEGAS.COM
ADVERTISEMENT

**NL West rivals make major trade**


Brees caught up in tipping controversy

Big changes to NFL Pro Bowl annoucned

Next football helmet innovation: Exterior padding

Vonn joins Tiger for PGA championship practice

Florida QB undergoes emergency surgery

Adrian Peterson will follow NFL rule 'as best I can'

NFL cheerleader is an Iraq war veteran

Parents' tempers flare at little league game

**More National Headlines**

GGW Magazine and GGW Events also filed for protection.

The company said the bankruptcy restructuring filing, made Wednesday in Los Angeles, will not affect its operations.

"Just like American Airlines and General Motors, it will be business as usual for Girls Gone Wild," the company said in a statement.

GGW Brands filed for bankruptcy "to restructure its frivolous and burdensome legal affairs," Francis' executive assistant said in an e-mail to Bloomberg News. She said Francis has not owned the company for two years.

*Copyright 2013 USATODAY.com*

Read the original story: 'Girls Gone Wild' goes bankrupt to dodge legal awards

PRESENTED BY:
BASEBALL 

**Most Popular**   **Most Commented**   **More Headlines**

1. Tenn. company buys Wuesthoff's parent
2. Pre-packaged salad linked to severe stomach bug
3. Police arrest 2 in Cocoa Beach slaying
4. Melbourne aircraft lab plan nearing takeoff
5. 3 held on robbery charges after pair attacked in Cocoa Beach

**View Comments (1) | Share your thoughts »**

**Most Viewed**

**PHOTO GALLERIES**

**TOP VIDEO PICKS**
selected by Taboola


Video shows high-speed train crash in Spain
Jul 25, 2013


Burglary suspects tried to run deputy down
Jul 25, 2013

Asiana plane crash survivor killed by vehicle
Jul 19, 2013

**YOU MIGHT BE INTERESTED IN**

Palm Bay man charged in 'road rage' incident

Man who died in Indian River lawn mower accident...

Suspect identified in Sharpes double shooting

Florida Powerball winner donates $2 million to repair...

Pre-packaged salad linked to severe stomach bug

Smelly Washer Class-Action Lawsuit Tumbles to the Supreme Court (Washer Dryer Info)

**SPONSORED LINKS**

The 10 Worst Hotels and Motels in America (The Fiscal Times)

Pippa's Little Black Dress Upstages Kate (StyleBistro - Look Books)

The 20 Most Obnoxious Quotes From Gwyneth Paltrow (The Savory)

Hot Pictures of Anna Benson Before She Goes to Jail (Rant Sports)

LISTEN: Ted Nugent Says Stevie Wonder's Drug Use... (National Memo)

Did You Know These 20 Stars Are Gay? (Hollyscoop) [?]

ADVERTISEMENT

**SPONSORED LINKS**
by Taboola


Pastor Mocked for His 'Biblical Money Code,...
Moneynews


The 5 Warning Signs of Prostate Cancer
Newsmax Health


Surprising Abraham Lincoln Descendants ...
ancestry.com

**ARCHIVES**
View the last seven days

Yesterday, Jul. 30
Monday, Jul. 29
Sunday, Jul. 28
Saturday, Jul. 27

**YOUR PHOTOS & VIDEOS**

**SUBSCRIBE!**

**DOWNLOAD OUR APPS!**

Friday, Jul. 26
Thursday, Jul. 25
Wednesday, Jul. 24

See our paid archives for news older than a week



ADVERTISEMENT

Site Map | Back to Top

| NEWS | SPORTS | LIFESTYLES | OPINIONS | HELP | FOLLOW US |
|---|---|---|---|---|---|
| Space News | High Schools | Style | Our views/Your views | FAQ | Twitter |
| Brevard News | Columnists | Turbo Mom | 321 Polimania | Subscribe to FLORIDA TODAY | Facebook |
| Florida News | Outdoors | Health | Jeff Parker Toons In | Place an Ad | Mobile |
| Education News | College sports | Help! Column | Submit letter to editor | Connect with us | RSS |
| Crime News | Florida Gators | Spaces | Letters to the Editor | Contact Us | E-mail Alerts |
| Business News | UCF Knights | On the Town | Columnists | Work for Us | |
| Nation/World | FSU Seminoles | Games/Horoscopes | Matt Reed | | |
| Weather | Miami Hurricanes | Space Coast Parent | Bob Stover | | |
| News Archives | Talk Sports on Facebook | Best Viera, Suntree, Satellite Beach | ENTERTAINMENT | | |
| PHOTOS | VIDEO | | Movies | | |
| Latest Galleries | Latest Videos | OBITUARIES | Bars & Clubs | | |
| Arrest Mugshots | News in 90 Seconds | Search obituaries | Restaurant Reviews | | |
| On the Town | Brevard Web Cams | Memoriams | Music | | |
| Zap Squad | Today's weather forecast | | Events Calendar | | |
| Reader Photos | Entertainment videos | | ZAP Squad photo galleries | | |
| Upload Your Photos | The Florida Today Show | | Entertainment videos | | |
| High School Sports | On The Town videos | | Pam Harbaugh Extreme Culture | | |
| Hometown Heroes | | | Watch the latest movie trailers | | |

News | Jobs | Cars for Sale | Homes for Sale | Apartments for Rent | Shopping

# GANNETT

Copyright © 2013 www.floridatoday.com. All rights reserved.
Users of this site agree to the Terms of Service, Privacy Notice/Your California Privacy Rights, and Ad Choices

**Most Read**

Register | Sign In

68°F

SECTIONS

Search

# 'Girls Gone Wild' files for bankruptcy, founder fights gambling debt case

Amy Silverstein | GlobalPost.com | February 28, 2013

Tweet  0            0

Girls Gone Wild founder Joe Francis has put his empire of naked drunk girl footage into bankruptcy protection, the Wall Street Journal reported. He's getting sued, but not by the young women whom he's creeped on with a camera. Instead, he's been facing a multimillion-dollar lawsuit from Las Vegas resort owner Steve Wynn, who charges that Francis failed to pay a $2 million gambling debt to the hotel during a 2007 trip.

But that debt has ballooned as Wynn started going after Francis in court.

In September, Wynn won a $20 million lawsuit against Francis for slander after he claimed the Las Vegas casino mogul threatened to kill him over the debt.

The bankruptcy case doesn't actually mention the lawsuit, Bloomberg news reported. But the bankruptcy filing prevents Wynn from collecting the debt and will make a bankruptcy judge the new referee in the litigation, the WSJ explains. The company said it had about $16.3 million in debt and less than $50,000 in assets.

Tweet  0            0



Alaska Dispatch uses Facebook's commenting system. Add your comment to the box below, then follow the steps to log into Facebook. To report spam or abuse, click the "X" in the upper right corner of the comment box. Review our commenting guidelines

Exhibit ZZ to Reply in Support of 9019 Motion
Page 11

http://www.alaskadispatch.com/article/20130228/girls-gone-wild-files-bankruptcy-founder...    7/31/2013