# EXHIBIT E

# EXHIBIT Z

Case 2:Case 15-03055-mk Doc 28-8 Filed 07/31/18 Entered 07/31/18 16:06:25 Desc
Exhibit Z Page 1 of 2

# SECRETARY OF STATE
## STATE OF MONTANA

### CERTIFICATE OF FACT

I, **LINDA McCULLOCH**, Secretary of State of the State of Montana, do hereby certify that on **DECEMBER 12, 2005**, Articles of Organization for the formation of **PEPE BUS, LLC**, a Montana Limited Liability Company, were filed according to Section 35-8-202, Montana Code Annotated.

I further certify that on **DECEMBER 28, 2005,** Restated Articles were filed with this office.

I further certify that on **SEPTEMBER 2, 2008**, the registered agent information was updated.

I further certify that on **MARCH 8, 2012**, the company filed their required annual report with this office.

I further certify that on **MARCH 12, 2012,** the registered agent **WAS REVOKED BY THE SECRETARY OF STATE.**

I further certify that the principal place of business was **725 SW HIGGINS AVE STE C, MISSOULA, MT  59803**.

I further certify that the Limited Liability Company was managed by **MEMBERS** and the managing member's name and address on record was **JOSEPH FRANCIS, 1601 CLOVERFIELD BLVD, SANTA MONICA, CA  90404**.

I further certify that the purpose of the Limited Liability Company was **REAL & PERSONAL PROPERTY.**

I further certify that **PEPE BUS, LLC**, had a **PERPETUAL** duration.

I further certify that on **MARCH 12, 2012, PEPE BUS, LLC** filed to voluntarily terminate the company.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Montana, at Helena, the Capital, this **April 23, 2013**.

*Linda McCulloch*

**LINDA McCULLOCH**
Secretary of State

Certified File Number:  **C150706**

# EXHIBIT F

## STATE OF DELAWARE
## CERTIFICATE OF REVOCATION OF
## VOLUNTARY DISSOLUTION

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1. The name of the corporation is GGW Global Brands, Inc. f/k/a GGW Brands, Inc.

2. The Registered Office of the corporation in the State of Delaware is located at One Commerce Center, 1201 Orange St., Ste. 600, (street) in the City of Wilmington, County of New Castle, Zip Code 19801. The name of the Registered Agent at such address upon whom process against this Corporation may be served is Agents and Corporations, Inc.

3. The Certificate of Dissolution was filed in the office of the Secretary of State of Delaware on the 11th day of May A.D. 2012.

4. The names and addresses of the directors and officers of the corporation are as follows:

| NAME | TITLE | ADDRESS |
|---|---|---|
| Joseph Francis | President, Director | c/o 7130 Carlson Circle, #263 Canoga Park, CA 91303 |

(Please indicate which of the following applies by circling either 5a or 5b)

5A. That the holders of at least a majority of the stock of the corporation outstanding and entitled to vote on the dissolution have voted in favor of a resolution to revoke the dissolution.

(5B) That, in lieu of a meeting and vote of stockholders, the stockholders have given their written consent to the revocation in accordance with Section 228 of the General Corporation Law of the State of Delaware.

By: _____
Authorized Officer

Name: Joseph Francis, President
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:00 AM 05/24/2013
FILED 10:00 AM 05/24/2013
SRV 130652872 - 4160817 FILE