Kenneth E. Lyon, III
Nevada Bar Number 7071
Law Offices of Kenneth E. Lyon, III
10389 Double R Blvd.
Reno, Nevada 89521
Telepjone: (775) 398-5800
Facsimile: (775) 398-5801

Attorney for
GGW GLOBAL BRANDS, INC.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GGW BRANDS, LLC *et al.*<br><br>Debtors. | Adv Proc.: 13-01050-MKN<br><br>Chapter 11 |
| WYNN LAS VEGAS LLC dba WYNN LAW VEGAS, a Nevada limited liability company<br><br>Plaintiff, Counterclaim Defendant<br><br>v.<br><br>GGW DIRECT, LLC, a Delaware limited liability company; GGW BRANDS, LLC, a Delaware limited liability company; GGW EVENTS, LLC, a Delaware limited liability company; MANTRA FILMS, INC., a suspended Oklahoma corporation; BLUE HORSE TRADING, LLC, a California limited liability company; PEPE BUS, LLC, an inactive Montana limited liability company; SANDS MEDIA, INC., a revoked Nevada domestic corporation; JOSEPH R. FRANCIS, an individual; DAVID R. HOUSTON, an individual; and DAVID R. HOUSTON, LTD., a Nevada professional corporation, doing business as THE LAW OFFICE OF DAVID R. HOUSTON,<br><br>Defendants<br><br>*Caption continued* | DECLARATION OF JOSEPH FRANCIS IN SUPPORT OF GGW GLOBAL BRANDS, INC. SUPPLEMENTAL OPPOSITION TO MOTION FOR ORDER APPROVING STIPULATION REGARDING RESOLUTION OF REMOVED ACTION<br><br>**Hearing:**<br><br>Date:   August 28, 2013<br>Time:   9;30 a.m.<br>Place:  Courtroom 2<br>        US Bankruptcy Court<br>        District of Nevada<br>        Foley Federal Building<br>        300 Las Vegas Boulevard South<br>        Las Vegas, NV 989101 |

| | |
|---|---|
| 1 | GGW GLOBAL BRANDS, INC., as successor in interest of certain assets of PEPE BUS, LLC |
| 2 | |
| 3 | Counterclaimant and Crossclaimant |
| 4 | v. |
| 5 | WYNN LAS VEGAS LLC d/b/a WYNN LAS VEGAS |
| 6 | |
| 7 | Counterclaim Defendant |
| 8 | -and- |
| 9 | GGW DIRECT, LLC; GGW BRANDS, LLC; and GGW EVENTS, LLC |
| 10 | Crossclaim Defendants |

I, Joseph R. Francis, declare as follows:

1. I was Manager and Member of PEPE BUS, LLC from the date of its formation in 2005 until the date of its dissolution on March 5, 2012, at which time Robert Klueger became sole Manager and Member for the purposes of winding up the entity. PEPE BUS, LLC was a limited liability company formed under the laws of the State of Montana. I have personal knowledge of the facts stated herein, and if called as a witness I could, and would, so competently testify hereto.

2. Attached as Exhibit B to the Supplemental Opposition of GGW GLOBAL BRANDS, INC. is a true and correct copy of the Articles of Termination filed by PEPE BUS, LLC with the Montana Secretary of State on March 12, 2012.

3. When I was Manager of PEPE BUS, LLC, I asked the Chief Financial Officer, Kevin Westburg, to pull from the accounting business records of PEPE BUS, LLC a list of the historical transfers of funds of PEPE BUS, LLC to Boulevard Management. Mr. Westburg, who also served as Chief Financial Officer for GGW Direct, LLC compiled a report of all transfers made to Boulevard Management from PEPE BUS, LLC bank accounts and GGW DIRECT bank accounts. Attached hereto as Exhibit A is a true and correct copy of that report.

4.  The report shows $1,750,000 of PEPE BUS, LLC funds were transferred to Boulevard Management (which funds were subsequently transferred into a client trust account held by David Houston.).

5.  The bank statements and accounting records of Pepe Bus, LLC that support the report were kept at offices that the Chapter 11 Trustee currently controls and will not allow me access to. I am in the process of obtaining duplicate bank statements from Chase.

6.  Attached hereto as Exhibit B is a true and correct copy of an Assignment executed by me, as Manager of PEPE BUS, LLC, on June 12, 2011 assigning to GGW Brands, Inc. (now known as GGW Global Brands, Inc.) all right, title and interest of PEPE BUS, LLC in and to the funds on deposit with Boulevard Management (which funds were subsequently transferred to the trust account of David Houston).

DATED: August 22, 2013

By: _____
Joseph Francis.

