# United States Bankruptcy Court
### District of Nevada

**Bankruptcy Case Number**
**Chapter**
**Adversary Proceeding Number** <u>13–01050–mkn</u>
**Appeal Reference Number** <u>13–30</u>

In re:

, Debtor(s)

---

Wynn Las Vegas LLC d/b/a/ Wynn Las Vegas, Plaintiff(s)

vs

GGW Direct LLC et al., Defendant(s)

---

GGW GLOBAL BRANDS, INC., A SUCCESSOR IN INTEREST OF CERTAIN ASSETS OF PEPE BUS, LLC , Appellant(s)

vs

WYNN LAS VEGAS LLC D/B/A WYNN LAS VEGAS; GGW DIRECT, LLC; GGW BRANDS, LLC; AND GGW EVENTS LLC , Appellee(s)

---

### NOTICE OF REFERRAL OF APPEAL
### TO UNITED STATES DISTRICT COURT

TO:  ALL PARTIES IN APPEAL
     U.S. TRUSTEE
     THIS APPEAL HAS BEEN PREVIOUSLY FILED WITH THE USDC ON
,     08/30/2013 AND ASSIGNED CASE NO. 13–CV–01586–APG–NJK

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by GGW GLOBAL BRANDS, INC. with the Clerk of the Bankruptcy Court on 09/03/2013. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 9/4/13

BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court