_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**September 13, 2013**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Adversary Case No.: 13-01050-MMN |
| WYNN LAS VEGAS LLC d/b/a/ WYNN LAS VEGAS, a Nevada limited liability company, | Chapter 11 |
| Plaintiff, | **ORDER DEEMING MOTION TO TRANSFER VENUE [DOCKET NO. 4] AND AMENDED MOTION TO TRANSFER VENUE [DOCKET NO. 11] WITHDRAWN** |
| vs. | |
| GGW DIRECT, LLC, a Delaware limited liability company; GGW BRANDS, LLC, a Delaware limited liability company; GGW EVENTS, LLC, a Delaware limited liability company; MANTRA FILMS, INC., a suspended Oklahoma corporation; BLUE HORSE TRADING, LLC, a California limited liability company; PEPE BUS, LLC, an inactive Montana limited liability company; SANDS MEDIA, INC., a revoked Nevada domestic corporation; JOSEPH R. FRANCIS, an individual; DAVID R. HOUSTON, an individual; and DAVID R. HOUSTON, LTD., a Nevada professional corporation, doing business as THE LAW OFFICE OF DAVID R. HOUSTON, | **[Relates to Docket Nos. 4, 11 & 50]** |
| Defendants. | |

On August 29, 2013, the Court entered its *Order Granting Motion for Order Approving Stipulation Regarding Resolution of Removed Action* [Docket No. 50] (the "Order Approving Stipulation"), approving certain stipulated relief.[1] Paragraph 5 of the Order Approving Stipulation provides that, *inter alia*, upon receipt of payment to the Trustee and Wynn Las Vegas in accordance

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Stipulation Regarding Resolution of Removed Action* [Docket No. 48] (the "Stipulation").

DOCS_LA:270716.1 93837/001                    1

with paragraph 2 of the Order Approving Stipulation, Wynn Las Vegas shall prepare and lodge an order deeming the Debtors' *Motion to Transfer Venue* [Docket No. 4], and *Amended Motion to Transfer Venue* [Docket No. 11], withdrawn. The Court has reviewed the provisions of this Order and finds that entry of this Order is a proper exercise of the Court's jurisdiction and is reasonable and just under the circumstances.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Debtors' *Motion to Transfer Venue* [Docket No. 4], and *Amended Motion to Transfer Venue* [Docket No. 11], are hereby deemed withdrawn.

2. This Order shall be effective immediately upon entry.

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Court waived the requirement of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below:

☒ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I have certified that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

[APPROVED] / DISAPPROVED

Dated: September 11, 2013

_____
Matthew C. Heyn
KLEE, TUCHIN, BOGDANOFF & STERN LLP
*Attorneys for R. Todd Neilson, chapter 11 Trustee*

Submitted by:

_____
Mitchell J. Langberg, Esq.
Laura F. Bielinski, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
mlangberg@bhfs.com
lbielinski@bhfs.com
Telephone: (702) 382-2101
Facsimile: (702) 383-8135

    and

Malhar S. Pagay, Esq. (CA Bar No. 189289) (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
mpagay@pszjlaw.com
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel to Wynn Las Vegas LLC d/b/a Wynn Las Vegas

                                                ###