

_____

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**September 13, 2013**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

WYNN LAS VEGAS LLC d/b/a/ WYNN LAS VEGAS, a Nevada limited liability company,

                              Plaintiff,

         vs.

GGW DIRECT, LLC, a Delaware limited liability company; GGW BRANDS, LLC, a Delaware limited liability company; GGW EVENTS, LLC, a Delaware limited liability company; MANTRA FILMS, INC., a suspended Oklahoma corporation; BLUE HORSE TRADING, LLC, a California limited liability company; PEPE BUS, LLC, an inactive Montana limited liability company; SANDS MEDIA, INC., a revoked Nevada domestic corporation; JOSEPH R. FRANCIS, an individual; DAVID R. HOUSTON, an individual; and DAVID R. HOUSTON, LTD., a Nevada professional corporation, doing business as THE LAW OFFICE OF DAVID R. HOUSTON,

                           Defendants.

Adversary Case No.: 13-01050-MMN

Chapter 11

**ORDER GRANTING MOTION TO REMAND THE REMOVED NEVADA ACTION BACK TO NEVADA STATE COURT [DOCKET NO. 15]**

**[Relates to Docket Nos. 15 & 50]**

On August 29, 2013, the Court entered its *Order Granting Motion for Order Approving Stipulation Regarding Resolution of Removed Action* [Docket No. 50] (the "Order Approving Stipulation"), approving certain stipulated relief.[1]  Paragraph 6 of the Order Approving Stipulation provides that, *inter alia*, upon receipt of payment to the Trustee and Wynn Las Vegas in accordance

_____

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Stipulation Regarding Resolution of Removed Action* [Docket No. 48] (the "Stipulation").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

with paragraph 2 of the Order Approving Stipulation, Wynn Las Vegas shall prepare and lodge an order granting Wynn Las Vegas' *Motion to Remand the Removed Nevada Action Back to Nevada State Court* [Docket No. 15].  The Court has reviewed the provisions of this Order and finds that entry of this Order is a proper exercise of the Court's jurisdiction and is reasonable and just under the circumstances.

**THEREFORE, IT IS HEREBY ORDERED** that:

1.    Wynn Las Vegas' *Motion to Remand the Removed Nevada Action Back to Nevada State Court* [Docket No. 15], is hereby GRANTED.

2.    The Nevada State Court Action shall be remanded back to the District Court for Clark County, Nevada.

3.    This Order shall be effective immediately upon entry.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Court waived the requirement of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below:

☒ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I have certified that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

[APPROVED] / DISAPPROVED

Dated: September 11, 2013

_Matthew C. Heyn_
Matthew C. Heyn
KLEE, TUCHIN, BOGDANOFF & STERN LLP
*Attorneys for R. Todd Neilson, chapter 11 Trustee*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2    Submitted by:

3

4    _____
     Mitchell J. Langberg, Esq.

5    Laura F. Bielinski, Esq.
     BROWNSTEIN HYATT FARBER SCHRECK, LLP

6    100 North City Parkway, Suite 1600
     Las Vegas, Nevada 89106

7    mlangberg@bhfs.com
     lbielinski@bhfs.com

8    Telephone: (702) 382-2101
     Facsimile: (702) 383-8135

9          and

10   Malhar S. Pagay, Esq. (CA Bar No. 189289) (admitted *pro hac vice*)
     PACHULSKI STANG ZIEHL & JONES LLP

11   10100 Santa Monica Blvd., 13th Floor
     Los Angeles, California 90067

12   mpagay@pszjlaw.com
     Telephone: (310) 277-6910

13   Facsimile: (310) 201-0760

14   Counsel to Wynn Las Vegas LLC d/b/a Wynn Las Vegas

15                                     ###

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA