**PARKER|SCHEER LAGOMARSINO**

9555 South Eastern Avenue, #210
Las Vegas, Nevada 89123
Telephone
702.383.2864
Facsimile
702.383.0065

RECEIVED
FILED
Oct 7  3 08 PM '13

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

October 3, 2013

**VIA U.S. MAIL**

United States Bankruptcy Court,
District of Nevada
Attn: Melissa Brearey
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101

      Re: **Wynn Las Vegas LLC v. GGW Direct LLC et al.**

Dear Ms. Brearey:

      Enclosed please find the signed Receipt acknowledging the receipt of the Order remanding the above-referenced matter and a certified copy of the docket.

                              Very truly yours,

                              PARKERSCHEERLAGOMARSINO

                              Rebecca Reyes, Legal Assistant to
                              Andre M. Lagomarsino, Esq.

RMR/

# United States Bankruptcy Court
### District of Nevada

---

### TRANSMITTAL FORM

| | |
|---|---|
| TO: | ALL ATTORNEYS OF RECORD, EIGHTH JUDICIAL DISTRICT COURT |
| FROM: | U.S. Bankruptcy Court, District of Nevada<br>300 Las Vegas Boulevard South, Las Vegas, Nevada 89101 |
| RE: | Remand of Adversary Proceeding |
| CASE NAME: | WYNN LAS VEGAS LLC v. GGW DIRECT LLC et al |
| BANKRUPTCY CASE NUMBER: | |
| ADVERSARY CASE NUMBER: | 13-01050-mkn |
| STATE COURT NUMBER: | A-12-660288-B |

Enclosed please find all documents that were received by this court when the matter was removed. A copy of the Order remanding the matter and a certified copy of the docket is attached.

Please acknowledge receipt of this record by signing the receipt at the bottom of the enclosed copy of this transmittal letter and returning the signed copy to this office.

Dated: 10/3/13

By: Melissa Brearey
Deputy Clerk

---

### RECEIPT

Receipt is hereby acknowledged of the documents in the above entitled matter.

Date: 10/3/13

By: [signature]