-3-
**DECLARATION OF JOSEPH FRANCIS**

EXHIBIT A

**DECLARATION OF JOSEPH FRANCIS**

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfer | 01/27/2010 | wire | | per bank statement | | | 10300 · Chase - PePe Bus, LLC | 100,000.00 | | 100,000.00 |
| Transfer | 01/29/2010 | wire | | blue horse expenses, per bank statement | | | 10300 · Chase - PePe Bus, LLC | 100,000.00 | | 200,000.00 |
| Transfer | 01/29/2010 | withdrawal | | per bank statement | | | 10300 · Chase - PePe Bus, LLC | 450,000.00 | | 650,000.00 |
| Transfer | 02/03/2010 | withdrawal | | Funds Transfer | | | 10300 · Chase - PePe Bus, LLC | 500,000.00 | | 1,150,000.00 |
| Transfer | 02/24/2010 | withdrawal | | Withdrawal | | | 10300 · Chase - PePe Bus, LLC | 600,000.00 | | 1,750,000.00 |
| Check | 01/13/2011 | Wire | Blvd Management CTA | | | | 10100 · Chase - GGW Direct | 85,000.00 | | 1,835,000.00 |
| Check | 01/13/2011 | Wire | Blvd Management CTA | | | | 10100 · Chase - GGW Direct | 100,000.00 | | 1,935,000.00 |
| Check | 01/24/2011 | | Blvd Management CTA | | | | 10100 · Chase - GGW Direct | 75,000.00 | | 2,010,000.00 |
| Check | 01/28/2011 | Wires | Blvd Management CTA | | | | 10100 · Chase - GGW Direct | 85,000.00 | | 2,095,000.00 |
| Check | 02/23/2011 | Wire TRX | Blvd Management CTA | | | | 10100 · Chase - GGW Direct | 95,000.00 | | 2,190,000.00 |
| Check | 02/23/2011 | | Blvd Management CTA | L BK LA/122016066 A/C BLVD MANA | | | 10100 · Chase - GGW Direct | 75,000.00 | | 2,265,000.00 |
| Check | 03/08/2011 | Wire | Blvd Management CTA | Reimbursement to JF for Chicago Title Check deposited to company account | | | 10100 · Chase - GGW Direct | 84,103.56 | | 2,349,103.56 |
| Check | 05/02/2011 | | Blvd Management CTA | L BK LA/122016066 A/C: BLVD MANA | | | 10100 · Chase - GGW Direct | 95,000.00 | | 2,444,103.56 |
| General Journal | 04/18/2012 | Transfer | | Transfer | | | 10000 · National Bank - GGW Direct | | 100,000.00 | 2,344,103.56 |
| | | | | | | | | 2,444,103.56 | 100,000.00 | 2,344,103.56 |
| | | | | | | | | 2,444,103.56 | 100,000.00 | 2,344,103.56 |

EXHIBIT B

**DECLARATION OF JOSEPH FRANCIS**

## Assignment

For good and valuable consideration, the sufficiency of which is hereby acknowledged, Pepe Bus, LLC hereby assigns, without recourse, to GGW Brands, Inc. all right, title and interest of Pepe Bus, LLC in and to funds on deposit in the Boulevard Management Client Trust Account.

Dated: June 12, 2011

*[signature]*
Joseph Francis
Manager

# CERTIFICATE OF SERVICE

1. On August 23, 2013 I served the following document:

DECLARATION OF JOSEPH FRANCIS IN SUPPORT GGW GLOBAL BRANDS, INC. SUPPLEMTNAL OPPOSITION TO MOTION FOR ORDER APPROVING STIPULATION REGARDING RESOLUTION OF REMOVED ACTION

2. I served the above-named document by the following means to the persons listed below:

X ECF System (You must attach the "Notice of Electronic Filing")

X United States mail, postage fully prepaid

    Mitchell J. Langberg, Esq.
    Brownstein Hyatt Farber Schreck LLP
    100 North City Parkway, Suite 1600
    Las Vegas, NV 89106

    Malhar S. Pagay, Esq.
    Pachulski Stang Ziehl & Jones LLP
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067

    Robert M. Yaspan, Esq.
    21700 Oxnard St., Ste. 1750
    Woodland Hills, California

    David R. Grundy, Esq.
    LEMONS, GRUNDY & EISENBERG
    6005 Plumas Street, Third Floor
    Reno, Nevada 89509

    Andre M. Lagomarsino, Esq.
    PARKER SCHEER LAGOMARSINO LLP
    9555 South Eastern Avenue, Suite 210
    Las Vegas, NV 89123

    David M. Stern, Esq.
    KLEE TUCHIN BOGDANOFF & STERN LLP
    1999 Avenue of the Stars, Thirty-Ninth Floor
    Los Angeles, CA 89123

DECLARATION OF JOSEPH FRANCIS

1  I declare under penalty of perjury the foregoing is correct and true.
2  August 23, 2013
3                              /s/ Kenneth E. Lyon III

DECLARATION OF JOSEPH FRANCIS